# EXHIBIT 1

```
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
 2               PENSACOLA DIVISION
 3   IN RE: 3M COMBAT ARMS EARPLUG
     PRODUCTS LIABILITY LITIGATION
 4   No. 3:19-MD-2885-MCR-GRJ
 5   Judge M. Casey Rodgers
     Magistrate Judge Gary R. Jones
 6
     This Document Relates to: Ronnie Lachappelle,
 7
                 Case No: 7:20CV06901-MCR-GRJ
 8
 9   _____
10       VIDEOTAPED DEPOSITION OF RONALD J. LACHAPPELLE, JR.
              TAKEN ON BEHALF OF THE DEFENDANTS
11       ON FEBRUARY 3, 2022, BEGINNING AT 9:01 A.M.
              ALL PARTIES APPEARING REMOTELY
12         REPORTED BY KERRI PIANALTO, CCR
13                  APPEARANCES:
14   By videoconference on behalf of the PLAINTIFFS
15          Zachry T. Sandifer
            THE GORI LAW FIRM
16          156 N. Main Street
            Edwardsville, Illinois 62025
17          618-247-4247
            zsandifer@gorilaw.com
18
19   By videoconference on behalf of the DEFENDANTS
20          Harold D. Mooty, III
            BRADLEY ARANT BOULT CUMMINGS LLP
21          200 Clinton Avenue W, Suite 900
            Huntsville, Alabama 35801
22          256-517-5100
            hmooty@bradley.com
23
24   Videographer:  Julie Robinson
25
```

Ronald J. Lachappelle, Jr.

```
1        Q    Other than your attorneys, Mr. Lachappelle, have

2   you discussed this case with anybody else?

3        A    No.

4        Q    Have you discussed it with any family members?

5        A    Yes.

6        Q    Which family members?

7        A    My mom and dad and my brother.

8        Q    And what have you told them about the lawsuit?

9        A    Just the general information of the earplugs.

10       Q    Such as what?

11       A    That the earplugs that I used overseas are the

12  ones that we're going to do this deposition over now.

13       Q    Okay.  Is there anything else you told your

14  mother, father or brother about this litigation?

15       A    No.

16       Q    Did you review any documents, Mr. Lachappelle,

17  in advance of your deposition today?

18       A    Specify documents.

19       Q    Sure.  Let's start with your military records.

20  Have you endeavored before today to go back and review

21  your military records?

22       A    Can you restate that as in specify as who?

23  Myself?

24       Q    Yeah.  Right now all I'm asking questions of you

25  specifically, Mr. Lachappelle, as the one under oath who's
```

Ronald J. Lachappelle, Jr.

```
1    answering my questions, so unless I tell you otherwise,

2    I'm only asking about you, okay?

3         A    Okay.

4         Q    So have you reviewed, Mr. Lachappelle, your own

5    military records in advance of today's deposition?  Have

6    you endeavored to go back and review them?

7         A    I have not reviewed all of them, no.

8         Q    Okay.  Which -- which part of your military

9    record have you reviewed in advance of your deposition?

10        A    The VA records is the only thing I've reviewed.

11        Q    Okay.  Have you reviewed any of your medical

12   records to prepare for the deposition today?

13        A    No, I have not.

14        Q    Have you reviewed any text messages?

15        A    No.

16        Q    Any social media?

17        A    No.

18        Q    Any e-mails?

19        A    No.

20        Q    Have you reviewed any information generally

21   about the litigation, Mr. Lachappelle, in advance of

22   today?

23        A    Can you rephrase that?

24        Q    Sure.  Have you gone onto any websites or any of

25   the locations and reviewed information about the
```

Ronald C. Lachappelle, Jr.

```
 1    litigation that you're a part of related to the Combat

 2    Arms Earplugs Version 2?

 3         A    No.

 4         Q    Did you do any online or Internet research

 5    before today's deposition?

 6         A    No.

 7         Q    Okay.  Mr. Lachappelle, I'm going to show you

 8    some exhibits over the course of this morning and how I'm

 9    going to do this is just label the document and drop it in

10    the chat so everybody can open it up.  We're just going to

11    start with Exhibit 1, okay?  So the first document I'm

12    going to show you I'm labeling Exhibit 1 and I'm putting

13    it into the chat right now.  Let me know when you're able

14    to open that.

15              (WHEREUPON, Exhibit 1 was marked for

16    identification.)

17         A    Okay, it's open.

18         Q    Okay.  Have you seen this document before?

19              MR. SANDIFER:  Hold on.  Hold on, Hal.

20              MR. MOOTY:  Sure.  It's just the notice of

21    deposition.  Exhibit 1 is copied in the tab in chat.

22              MR. SANDIFER:  Yeah, I'm having trouble opening

23    it on my end.  Any chance you can just like share screen

24    or something instead of dropping it in chat?

25              THE WITNESS:  I'm having some technical
```

Ronald G. Lachappelle, Sr.

1       Q     And tell me their names, please, sir.

2       A     Nick Lachappelle, Joseph Lachappelle and Anna

3    Lachappelle.

4       Q     And how often do you talk to each one of those,

5    Nick, Joseph and Anna?

6       A     I probably talk to Nick on a weekly basis,

7    Joseph probably a biweekly basis, my sister probably on a

8    monthly basis.

9       Q     You were previously married twice; is that

10   correct?

11      A     Say again.

12      Q     Were you previously married on two different

13   occasions?

14      A     Yes.

15      Q     What were your spouses' names in just any order

16   you want to give them to me?

17      A     The first one would be Amanda Clark, the second

18   one would be Catherine Walker.

19      Q     And what years, between which years were you

20   married to Amanda Clark?

21      A     '98 to 2004, I do believe.

22      Q     And do you remember the date of separation or

23   divorce in 2004?

24      A     No, I do not.

25      Q     What about for Catherine, you said Walker,

Ronald C. Lachappelle, Sr.

```
 1        A    Not to my knowledge, no.

 2        Q    You first enlisted -- and we're done with

 3   Exhibit 4 for now, Mr. Lachappelle.  You can close that

 4   document.

 5        A    Okay.

 6        Q    You first enlisted in the Army, is that correct,

 7   and you did so at what year?

 8        A    1994.

 9        Q    And you remained in the Army until your

10   discharge, correct?

11        A    I stayed in the Arkansas Army National Guard

12   until 2000.

13        Q    Until 2000 what?

14        A    Well, I actually went from 1994 to 2016 -- or

15   2018 was the actual discharge.

16        Q    And then what year did you start serving with

17   the National Guard instead of the Army?

18        A    I went on deployments in 2003, 2004.  I went on

19   deployments again in 2006 and 2007.

20        Q    And so we're going to talk about those

21   deployments.  What I'm trying to understand right now is

22   simply when you started in the National Guard as opposed

23   to in the Army?

24        A    Started in the Army in 1994.

25        Q    And so when did you start in the National Guard
```

Ronald O. Lachappelle, Jr.

```
 1    after that?

 2        A    In 1995.

 3        Q    Okay.  And the two tours, one was to Iraq and

 4    the other one was to Afghanistan; is that correct?

 5        A    Kuwait.

 6        Q    Sir?

 7        A    Kuwait.

 8        Q    Kuwait, I'm sorry.  Thank you.  Iraq and Kuwait;

 9    is that correct?

10        A    That's correct, yes.

11        Q    When you first enlisted, Mr. Lachappelle, did

12    you undergo any sort of health screening?

13        A    Yes.

14        Q    What screening did you receive?

15        A    It's called a periodic health assessment.  They

16    check all recruits before they go into the military and

17    make sure they're physically, mentally fit.

18        Q    And where did that screening take place?

19        A    Little Rock, Arkansas, Military Entrance Program

20    System, MEPS.

21        Q    Did they give you a vision test?

22        A    Yes.

23        Q    A cardiac test?

24        A    Yes.

25        Q    A hearing test?
```

```
 1      A    Yes.

 2      Q    Do you remember receiving an audiogram?

 3      A    Yes.

 4      Q    Can you describe what you remember about that

 5   test?

 6      A    Going into a room and it was a small room and it

 7   has headphones in it and you put them on and you push --

 8   push buttons when you hear a beep.

 9      Q    Did you recall or do you recall, rather, getting

10   the results of that test?

11      A    I do not.

12      Q    Do you recall anybody talking to you about the

13   results at the time?

14      A    Not to -- no.

15      Q    Where did you attend basic training?

16      A    Fort McClellan, Alabama.

17      Q    And what loud noises were you exposed to during

18   basic training?

19           MR. SANDIFER:  Objection to form, foundation.

20      Q    (BY MR. MOOTY)  You can answer, Mr. Lachappelle.

21      A    Basic combat training, weapons, explosives.

22      Q    Which weapons definitively?  I want to talk

23   about each one.  What type of weapons did you use in basic

24   training?

25      A    M16.
```

Ronald J. Lachapelle, Jr.

```
1    they're both referred to as the spongy ones.

2         Q    Have you heard people refer to those as foamings

3    or foam earplugs?  Is that what they were?

4         A    That's another terminology, yes.

5         Q    Okay.  Any other types of hearing protection

6    device that you used in basic training other than what

7    you've just identified for me?

8         A    No.

9         Q    For the times you practiced with the Claymore

10   and the times you practiced with hand grenades, were you

11   wearing hearing protection?

12        A    Yes.

13        Q    How many different Claymores did you set off?

14        A    Just one.

15        Q    What type of hearing protection were you

16   wearing?

17        A    I -- I don't remember.

18        Q    How many different hand grenades, live hand

19   grenades, not practice hand grenades, did you use in basic

20   training?

21        A    I don't remember.

22        Q    Were you wearing hearing protection on each one

23   of those occasions?

24        A    Yes.

25        Q    Was there ever a situation in basic training
```

Ronald J. Lachapelle, Jr.

```
 1    that you did not use hearing protection when you were

 2    exposed to loud noises?

 3         A    No.

 4         Q    Okay.  Let's talk about the interrogatory

 5    answers, and I'll let you refer to those if you need to,

 6    but remember, those are Exhibit 4.  I want to talk about

 7    some of the noise exposures that you identified in those

 8    answers and I've got them in front of me, so again, not

 9    that you need to refer to the interrogatory, but if you

10    want to, it's Exhibit 4.  You talked about weapons in

11    answers --

12              MR. SANDIFER:  Hal, can you -- could you tell

13    him which question so he knows which question you're

14    referring to?

15         Q    (BY MR. MOOTY)  Absolutely.  First, I want to

16    talk about interrogatory number six.

17         A    On page six?

18         Q    No, sir.  I'll show you the page.  It's

19    interrogatory number six and it's on page seven.  Are you

20    with me?

21         A    Yeah.

22         Q    Okay.  We're going to take these one at a time,

23    okay?  I'm just showing you where we're starting just so

24    you have a reference.

25         A    Yes, sir.
```

Ronald J. Dechappelle, Jr.

```
 1        A    A lot.

 2        Q    How many with the M16 specifically?

 3        A    I couldn't give you a number.

 4        Q    Okay.  And I'm not going to ask you to guess at

 5   all.  I'm just going to try and frame this to make the

 6   questions more efficient going forward.  Did you -- and

 7   let's first talk about these in order because I think it's

 8   going to be easier for us to keep track of this.  Let's

 9   just talk about Iraq first, okay?

10        A    Okay.

11        Q    And that will, I think, make things a little

12   easier.  How many different occasions while deployed to

13   Iraq did you discharge your M16 in a combat live fire

14   situation?

15        A    I can't give you an accurate number.  I don't

16   remember.  I don't know.

17        Q    And so this is what I meant by earlier I'm not

18   going to ask you to guess, I'm just kind of trying to

19   frame this in for my reference.  Are you saying you

20   believe that to be fewer than 25 occasions or more than 25

21   occasions?

22        A    I would say more than 25.

23        Q    Do you think more than 50?

24        A    I don't know.

25        Q    Okay.  On each one of these occasions where you
```

1    discharged your weapon in Iraq, were you wearing hearing

2    protection?

3         A    Yes.

4         Q    What type of hearing protection were you

5    wearing?

6         A    The CAEv2s.

7         Q    The CAEv2s we talked about earlier?

8         A    CAEv2s, yes.

9         Q    And remember I mentioned earlier when I refer to

10   those, I may say CAEv2s.  We're talking about the same

11   thing, okay?

12        A    Okay.

13        Q    Were there any other hearing protection devices

14   you wore other than the CAEv2s when discharging an M16 in

15   Iraq?

16        A    I honestly couldn't tell you.  I don't know.

17        Q    Did you ever fire the M16 in Iraq without

18   hearing protection?

19             MR. SANDIFER:  Form, asked and answered.

20        Q    (BY MR. MOOTY)  Mr. Lachappelle?

21             MR. SANDIFER:  You can answer, Ronnie.

22        A    There is some mic interference, say again.

23        Q    (BY MR. MOOTY)  Sorry, there's an ambulance

24   going by.  I was making sure we heard each other.  Was

25   there any occasion in Iraq at any point in time, live fire

Ronald J. Lachappelle, Jr.

1    or otherwise, where you discharge your M16 without hearing

2    protection?

3              MR. SANDIFER:  Same objection.

4        A    I don't know.  I couldn't tell you.  I don't

5    know.

6        Q    (BY MR. MOOTY)  Okay.  I want to ask now about

7    Kuwait.  We just had some questions about the M16 in Iraq.

8    How many different times did you fire the M16 in Kuwait?

9        A    Once a month on the range.

10       Q    Were there any live fire combat exchanges in

11   Kuwait with your M16?

12       A    No.

13       Q    What type of hearing protection were you wearing

14   in Kuwait while firing the M16?

15       A    CAEv2s.

16       Q    Okay.  The AT4, did you ever fire the AT4 while

17   deployed to either Kuwait or Iraq?

18       A    No.

19       Q    Did you ever fire the M2 machine gun?

20       A    Yes.

21       Q    How many times first in Iraq did you ever fire

22   the M2 machine?

23       A    I was a gunner for -- I couldn't tell you.  It's

24   unknown.

25       Q    You were about to say a gunner for, were you

Ronald J. Lachapelle, Jr.

```
1    going to say the number of years?

2        A    Months.

3        Q    Okay.

4        A    At least a month.

5        Q    Where was the M2 machine gun mounted?

6        A    On top of the Humvee.

7        Q    Any other vehicles where you operated an M2

8    other than on top of a Humvee?

9        A    No.

10       Q    And so I know we talked earlier, sometimes I'll

11   use the word number of rounds and other times I use the

12   word just times or occasions, right?  So I'm not asking

13   you how many rounds you fired out of the M2 in Iraq, I'm

14   asking combat or otherwise or practice, do you recall the

15   number of different times or occasions you fired the M2 in

16   Iraq?

17       A    Fired at test pits before we went out on

18   convoys, but I couldn't tell you how many times.  Like I

19   said, I was in convoys, you put fire down range, so.

20       Q    Do you think -- do you think it was in more than

21   25?

22       A    Yes.

23            MR. SANDIFER:  Objection.

24       Q    (BY MR. MOOTY)  So same question with respect to

25   Kuwait and the same weapon, okay?  How many different
```

Ronald J. Lachapelle, Jr.

```
 1    occasions did you fire the M2 in Kuwait?

 2         A    I fired it on the test range, that was all.

 3         Q    When you were operating the M2 in Iraq and

 4    Kuwait, were you wearing hearing protection devices?

 5         A    Yes.

 6         Q    What type of hearing protection were you

 7    wearing?

 8         A    CAEv2s.

 9         Q    Did you operate the M240 in Iraq?

10         A    No.

11         Q    Did you operate the M240 in Kuwait?

12         A    Yes.

13         Q    How many different occasions did you operate the

14    M240?

15         A    Probably a dozen.

16         Q    Were those all in training exercises?

17         A    Yes.

18         Q    What type of hearing protection were you wearing

19    while operating the M240 in Kuwait?

20         A    The CAEv2s.

21         Q    What about the M249, did you use it in -- excuse

22    me, Iraq while deployed?

23         A    Yes, yes.

24         Q    How many times?

25         A    More than 50.
```

Ronald J. Lachapelle, Jr.

```
 1      Q    Do you think it's less than 100?

 2      A    I would say more than 100.

 3      Q    Do you think it's more than 200?

 4           MR. SANDIFER:  Same objection.

 5      A    I don't remember.  It's unknown.

 6      Q    (BY MR. MOOTY)  Were you wearing hearing

 7  protection devices on every occasion that you operated the

 8  M249 in Iraq?

 9      A    Yes.

10      Q    What type of hearing protection were you

11  wearing?

12      A    CAEv2s.

13      Q    Did you ever operate the M249 in Kuwait?

14      A    No.

15      Q    Did you ever operate the M9 in Iraq?

16      A    No.

17      Q    Did you ever operate the M9 in Kuwait?

18      A    Yes.

19      Q    How many times?

20      A    Every day.

21      Q    Every day you discharged the M9?

22      A    I was issued the M9 every day.

23      Q    Yes, sir.

24      A    I fired it once a month.

25      Q    Okay.  And so only training and the training
```

```
 1    would be once a month?

 2         A    Yes.

 3         Q    What type of hearing protection were you wearing

 4    in Kuwait while operating the M9?

 5         A    CAEv2s.

 6         Q    While deployed to Iraq, what was your primary

 7    weapon, the M16?

 8         A    Yes, and the 249.

 9         Q    And that's what I was going to ask.  Were you

10    carrying that crew-served weapon or was it --

11         A    Yes, it was an individual weapon.

12         Q    And so I know this can sometimes be mounted.

13    Was it mounted or did you always carry it when you carried

14    it?

15         A    It was not mounted, it was individual.

16         Q    What percentage -- and again, I'm not holding

17    you to these numbers, I'm just trying to understand some

18    context.  Between the M16 and the M249 in Iraq, what

19    percentage of time were you operating one as opposed to

20    the other?

21         A    I would say probably half and half.

22         Q    And that would include in all the convoys and

23    combat patrols or deployments, it would be about half and

24    half between the M16 and M249?

25         A    Yes.
```

Ronald J. Lachappelle, Jr.

```
 1      Q    What was your primary weapon while on deployment

 2   in Kuwait?

 3      A    M9.

 4      Q    While in the military, Mr. Lachappelle, did you

 5   use any other weapons besides the ones we've discussed?

 6      A    No.

 7      Q    And I heard you testify earlier you were exposed

 8   to live fire in Iraq; is that correct?

 9      A    Yes.

10      Q    Were you ever exposed to live fire in Kuwait?

11      A    One time.

12      Q    Do you remember the location?

13      A    I don't remember off the top of my head.  It was

14   somebody taking pot shots at us.  That's all I could tell

15   you.  I don't know.

16      Q    Yes, sir.  Do you remember the year that that

17   occurred?

18      A    '07 or '08.

19      Q    And do you remember approximately how far away

20   the live fire was originating in Kuwait?

21      A    It was probably more than 1,000 meters.

22      Q    Were you wearing hearing protection at the time?

23      A    I believe so, yes.

24      Q    And what type of hearing protection?

25      A    CAEv2s.
```

Ronald J. Lachapelle, Jr.

```
 1    about not weapons, we're going to talk about explosions,

 2    okay?  And so in your time in Iraq first, were you exposed

 3    to explosions as part of that deployment?

 4         A    Yes.

 5         Q    Okay.  And some we just talked about in terms of

 6    we briefly discussed mortars and rockets, right?

 7         A    Yes.

 8         Q    I want to first talk about what different types

 9    of explosions, if you will list them for me, were you

10    exposed to in Iraq?

11         A    Vehicle-borne IEDs, IEDs.

12         Q    Anything else?

13         A    That's all I can think of off the top of my

14    head.

15         Q    Were there mortars in Iraq?

16         A    Yes, they would -- they would put mortars on the

17    ground and daisy chain them and blow them up to attack the

18    convoys.

19         Q    And rockets in Iraq as well?

20         A    Yes.

21         Q    How many different vehicle-borne IEDs were you

22    exposed to?

23         A    I couldn't tell you.  I know of one incident.

24         Q    And let me be even more precise with my

25    question.  When I say were you exposed to, how many
```

Ronald J. Lachappelle, Jr.

```
 1        Q    Did you experience or were you close by any of

 2   those explosions while deployed to Kuwait?

 3        A    No.

 4             MR. SANDIFER:  Hey, just since we're finished up

 5   the Iraq line for now, I think it's -- let's go ahead and

 6   take a break here, so let's go off the record.

 7             THE VIDEOGRAPHER:  Is that okay with you, Hal?

 8             MR. MOOTY:  Yeah, we'll take a five-minute

 9   break.  It's 10:17 and we'll see each other in about five

10   minutes.

11             THE VIDEOGRAPHER:  All right.  Off the record --

12             MR. SANDIFER:  We'll actually do ten minutes, so

13   we'll come back on the record, let's call it 10:27 Central

14   Time, if that's all right.  So we'll be back at 10:27, ten

15   minutes.  Thanks.

16             THE VIDEOGRAPHER:  Off the record, the time is

17   10:17 a.m.

18             (Short break from 10:17 a.m. to 10:24 a.m.)

19             THE VIDEOGRAPHER:  We are back on the record,

20   the time is 10:24 a.m.

21        Q    (BY MR. MOOTY)  Mr. Lachappelle, when we broke,

22   we had just finished asking about explosions during your

23   deployment to Iraq.  I now want to ask about your

24   deployment to, excuse me, Kuwait.  Were you ever exposed

25   to any -- of the explosions we identified, the types of
```

Ronald J. Dachappelle, Jr.

```
 1    explosions, did you ever experience any of those in

 2    Kuwait?

 3         A    Yes.

 4         Q    Okay.  Which ones?

 5         A    They was considered controlled explosions.  They

 6    would blow up -- they would detonate old coordinates and

 7    they would give us times and dates when they would do this

 8    and the section leaders would come out and make sure

 9    everybody's got their PP&E on before they would do this.

10         Q    And how many of these controlled explosions

11    occurred during your deployment to Iraq -- or, excuse me,

12    Kuwait?

13         A    Probably at least twice a month, maybe three

14    times a month.

15         Q    And how far away were you from these explosions,

16    these controlled explosions?

17         A    Oh, I really couldn't tell you.  I don't know.

18         Q    Were you wearing hearing protection during each

19    of these controlled explosions?

20         A    Yes.

21         Q    What type were you wearing?

22         A    The CAEv2s.

23         Q    Okay.  Other than the controlled explosions in

24    Kuwait that you just told me about, any other type of

25    explosion that you were exposed to during your deployment
```

```
 1        A    Every day.

 2        Q    Were you the driver every day or a different

 3   position?

 4        A    Different position.  Sometimes driver, sometimes

 5   a drop.  It just depends.

 6        Q    And when you were operating that Humvee in Iraq,

 7   were you wearing hearing protection?

 8        A    Yes.

 9        Q    What type of hearing protection?

10        A    The CAEv2s.

11        Q    Did you operate that Humvee, that same type of

12   Humvee, while you were in Kuwait?

13        A    No.

14        Q    Okay.  Any other time in your military career

15   that you've operated that Humvee?

16        A    Can you rephrase that?

17        Q    Yes, sir.  We just talked about the Humvee in

18   both deployments, I asked you questions about both

19   deployments.

20        A    Yes.

21        Q    Now I'm asking you did you operate or train on

22   the Humvee at any other time in your military career other

23   than the occasions you just told me about?

24        A    That specific Humvee or the --

25        Q    That specific Humvee, yeah.  We won't move on to
```

Ronald J. Lachapelle, Jr.

```
 1    any other vehicle until we're done with this Humvee.

 2         A    Once we finished with that deployment, that

 3    Humvee, that model, I have never used again.

 4         Q    So then let's move on to the up-armored Humvee.

 5    When did you first start operating that Humvee?

 6         A    We used them in Camp Shelby around 2006 time

 7    frame.

 8         Q    And do you recall how long you operated that

 9    up-mounted Humvee, from 2006 until when?

10         A    We used them when we came back to the states and

11    I used them all the way until I retired.  2016 is when I

12    left and 2018 was the retirement.

13         Q    So when you were on deployment, how frequently

14    would you be operating the up-mounted -- the up-armored

15    Humvee we're talking about?

16         A    Probably 60 percent of the week.

17         Q    And like we talked about earlier, were you

18    operating the up-mounted Humvee in different positions of

19    the vehicle?

20         A    No.  I was primarily, I was the TC, the trip

21    commander of it.  I was in charge of all the conveys for

22    our organization.

23         Q    And that puts you in the front passenger seat?

24         A    That's correct.

25         Q    And when you were in that role, were you wearing
```

Ronald J. Lachappelle, Jr.

```
 1   hearing protection?

 2       A    Yes.

 3       Q    What type of hearing protection?

 4       A    CAEv2s.

 5       Q    But wouldn't you also have comm gear?

 6       A    Yes.

 7       Q    Where would the comm -- how would you wear the

 8   communications gear?

 9       A    It was just a radio, and I would call them.

10   They never called me.  If I had a situation, I used a -- I

11   used a smart zone.  It was a different type of radio.  I'm

12   not getting into the details of this, so.

13       Q    Yes, sir.  And I'm asking about whether or not

14   as part of the role you just described for me you had to

15   wear a communications headset --

16       A    I didn't wear a communications headset.

17       Q    Yes, sir.

18            THE COURT REPORTER:  You did or did not?

19            THE WITNESS:  I did not.

20       Q    (BY MR. MOOTY)  Okay.  Let's talk about the

21   LMTV, and I'm familiar with that vehicle, but describe for

22   me briefly what that is.

23       A    It's a light medium tactical vehicle.  It's

24   basically a five-ton.  It's a troop hauler.

25       Q    And how often did you operate the LMTV during
```

Ronald J. Lachappelle, Jr.

```
 1        Q     Sure.  Were they part -- your exposure to the

 2   C-17, the one or two occasions, was that at times you were

 3   not on deployment?

 4        A     Yes.

 5        Q     Okay.  We've talked about airplanes.  What types

 6   of helicopters have you been exposed to as part of your

 7   military service?

 8        A     Black Hawk and Chinook.

 9        Q     Any others?

10        A     Kiowa.

11              THE COURT REPORTER:  Can you say that again?

12              THE WITNESS:  Kiowa.

13        Q     (BY MR. MOOTY)  K-i-o-w-a.  Any other

14   helicopters?

15        A     That's all I can think of.

16        Q     How many different times were you exposed to the

17   Black Hawk as part of your military service?

18        A     I can't give you -- I don't know.  I couldn't

19   give you a number.

20        Q     So let's break that out -- that up.  How many

21   times have you been exposed to the Black Hawk while you

22   were deployed to Iraq?

23        A     Probably at least -- probably a dozen.

24        Q     And you were a passenger in the back during each

25   exposure --
```

1    A    Yes.

2    Q    -- or were you supposed another time?

3    A    Yes, passenger.

4    Q    Yes, sir.  Were you wearing hearing protection

5    on those occasions?

6    A    Yes.

7    Q    What type of -- what type of hearing protection?

8    A    I do believe it was the CAEv2s.

9    Q    Were you exposed to the Black Hawk during your

10   deployment to Kuwait?

11   A    No.

12   Q    Were you exposed to the Black Hawk at times

13   while in the military but not on deployment?

14   A    Yes.

15   Q    On approximately how many occasions?

16   A    I couldn't tell you to be exact.  I don't know.

17   Q    Were you a passenger on each one of those

18   occasions?

19   A    Yeah, I was a passenger.

20   Q    Were you wearing hearing protection on each one

21   of those occasions?

22   A    Yes.

23   Q    Do you remember the type of hearing protection

24   you were wearing?

25   A    I do not.  I do not know.

1        A    No.

2        Q    Mr. Lachapelle, did you encounter any other

3    loud noise exposures during your military service that we

4    have not already discussed?

5        A    Not to my knowledge, no.

6        Q    So I want to ask you some questions about the

7    CAEv2s and those are, as we talked about earlier, the

8    Combat Arms Earplug Version 2 that we referred to at the

9    beginning of the deposition.  Do you recall being issued

10   those at Fort Polk in February of 2003?

11       A    I would say that's a yes, an accurate statement,

12   yes.

13       Q    Do you recall becoming aware of the CAEv2s prior

14   to February of 2003?

15       A    I do not.

16       Q    So tell me how you first became aware

17   February 2003.  Tell me what you remember.

18       A    It was issued at supply -- the supply logistical

19   is all I can tell you.

20       Q    Where you would go up to a supply counter and

21   they would hand you your issued --

22       A    Yes.

23       Q    -- earplugs?

24       A    Yes.

25       Q    How many pairs were you issued in February 2003?

Ronald J. Dachapelle, Jr.

```
 1      A    I do believe two, the initial was two.

 2      Q    How many other pairs of the CAEv2s did you ever

 3 receive?

 4      A    Probably once we got in the theater, probably

 5 one -- one set every 30 days.

 6      Q    And would that be the same in both Kuwait --

 7 excuse me, in Iraq and Kuwait?

 8      A    Yes.

 9      Q    Would you dispose of the prior set and use the

10 new set that is issued?

11      A    Yes.

12      Q    Did you always keep once -- well, let me

13 rephrase.  Did you ever keep more than one set of CAEv2s

14 on your person?

15      A    Yes.

16      Q    How often would you do that?

17      A    In Kuwait probably every day.

18      Q    Did you ever do it outside of Kuwait?

19      A    No.

20      Q    So when you first received what you recall were

21 two pairs of the CAEv2s, they were handed to you -- handed

22 to you by someone in supply at Fork Polk; is that correct?

23      A    Yes.

24      Q    Do you remember that person's position?

25      A    No, I do not.  It was a civilian is all I could
```

 1      A    No.

 2      Q    Were you ever issued any subsequent versions of

 3    the CAEv2s; the CAEv3s or the CAEv4s?

 4      A    Can you specify on them other models because I

 5    don't know?

 6      Q    Sure.  And so let's -- let's work backwards.  Do

 7    you know the last time you ever used the CAEv2s, Mr.

 8    Lachappelle?

 9      A    Probably in 2007 when we left Kuwait.

10      Q    And when you left Kuwait, did you still have a

11    pair of the CAEv2s with you?

12      A    I don't know.  I don't remember.

13      Q    Okay.  Before you left Kuwait, had you been

14    issued any other hearing protection other than the CAEv2s?

15      A    It's possible.

16      Q    But do you --

17      A    I don't remember.

18      Q    Upon your return from Kuwait, were you ever

19    issued any new hearing protection?

20      A    When we returned from Kuwait?

21      Q    Yes, sir.

22      A    Yes.

23      Q    Do you remember when you were issued new hearing

24    protection?

25      A    Probably in 2008.  I don't remember, but it's

Ronald J. Lachappelle, Jr.

```
 1   devices?

 2        A    No.

 3        Q    When you first were issued the CAEv2s at Fort

 4   Polk, did this person tell you anything or instruct you

 5   about how to use or install or insert the CAEv2s?

 6        A    No.

 7        Q    Did anyone give you verbal instructions about

 8   the CAEv2s at Fort Polk?

 9        A    No.

10        Q    At any time, Mr. Lachappelle, either at Fort

11   Polk or after, at any time you were issued a new pair of

12   CAEv2s, did anyone ever provide you verbal instruction

13   about the CAEv2s?

14        A    No.  I don't remember.  No.

15        Q    So at Fort Polk, was there at any time any

16   written instructions that were ever handed to you at Fort

17   Polk about the CAEv2s?

18        A    I don't remember.

19        Q    At any time after Fort Polk were you ever issued

20   or did you ever receive any type of written instruction

21   about the CAEv2s?

22        A    No.  I don't remember.

23        Q    Will you describe for me what you recall the

24   CAEv2s looking like, the CAEv2s that we're talking about?

25        A    The ones that's got the green on one side and
```

Ronald J. Dachappelle, Jr.

```
 1        Q    Were there procedures that required or ensured

 2   that you wore your hearing protection?

 3        A    Yes.

 4        Q    What procedures were they?

 5        A    It was called guardmail.  You would make sure

 6   when you guys went on -- when you went on rotation or on

 7   duty, they would have an NCO there that checks all your

 8   equipment to make sure you've got all your PP&E.

 9        Q    And would that happen prior to every patrol --

10        A    Yes.

11        Q    -- or part of your deployment?

12        A    Yes.

13        Q    Would they physically check to see if hearing

14   protection is there?

15        A    Yes.

16        Q    Did you ever see any military personnel

17   reprimand someone for not carrying their hearing

18   protection?

19        A    I didn't see no reprimands.

20        Q    Were you ever encouraged by anybody in the

21   military not to wear hearing protection?

22        A    No.

23        Q    What was your understanding of the difference

24   between each end of the CAEv2s?

25        A    The CAEv2s, the yellow end was used for combat.
```

Ronald J. Lachappelle, Jr.

```
 1    I guess it has some kind of -- I really don't know.  The
 2    green side -- or yellow side was used for combat and the
 3    yellow side was used for, I guess, normal, if you was
 4    around generators or whatnot.  I don't know.  I don't
 5    remember.
 6         Q    Do you remember one side being quieter than the
 7    other?
 8         A    I don't remember.
 9         Q    Do you remember at any point in time someone,
10    military or otherwise, explaining when to use one side as
11    opposed to the other?
12         A    I don't remember.
13         Q    Do you ever recall that one side of the CAEv2s
14    blocked out loud noises but allowed you to still hear
15    commands?
16         A    It's possible.  I don't remember.
17         Q    Do you remember which color side that was, if
18    you do recall?
19         A    I do believe it was the yellow.
20         Q    So under what specific circumstances in your
21    deployment to Iraq, for instance, would you wear the
22    yellow end?
23         A    I do believe it was -- the yellow end is what we
24    use -- no, the green end is what they told us to use, I do
25    believe, and the yellow out.
```

Ronald J. Lachapelle, Jr.

1     Q     And who is "they" that's telling you to wear --

2     A     If I remember correct.  I can't remember.

3     Q     And so I'm just talking about the Iraq

4     deployment now.  While you're actually on patrol in a

5     convoy or otherwise, do you recall which color side you

6     used of the CAEv2s?

7     A     I do believe it was the green.

8     Q     Was it the green time -- green side every time

9     while on patrol?

10    A     I don't -- I don't remember.

11    Q     Did you ever use the yellow side while deployed

12    to Iraq?

13    A     Yes.

14    Q     When would you use the yellow side?

15    A     I do believe around generators, fueling

16    generators or big vehicles or whatever while fueling.

17    Q     When you were wearing the yellow side, could you

18    hear communications from your service members or was it

19    muffled out?

20    A     I don't -- I don't remember.

21    Q     Would there be a need when you're in combat in

22    Iraq to wear a certain side that let's you hear commands

23    better?

24    A     I -- I don't remember.

25    Q     Does the phrase situational awareness mean

Ronald J. Lachappelle, Jr.

```
 1        A    Can you restate that?

 2        Q    Sure.  Was there ever a situation in combat

 3   where you're at an enemy or near the enemy in which you

 4   weren't wearing hearing protection devices in order to

 5   prioritize hearing as opposed to hearing protection?

 6             MR. SANDIFER:  Object to form.

 7        A    Not to my knowledge, no.

 8        Q    (BY MR. MOOTY)  While you were using the CAEv2s,

 9   did you ever use the colored ends interchangeably?

10        A    Not -- no.

11        Q    In other words, did you ever wear the green end

12   in one ear and the yellow end in the other?

13             MR. SANDIFER:  Asked and answered.

14        A    No.

15        Q    (BY MR. MOOTY)  Did you ever forget which end

16   was for which type of noise on the CAEv2s?

17        A    I don't -- I don't remember.

18        Q    Did you ever have to insert the CAEv2s in your

19   ear so quickly that you were unable to confirm which end

20   you were using?

21        A    That's -- yes.

22        Q    When did that happen?

23        A    I don't remember.

24        Q    Did it happen more than once?

25             MR. SANDIFER:  Form, speculation.
```

Ronald J. Lachappelle, Jr.

1       Q    Did the CAEv2s ever loosen while in your ear?

2       A    I don't remember.

3       Q    When you inserted the CAEv2s, Mr. Lachappelle,

4  did you ever notice that the opposite end of the flanges

5  contacted your ear?

6       A    I don't remember.  I don't know.

7       Q    While you were using the CAEv2s, what was your

8  opinion of them or about them?

9       A    Earplugs are earplugs to me.  I don't know.

10      Q    Did you think they worked well at the time while

11  you were using them?

12      A    Yes.

13      Q    Why did you think that?

14      A    Because they were supposed to have been the best

15  model out there, that's what I -- that's what I believe I

16  was told.  I don't know.  I don't remember.

17      Q    Well, remember I asked you earlier whether you

18  had been told anything about the earplugs and their

19  performance, received any other information written or

20  otherwise.  Who told you about them being the best in the

21  market?

22      A    Just hearsay from the other soldiers, smalltalk.

23      Q    Well, tell me what else other soldiers said

24  about the CAEv2s that you recall.

25           MR. SANDIFER:  Object to the hearsay.

Ronald J. Lachappelle, Jr.

1       Q     (BY MR. MOOTY)  You can answer, Mr. Lachappelle.

2       A     They're supposed to be the best earplugs.

3       Q     And how many different occasions did you hear

4    fellow soldiers say that?

5       A     It was something we discussed every day,

6    probably maybe once or twice.

7       Q     Did you, yourself, ever raise any concerns about

8    the CAEv2s during your military service?

9       A     No.

10      Q     And I know we talked about -- remember earlier

11   you said it was about once every 30 days you would be

12   issued a new pair?  Did you ever have a pair of yours

13   break where you had to go get a replacement pair because

14   they broke or you lost them?

15      A     I don't remember.  It's possible.

16      Q     Okay.  I want to talk about your medical

17   history, Mr. Lachappelle.  Shifting gears.  Are there any

18   diseases or medical conditions that you have been

19   diagnosed with that are not related to hearing?

20      A     Not -- can you rephrase that?

21      Q     Sure.  So we're going to talk about hearing here

22   in a little while in this deposition.  What I'm asking

23   about now is are there any diseases or medical conditions

24   that you have been diagnosed with that are not related to

25   hearing?

```
 1    doctor, which some people just refer to as an ENT doc?

 2         A    No.

 3         Q    Have you ever had an ear infection?

 4         A    Yes.

 5         Q    How many ear infections have you had?

 6         A    In my lifetime?

 7         Q    Yes, sir.

 8         A    Probably less than three.

 9         Q    When was the last ear infection that you had?

10         A    Probably around 2000 time frame.

11         Q    And before that, when was the most recent one?

12         A    It would be before 2000.  I couldn't tell you.

13         Q    Yes, sir.  Did you seek medical treatment in

14    2000 for your ear infection?

15         A    I don't -- yes.

16         Q    Do you remember where you sought that treatment?

17         A    I do not.

18         Q    Do you remember what the treatment was?

19         A    I don't remember.

20         Q    Have you ever had tubes put in your ears?

21         A    No.

22         Q    Before you joined the military, Mr. Lachappelle,

23    what was the condition of your hearing?

24         A    I do believe it was perfect.

25         Q    And how would you -- how would you know that?
```

Ronald J. Lachapelle, Jr.

```
1    How would you know that it is perfect?

2         A    Audiology report they make you do before you

3    enter.

4         Q    Anything else?

5         A    No.

6         Q    Did you ever have any hearing loss or condition

7    affecting your ears or hearing prior to joining the

8    military?

9         A    No.

10        Q    Did you ever have any tinnitus or ringing or

11   buzzing in your ears?

12        A    No.

13        Q    And so do you recall the first time while you

14   were serving in the military you noticed any hearing loss

15   whatsoever?

16        A    Can you restate that?

17        Q    Yes, sir.  Did you notice any hearing loss or

18   hearing problems prior to your deployment to Iraq?

19        A    No.

20        Q    Did you notice any hearing problems or hearing

21   loss during your Iraq deployment?

22        A    No.

23        Q    Did you notice any hearing problems or hearing

24   loss or tinnitus after your deployment to Iraq but before

25   your deployment to Kuwait?
```

```
 1        A     It's possible.  I'm not for certain, but I would

 2    say yes.

 3        Q     Okay.  What do you recall?

 4        A     I just remember I couldn't hear as well as I

 5    used to.

 6        Q     Was this after a specific incident or was it --

 7        A     I really can't tell you.  That's all I know is I

 8    came home from deployment, I noticed one day I

 9    just couldn't.  It started gradually and then after 2009

10    is when I really noticed it.

11        Q     While you were home in between deployments, did

12    you seek any treatment when you first noticed a change in

13    your hearing?

14        A     No.

15        Q     Were you diagnosed with any hearing loss or

16    hearing-related condition before or during your deployment

17    to Kuwait?

18        A     No.

19        Q     What about after Kuwait?

20        A     Yes.

21        Q     So when were you first diagnosed with any

22    hearing loss or hearing-related condition by a medical

23    provider after Kuwait?

24        A     2018.

25        Q     And tell me about that diagnosis.
```

Ronald J. Lachapelle, Jr.

```
1        A    Tinnitus and moderate hearing loss is what they

2   told me.

3        Q    And that was the VA?

4        A    That's correct.

5        Q    And was that part of your disability process?

6        A    Yes.

7        Q    So when you were diagnosed in 2018, tell me

8   about your symptoms.

9        A    I had ringing in the ears.  I had problems

10  hearing, I couldn't hear.  It's hard for me to talk on the

11  phone.  People have to raise their voice when speaking to

12  me because, like I said, it's hard for me to hear.

13       Q    Did you have in 2018 difficulty understanding

14  words?

15       A    Sometimes, yes.

16       Q    Did have difficulty understanding words against

17  background noise or in a loud setting?

18       A    Yes.

19       Q    And I think you mentioned having to turn up the

20  TV.  Did you ever have to turn up the radio in 2018,

21  around that time frame?

22       A    I would say yes.  That's fair to say, yes.

23       Q    Did you ever have difficulty in 2018 hearing

24  normal conversations in a quiet environment?

25       A    Like I stated, yes, you have to raise your voice
```

Ronald J. Lachappelle, Jr.

```
 1    medications.  Have you at any point in time been

 2    prescribed medication for hearing loss --

 3         A    No, never.

 4         Q    -- or hearing --

 5              And so I believe you testified earlier that you

 6    first noticed the humming, I think as you described it, in

 7    your ears you believe was in 2008; is that correct?

 8         A    Yes.

 9         Q    Do you remember a specific incident where you

10    first started noticing the humming --

11         A    No.

12         Q    -- in 2008?

13         A    No.

14         Q    And you describe you experience it more as a

15    humming and not a buzzing or a ringing; is that correct?

16         A    Yes.

17         Q    And so if we think in terms of first noticing it

18    in 2008, right, and we've talked about 2018 and we've

19    talked about the present, the humming, as I understand it,

20    Mr. Lachappelle, has been there, the change has been

21    there -- the changes, it's there more frequently, is that

22    a fair statement?

23         A    Yes.

24         Q    The humming is the same; how frequently the

25    humming is there is what's changed over time?
```

Ronald C. Lachappelle, Jr.

```
 1      Q    Mr. Lachappelle, how did you first learn that

 2   there was a litigation or a lawsuit involving the CAEv2s?

 3            THE WITNESS:  Can we take a break?

 4            MR. MOOTY:  Sure.

 5            THE WITNESS:  Is that feasible?

 6            MR. SANDIFER:  Yeah, let's do that.  Off the

 7   record.

 8            THE VIDEOGRAPHER:  Yes.  All right.  Off the

 9   record, the time is 11:58 a.m.

10            (Short break from 11:58 a.m. to 12:11 p.m.)

11            THE VIDEOGRAPHER:  We're back on the record, the

12   time is 12:11 p.m.

13      Q    (BY MR. MOOTY)  Mr. Lachappelle, do you recall

14   the first time you reported tinnitus or the humming in

15   your ears to anyone at the VA?

16      A    Probably around 2008.

17      Q    And do you recall any specifics of who you would

18   have met with or did meet with with respect to that

19   humming?

20      A    I don't remember.

21      Q    Do you remember the first time you requested any

22   disability from the VA related to tinnitus or humming in

23   your ear?

24      A    Probably would have been around 2012, 2013 I

25   think I put in for it.
```

1           C E R T I F I C A T E

2           I, Kerri Pianalto, Certified Court Reporter, do

3    hereby certify that the above-named RONALD J. LACHAPPELLE, JR.

4    was by me first duly sworn to testify the truth, the whole truth,

5    and nothing but the truth, in the case aforesaid; that the

6    above and foregoing deposition was by me taken and

7    transcribed pursuant to agreement, and under the

8    stipulations hereinbefore set out; and that I am not an

9    attorney for nor relative of any of said parties or

10   otherwise interested in the event of said action.

11          IN WITNESS WHEREOF, I have hereunto set my hand

12   and official seal this 11th day of February, 2022.

13

14

15

16

17

18

19

20          KERRI PIANALTO, CCR

21          State of Arkansas, No. 651

22

23

24

25