# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 3:19-md-2885 |
| | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| *This document relates to:* *Ronnie LaChappelle v. 3M Company, et al.,* Case No. 7:20-cv-06901 | |

## AMENDED CASE-SPECIFIC EXPERT REPORT OF ARNALDO RIVERA, MD

## I.    INTRODUCTION

In preparation for this report, I reviewed and considered the relevant records, documents, and history of Plaintiff Ronnie LaChappelle. The documents I reviewed and relied upon in forming my opinions are contained on my Materials Considered List, attached as Exhibit A. (See Exhibit C also). Based on these documents, my training, experience, education, and examination of Plaintiff, I offer the following opinions to a reasonable degree of medical and scientific certainty.

## II.    SUMMARY OF OPINIONS

**a.** Ronnie LaChappelle, Jr has hearing loss, tinnitus, and related auditory injuries ("hearing damage"). I rely on the general causation opinions the General Experts, together with the exhibits cited therein including the Flange Report, CID Report and other documents I have reviewed for my own opinion that the CAEv2 is defective and flawed. These Reports and documents demonstrate that the CAEv2 does not properly seal and remained seal because the stem is too short, too wide and made of Delrin which is too hard or stiff. Based on my review of this information and as indicated in the Flange Report the CAEv2 imperceptibly loosened in users' ears. These defects resulted in users, like Mr. LaChappelle, being exposed to toxic levels of noise. It is therefore my opinion that the defects or flaws in the CAEv2 were the cause and/or substantial contributing factor in causing Ronnie LaChappelle to suffer from permanent and likely progressive

hearing loss, tinnitus and hearing

injuries.

**b.** Had the CAEv2 attenuated sound as intended, Mr. LaChappelle would not suffer from the hearing damage he possesses today.

**c.** I also rely on the General Experts Reports and opinions that there were safer alternatively designed products that were available and could have been worn by Mr. LaChappelle that would have prevented the hearing related injuries from which he now suffers.

## III.   QUALIFICATIONS

I adopt and incorporate the recitation of my education, training, experience, and background contained in my current curriculum vitae, attached as Exhibit B.

I am currently an Associate Professor of the Department of Otolaryngology Head and Neck surgery at the University of Missouri in Columbia, MO. I am also the head of the Neurotology/Otology program and Fellowship director of the Advanced Otology fellowship. Prior to this position, I was Program Director for Otolaryngology at Walter Reed National Military Medical Center.

Throughout my career I have served veterans and civilians in all aspects of Neurotology/Otology, including but not limited to disorders of hearing, balance, facial nerve disorders, and skull base tumors and trauma. Much of my practice has involved evaluating and treating all types of hearing loss, and especially noise-induced hearing loss. I routinely counsel patients on hearing protection and limiting noise toxicity. While active duty in the Navy, I advised and counseled on constant use of HPDs.

I have published extensively on topics related to hearing loss, which can be referenced in my attached CV.

## IV.   BACKGROUND

### A. Hearing Loss

Hearing losses can be divided into categories of conductive, sensorineural, or mixed hearing loss. Conductive hearing loss occurs when sound conduction to the

inner ear is impeded by the external ear, the middle ear, or both. Conductive losses are commonly caused by complete blockage of the ear canal by cerumen (ear wax) or foreign bodies, outer ear infection (*otitis externa*) and/or middle ear infection (*otitis media*), eardrum perforation and erosion or fixation of the ossicles. Because these conditions are generally amenable to medical or surgical intervention, they tend to be temporary and reversible. SNHL includes two subcategories: (1) cochlear (*sensori*) pathologies, and (2) retrocochlear (*neural*) pathologies, which involve damage in the neural pathway to the auditory cortex.

Cochlear dysfunction, which accounts for most cases of SNHL, is primarily caused by the loss of hair cells within the organ of Corti. A variety of conditions and exposures may result in cochlear SNHL, including:

- Age-related sensory hearing loss, which is caused by the progressive loss of cochlear hair cells beginning at the base of the cochlea and developing toward the apex, resulting in bilateral deterioration of hearing that begins in the high frequencies and progresses to lower frequencies. Age-related hearing loss, or *presbycusis*, is the most common cause of SNHL.
- Ototoxic medications, including: non-steroidal anti-inflammatory drugs (NSAIDs), which cause transient SNHL; aminoglycoside antibiotics, which cause bilateral SNHL and vestibular dysfunction; chemotherapeutics, which cause permanent high-frequency ($\geq$ 2000 Hz) SNHL; loop diuretics; antimalarials (*e.g.*, chloroquine); certain anticonvulsants; certain antivirals; certain antifungals; tricyclic antidepressants; anti-anxiety medications; and industrial solvents.
- Auto-immune disorders that cause progressive, bilateral SNHL and possible vertigo or disequilibrium, which generally resolve with administration of oral steroids.
- Inner ear infection (*labyrinthitis*) secondary to bacterial or viral infection, which results in sudden hearing loss.
- Meniere's disease, which causes low-frequency SNHL that progresses into higher frequencies as the disease evolves, along with sudden, asymmetric fluctuating hearing loss, aural fullness, tinnitus, and episodic vertigo.
- Cochlear otosclerosis.
- Hazardous noise exposure, which is particularly relevant to members of the armed forces.

Noise exposure is the most common form of acquired SNHL. Exposures to both impulsive and/or steady state noise can manifest as temporary threshold shifts

(TTS) that seemingly improve with time on audiograms but can still result in permanent injury at a sub clinical level, or permanent threshold shifts (PTS) that remain. In fact, significant intracochlear damage can exist with normal or near normal behavioral, or electrophysiological testing (Valero et al., 2017, McGill 1976, Schuknecht 1955). Patients that complain of tinnitus, hyperacusis and difficulty hearing can have normal or near normal audiometry. Behavioral and electrophysiological analyses are thus lag indicators of intracochlear damage.

Cochlear synaptopathy, or "hidden hearing loss", has been identified as the earliest manifestation of noise related trauma, in which there is poorer than expected hearing function hidden behind normal audiometry. Synaptopathy can explain why younger listeners with significant noise exposure histories but normal audiometry experience poor cochlear function. (Kumar 2012, Hope 2013). Because there is no marker of synaptopathy, correlating histories of noise exposure, clinical experience of poorer than expected hearing performance associated with tinnitus and/or hyperacusis and faster than expected progression of hearing loss are symptoms suggesting an underlying synaptopathy.

In the past, TTS was thought to be milder reversible damage to hearing thresholds and a less worrisome form of the same cochlear injuries that lead to PTS. However, incidences of transient hearing loss experienced at early ages have been shown to accelerate age-related hearing loss. (Le et al., 2017, Kujawa et al., 2006) The recovery of hearing in these circumstances are probably a result of reversible uncoupling of the outer hair cell stereocilia from the tectorial membrane and/or reversible central gain increase and associated hyperacusis and tinnitus." (Le et al. 2017) However, even when previous hearing thresholds are recovered, there can be considerable damage to the ribbon synapses, the degeneration manifest in cochlear synaptopathy. Cochlear synaptopathy results in loss of connections between the inner hair cells and their afferent neurons in the acute phase of noise-induced cochlear trauma and is most likely a result of glutamate excitotoxicity causing damage to the post-synaptic terminals. These synaptopathic mechanisms, similar to synaptopathic disease in certain types of auditory neuropathy, are involved in and likely contribute to NIHL. (Le et al., 2017)

Science is clear that exposure to damaging noise can disrupt the most fragile component of the inner ear, the synaptic junction between the inner hair cells and the afferent auditory nerve.

That these exposure-related injuries manifest clinically is evident in temporally related subjective symptoms of damage, tinnitus and muffled hearing, as

well as occasional TTS and PTS. These findings correlate to the clinical military medical experience observed by DoD and VA audiologists and otolaryngologists that military members exposed to damaging noise, regardless of objective evidence of hearing loss, can have significant difficulty due to bothersome tinnitus, as well as trouble hearing in noise and more difficulty than would be expected understanding normal conversations. It is also a common experience that hearing declines in these members at a faster than expected rate following their exposures.

One of the most noticeable deficits that results from NIHL is speech misperception. Vowels are relatively powerful, low frequency (< 1500 Hz) sounds that alert the listener to speech. Consonant sounds, which are predominantly high frequency (> 1500 Hz), surround vowel sounds and have subtle differences that give meaning to speech. High frequency losses common to NIHL create difficulty hearing and discriminating between consonant sounds. Consequently, individuals with NIHL commonly experience a loss of speech clarity without a perceived loss of intensity. This problem is exacerbated by background noise and reverberant environments.

Sound localization may suffer as a result of NIHL. As sounds enter each ear, they stimulate cortical activity on both sides of the brain. Comparing interaural differences in the timing, intensity, and phase of the sound in each ear allows the hearer to determine the vertical elevation of the sound source and to identify which ear is closer to it. Hearing loss in one or both ears impair this localization function.

NIHL is the most prevalent risk factor for triggering the development of tinnitus. (Ryan et al., 2016; International State of the Science Meeting on Blast-Induced Tinnitus) For some, tinnitus is a benign condition; however, a significant portion of people who suffer from tinnitus experience distress that can be extreme. (Ryan et al. 2016)

## B. Tinnitus

Tinnitus is the perception of sound that has no external sound source. The sound is commonly described as "ringing in the ears," buzzing, hissing, whistling, and/or humming.

Tinnitus may localize to one ear (unilateral), both ears (bilateral), or may instead be perceived in the head (Hu et al., 2015). It may be transient or persistent (lasting ≥ 6 months), and persistent tinnitus may be constant or intermittent. (Hu et al., 2015) Tinnitus is usually associated with some degree of hearing loss and some

tinnitus patients may have unsuspected or unnoticed hearing loss. (Tunkel) In addition, tinnitus can and often *does* exist in the absence of clinically significant hearing loss.

There are multiple causes and numerous aggravating co-factors associated with tinnitus. Most cases of tinnitus are "primary," meaning idiopathic or caused by SNHL. Secondary tinnitus, which is rare by comparison, arises from an identifiable organic condition or a specific underlying cause other than SNHL, including cerumen impaction, middle ear diseases (*e.g.*, otosclerosis or Eustachian tube dysfunction), cochlear abnormalities (*e.g.*, Meniere's disease), and auditory nerve pathology (*e.g.*, vestibular schwannoma). Secondary tinnitus is managed with treatment of the underlying condition.

Although primary tinnitus may be idiopathic or may result from any form of sensorineural hearing loss (*e.g.*, presbycusis, ototoxic medication), the most prevalent and direct cause of tinnitus is loud noise exposure. (Hu et al., 2015) The risk for developing tinnitus is significantly greater for individuals with a history of military service as compared to the civilian population. (Moore, et al., 2015) Military occupational specialties commonly involve long-term exposure to continuous noise, or exposure to a combination of impulses and continuous noise, which are also known to cause tinnitus. Tinnitus induced by noise exposure is often described as high-pitched.

Transient tinnitus commonly occurs after hazardous noise exposure and may be the first indication of auditory injury. After an acute acoustic trauma, tinnitus is reported in the initial stages in 90% of cases and often persists even when the hearing loss is temporary. (Shargorodsky et al., 2010) Many military occupational specialties may involve proximity to extremely loud noise that can cause acoustic trauma and lead to the onset of tinnitus. (Moore et al., 2019)

## C. Hearing Loss, Tinnitus, Depression, PTSD, and Anxiety

Noise-induced hearing loss and tinnitus have long been associated with co-morbid psychiatric conditions such as anxiety, social isolation, and depression, and have a known correlation to elevation of stress related to cardiovascular disease (Hahad 2019). Several systematic reviews of the literature have linked tinnitus to psychiatric disorders, with a high prevalence of anxiety and depression seen. Pinto et al reviewed 16 articles from a search identifying 153 published between 2000-2012 showing a high prevalence of psychiatric disorders in tinnitus-affected patients, especially anxiety and depression (Pinto, J Laryngol Otol Aug 2014).

Similarly, Ziai et al found 15 of 53 articles relevant for review also showing a strong association between tinnitus, depression, and anxiety, and recommended all tinnitus patients be screened for psychiatric disorders (Ziai Int Tinnitus J Jun 2017). Another systematic review of 117 published scientific papers revealed a 45% lifetime prevalence of anxiety disorders in the tinnitus population. In this Pattyn et al also recommend screening for psychiatric disorders in moderate severe tinnitus (Pattyn Hear Res Mar 2016). In the VA Martz et al found that 116,358 of 769,934 OEF/OIF/OND Veterans, in a retrospective analysis, were shown to have been diagnosed with tinnitus by the VA. Of these, depression co-occurred in 21%, anxiety in 8%, and both anxiety and depression in 17%. (Martz Ear Har Nov/Dec 2018).

## D. Tinnitus and Sleep

Tinnitus commonly interferes with sleep with delayed onset of sleep, poor sleep quality and associated daytime somnolence and chronic fatigue. Tinnitus can be more noticeable and bothersome in quiet environments, such as when trying to fall asleep. In these cases, the "ringing in the ears" experienced can become a cause for sleep disturbance. In fact, mini sleep questionnaire (MSQ) scores for sleep disturbance were higher in 77% of those with tinnitus compared to controls (Alster 1993). Additionally, those with sleep disturbances rated their tinnitus more severe. Veterans with a higher tinnitus handicap inventory (THI) were shown to have higher Epworth sleepiness scale scores, which is a validated measurement of daytime sleepiness in adults (Liu et. Al 2015). This group was also found to have increased incidence of PTSD and anxiety.

## E. Treatment of Hearing Loss and Tinnitus

NIHL and tinnitus are permanent and progressive conditions. There are no cures for these conditions, which are not amenable to medical or surgical treatment. Treatment for NIHL is essentially limited to hearing aids, which are designed to increase the volume of sound at frequencies impacted by hearing loss, but they do not repair the damage sustained by the auditory system. (Baiduc et al., 2013) Amplification can also be used to manage NIHL-related tinnitus by treating the hearing loss and mitigating the annoyance of tinnitus. Hearing aids can improve hearing in some situations, but they cannot completely and seamlessly compensate for NIHL. For example, many hearing aid users struggle to understand speech in noisy environments as a result of loudness recruitment and other distortions, which are exacerbated by hearing aids. In addition to these inadequacies, personal reservations and social stigma deter potential hearing aid users (Baiduc et al., 2013).

Sound therapy uses broadband noise sound generators, hearing aids, or combination devices to promote habituation (*i.e.*, an adaptation process of the auditory system that reduces the perceived signal intensity of the tinnitus as well as an individual's reaction to it) by reducing the contrast between the tinnitus and environmental sound, providing sounds that are soothing to induce a sense of relief from stress or tension caused by tinnitus, or providing sounds that are interesting with the goal of distracting the patient's attention away from the tinnitus.

Cognitive behavioral therapy is also used in the treatment of tinnitus. This approach integrates behavioral interventions including relaxation techniques and instruction on sleep hygiene with cognitive skills to identify negative thoughts that result in distress and restructure them in a manner considered more accurate or helpful. This approach, originally developed for treatment of depression and anxiety, and has been shown to be effective in the treatment of tinnitus-related distress.

Tinnitus Retraining Therapy seeks to habituate the patient to the tinnitus sound by using directive therapy to neutralize negative emotional reactions to the tinnitus and using sound therapy to decrease the perceived contrast between the background noise and the patient's tinnitus-related neuronal activity.

There is no FDA-approved medication for the treatment of tinnitus, nor are there any medications that can diminish the perceived loudness of tinnitus. Medications for the treatment of comorbid conditions, including anxiety, depression and insomnia, are prescribed to reduce overall suffering. (International State of the Science Meeting on Blast-Induced Tinnitus)

## V. GENERAL CAUSATION OPINIONS

As indicated above I rely on the entirety of the General Experts' opinions that the CAEv2 is defective in design, does not properly form a seal, does not maintain a seal, and imperceptibly loosens because it is too short, too wide and too hard or rigid. Based on my reliance on these opinions, my review of the Flange Report, CID Report, citations to testimony in this case and internal 3M documents and my own education and experience I believe the defects in the CAEv2 (too wide, too short, and too stiff/rigid) caused or contributed to cause Mr. LaChappelle's hearing damage. In forming my opinion that, to a reasonable degree of medical certainty, defects in the CAEv2 were the direct and proximate cause and/or were a substantial contributing factor of, Plaintiff's hearing damage and related auditory injuries, I rely

upon the general causation opinions of the General Experts in their entirety. With the background of my education, training, and experience, I also reviewed and considered the Flange Report, CID Report, design drawings of the CAEv2, and other documents in forming my opinion that the CAEv2 is defective in that it does not adequately fit, seal and maintain a continued seal sufficient to protect against hearing damage. Specifically, these defects include that: the CAEv2 was too short for proper insertion; contained an opposing, non-inserted end with basal edges and material that contacted and/or deformed against the outer ear; contained a hard, stiff and excessively wide adapter stem component which failed to adequately accommodate the dynamic human ear canal; and, as a result, had a propensity to imperceptibly loosening over excessively short duration. Based on the CID Report, testimony of 3M employees and former employees, and other internal 3M documents, 3M did not provide this information to the military.

## VI.    RONNIE LaCHAPPELLE, JR.'S HISTORY & BACKGROUND

Plaintiff, Ronnie LaChappelle Jr. was born on ███████ 1976, and currently resides in Arkansas. Plaintiff is a veteran of the US Army and a right shouldered shooter. Mr. LaChappelle enlisted in the Army and Arkansas National Guard in 1994 and was honorably discharged in 2018. Plaintiff received his Bachelor of Science degree in Public Safety and Homeland Security from Vincennes University in 2021.

Plaintiff filed for VA benefits in 2011 for Post-Traumatic Stress Disorder (PTSD), arthritis (left shoulder, right shoulder, left knee, right knee, back, neck), and migraines. He was originally awarded benefits for PTSD (50%) and arthritis, left shoulder (10%). In 2015 he filed a request to reopen his original disability claim and included the following disabilities: PTSD, Irritable Bowel Syndrome due to undiagnosed illness, tinnitus, sleep apnea (also claimed as fatigue), erectile dysfunction, athlete's foot and migraine headaches. His combined evaluation for compensation remained at 60%. In 2018 Mr. LaChappelle filed a new claim for benefits listing PTSD, tinnitus, left foot condition, left hand stitches (finger is numb), arthritis (neck), erectile dysfunction, IBS, migraine headaches, and sleep apnea. His combined evaluation for compensation was raised to 80%. He currently receives benefits for PTSD (70%) and tinnitus (10%).

### a.  Military History and Noise Exposure

Plaintiff enlisted in the Army in 1994 and started in the National Guard in 1995. He was deployed to Iraq from April 8, 2003 to February 10, 2004. He then continued with the National Guard until his second deployment to Kuwait from

October 7, 2006 to September 21, 2007. He continued the remainder of his military career with the National Guard until 2018.

During his time in the National Guard he was exposed to firearms at the range twice per year. During basic training he was exposed to small arms fire from weapons such as M16, M249, M2, 240 Bravo, .50 caliber machine gun, AT4, and M9. He was also exposed to hand grenades and Claymore mines during basic training. He always wore hearing protection and was supervised to ensure the hearing protection was properly in place. He does not recall specifically which hearing protection device he used, but recalls a spongy green and orange plug and also a yellow one; when asked in his deposition if these plugs were referred to as "foamies" he indicated that was another terminology commonly used. There was also noise from generators. The generators were a fair distance away from his location, estimated about 300 feet away. He did sometimes supply fuel to the generators and vehicles but reports he wore HPD each time.

He was then deployed to Iraq in 2003 when he was first issued the CAEv2 ear plugs. In Iraq he was exposed to daily enemy fire, IEDs and explosions, generators, and military vehicles and aircraft. The airfield was located about a quarter mile away and did not produce significant noise. His duties included chemical operation specialist, artillery, munitions, unit supply, and driver. He was indirectly exposed to burn pits during his deployment when the wind would carry smoke towards his living quarters. He was also exposed to noise from generators, but they were located about 300 feet away from the tent he slept in. There were infrequent times he did supply fuel to the generators (and vehicles), but he reports he always wore HPD, specifically the CAEv2, while fueling. Plaintiff stated his sleeping quarters in Iraq were a quarter of a mile from an airfield and that the quarters were far enough away that the noise from the planes did not affect his hearing or sleeping.

He reports frequent exposure to enemy fire. There were multiple IED explosions in his vicinity while on convoy, within 100 meters. He always wore hearing protection (CAEv2) as instructed when on convoy, engaging in firefights, or around loud noise. There were two incidents he recalls being surprised by gunfire or mortar attacks when he was not wearing hearing protection, and recalls the mortars hit within 30 to 60 meters of his location. He was deployed to Kuwait in 2006 to 2007. He was exposed to firearms at the range monthly. There were no incidents of exposure to enemy or live fire. Mr. LaChappelle was exposed to controlled explosions wherein the military would detonate old coordinates about two to three times a month. He cannot recall how far away he was from these explosions. There was exposure to military vehicles during convoys. The CAEv2

were worn during all noise exposure in Kuwait. He does not recall which end of the plug he used for which situations but recalls wearing them.

In addition to the above, he was exposed to two different models of Humvees almost daily while deployed. He was the trip commander so oversaw all the convoys for his organization and was seated in the front passenger seat for most of them. He did not wear a communications headset and wore the CAEv2 instead. Mr. LaChappelle was also the driver of a LMTV 5-ton troop hauler that he estimates he travelled in about 20% of his military career. He also travelled in several different models of NTVs during his deployment to Kuwait.

Mr. LaChappelle also travelled as a passenger on the following aircrafts: C-130, C-5, C-17, Blackhawk helicopter, Chinook helicopter, and Kiowa helicopter. He wore hearing protection each time he travelled on these aircrafts. He travelled on the C-130 airplane a couple dozen times, the C-17 once or twice, Chinook helicopter more than a dozen times, and Kiowa helicopter a couple times all throughout his military career but not while deployed. While in Iraq he was a passenger on a C-5 aircraft around five times, and Black Hawk helicopter about a dozen times. He was a passenger each time and always wore HPD.

Mr. LaChappelle used the CAEv2 from 2003 until approximately 2007 when he returned from his second deployment. He was issued his first pair of CAEv2 in 2003 at Fort Polk from the supply logistical. He recalls initially being issued two pairs, then received another in theater, and then he received a new set about every thirty days thereafter. He would dispose of his old set upon receiving a new pair.

Mr. LaChappelle did not remember receiving instructions, either written or verbal, on the plugs nor did he recall being fitted for a pair of CAEv2 either. He could not specifically recall the difference between the green or the yellow end. He does remember that one end was for steady state noise and the other was for being able to communicate and still receive protection. Having said this, he informs me that he wore the plugs in accordance with his commander's directions and was frequently checked by his superiors and NCOs to ensure he was wearing the plugs and had the proper end inserted at all times.

Plaintiff recalls using foamies and/or spongy earplugs in basic training. He recalls a green and orange one and also a yellow one before being issued the CAEv2 in 2003. After his second deployment, he recalls receiving yellow or orange spongy-looking earplugs or foamies while at Fort Chaffee. Mr. LaChappelle also recalls receiving an orange triple flange earplug as well while at Fort Chaffee. The only

hearing protection he wore after being issued the CAEv2 in 2003 and his return from Kuwait in 2007/2008 were the CAEv2.

Mr. LaChappelle reports two incidents where he was surprised by incoming fire and was not wearing HPDs. Both instances he recalls were mortar attacks and they landed approximately 30-60 meters away from him. Neither one resulted in any contemporaneous hearing loss or tinnitus that he recalls. During one of the attacks, Mr. LaChappelle was inside and sought protection under a table, hitting his head on something he believes was a pipe. During the other surprise mortar attack, Mr. LaChappelle was outside near the opposite side of the compound where the mortar hit the ground and exploded. Mr. LaChappelle also testified that there were rockets fired on the post daily, but that he would typically be 1,000 meters or couple thousand meters or more away from impact.

### b. Non-Military Noise Exposure

Mr. LaChappelle has limited noise exposure outside of the military. In 2011, he went to the Super Bowl. In 1996 or 1997 he attended a Royals game and he reports attending a basketball or baseball game about once per year. He does not wear hearing protection during these events. Mr. LaChappelle has attended no more than six concerts over his life and did not wear HPDs to these events. Prior to 2003, he attended a monster truck event and did not wear HPD.

Mr. LaChappelle has been using personal headphones since 2020, almost exclusively using them to hear phone calls better. He has the generation two Apple Air Pods and prior to that used the Apple headphones that came with his phone.

In the last five years, Mr. LaChappelle testified that he rides on an ATV about once per year and wears a Fulmer helmet. He also does maintenance on small engines.

He uses basic power tools about one time a year without HPDs. He operates a Kubota tractor with a brush hog attached a couple times per year without HPDs. During mowing season, he uses a Dixie Chopper riding lawn mower about every two weeks and uses other lawn equipment and will perform general maintenance on the lawn equipment. He wears earmuffs when using lawn equipment.

Mr. LaChappelle has gone to an outdoor range to shoot recreationally on occasion. He shoots a 22-caliber rifle and always wears earmuffs. He last shot at a range about 5 years ago. Mr. LaChappelle also owns a Long Colt 45 (last shot 3

years ago while wearing foamies), an AR 15 (he last shot more than 3 years ago) and a ten-gauge shot gun (last shot in about 1995). When shooting recreationally he has always worn HPD.

### c. Non-Military Occupations

From 2008-2011 Mr. LaChappelle was employed by Pinkerton Government Services where he worked security. He checked ID badges, escorted individuals in and out of buildings and completed daily logs. He was not exposed to any dangerously loud noises and did not need to wear any HPD. Mr. LaChappelle left this job in 2011 to work at Eris Security for a higher wage. He worked for Eris from 2011 until 2015 as an armed guard at a federal installation. His duties included checking people in and out of buildings, and escorting individuals around the installation. He did have to qualify at the range every year and carried a M&P 40. He would shoot approximately fifty rounds and wore earmuffs at the range. Mr. LaChappelle left Eris for Training Group, Inc. in 2015 where he is a training support specialist. He performs logistical type work and issues MILES GEAR/equipment to groups who come for training. He does not have to qualify on any weapons for this employment and does not need HPD. He has not undergone any hearing test for employment outside the military and, other then when performing yearly qualifying at the range for Eris Security, he has not been instructed to use HPD during any of his non-military employment.

### d. Hearing loss

Based on all available records and Ronnie LaChappelle's reports, he had no hearing loss or hearing difficulties prior to joining the military in 1994.

He has difficulty hearing which was first noticed after his deployment to Kuwait in 2008. He was seen at the VA for his hearing/tinnitus conditions. Mr. LaChappelle had a hearing test when he was discharged in 2018. He was diagnosed with sensorineural hearing loss in frequency range of 500-4000 Hz, for both right and left ears. He was not told he needed hearing aids in 2018 but recalls that around October 2021 his PCP recommended that he look into hearing aids as an option help him hear better. Review of his available audiograms from 2003 to 2018 shows development of a mild sensorineural hearing loss.

A table showing Mr. LaChappelle's audiograms is included below:

# Ronnie LaChappelle's Audiograms

| DATE | LEFT EAR | | | | | | | | RIGHT EAR | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 250 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 | 250 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 |
| 2/17/B | X | X | 5 | 10 | 15 | 5 | 25 | X | X | X | 5 | 10 | 10 | 5 | 20 | X |
| 7/08/06 | X | X | 5 | 15 | 25 | 15 | 10 | X | X | X | 10 | 15 | 25 | 10 | 15 | X |
| 2/08/09 | X | X | 5 | 10 | 20 | 20 | 15 | X | X | X | 5 | 10 | 20 | 10 | 15 | X |
| 1/10/10 | X | X | 5 | 10 | 20 | 20 | 20 | X | X | X | 5 | 15 | 15 | 10 | 15 | X |
| 1/8/11 | X | X | 5 | 15 | 20 | 20 | 15 | X | X | 5 | 5 | 10 | 10 | 10 | 20 | X |
| 2/05/12 | X | X | 15 | 20 | 25 | 25 | 15 | X | X | X | 15 | 15 | 25 | 15 | 25 | X |
| 3/01/13 | X | X | 5 | 10 | 25 | 15 | 30 | X | X | X | 0 | 15 | 20 | 15 | 20 | X |
| 3/1/14 | X | X | 5 | 15 | 25 | 20 | 10 | X | X | X | 0 | 15 | 15 | 5 | 20 | X |
| 3/07/15 | X | X | 5 | 10 | 20 | 10 | 30 | 10 | X | 10 | 0 | 5 | 20 | 5 | 25 | X |
| 9/15/15 | X | 10 | 10 | 15 | 20 | 20 | 30 | 20 | X | 10 | 15 | 15 | 25 | 20 | 15 | 15 |
| 3/06/16 | X | X | 15 | 10 | 30 | 30 | 15 | X | X | X | 5 | 15 | 25 | 20 | 5 | X |
| 11/21/18 | 20 | 20 | 20 | 20 | 30 | 35 | 35 | 25 | 20 | 20 | 20 | 15 | 30 | 25 | 30 | 30 |
| 2/23/22 (DME) | 25 | 25 | 25 | 25 | X | 30 | X | 20 | 30 | 30 | 20 | 30 | X | 25 | X | 20 |

### e. Tinnitu s

Based on all available records and Ronnie LaChappelle's reports, he had no complaints of tinnitus prior to entering the military in 1994. He first noticed tinnitus in 2008/2009 after returning from Kuwait. He testified in his deposition that there was not a specific incident that occurred wherein he began noticing the tinnitus but opined that once he was no longer constantly exposed to toxic levels of noise (while deployed) that he was able to process the tinnitus. He reported to his primary care physician (PCP) in January 2011 that he was experiencing "some tinnitus," and in 2018 he was formally diagnosed with tinnitus by the VA.

Mr. Lac happelle states that his tinnitus has gradually worsened over the years.

He notices this more in quiet environments and reports this as a constant humming sound and sometimes it manifests as a ringing in his ears. He has described the tinnitus as sounding like a Humvee engine, or like a plane, or other engine. He does not notice this every day, but estimates 4-5 times per week, lasting at least eight or nine hours at a time. This is more bothersome in quiet environments, such as when he is trying to sleep at night. He testified that it is difficult to talk on the phone, and people often must raise their voice at him during conversations which is frustrating. He also stated that people (often his son) think he is yelling at them because he talks so loud in order to hear himself speak which causes friction in his interpersonal relationships. Mr. LaChappelle reports needing to turn the television and radio up very loud to hear it. He also has difficulty understanding words with background noise present. It does interfere with him falling asleep and sometimes he will use a fan to mask the ringing or humming in his ears. He receives the maximum allowable benefit from the VA (10%) for tinnitus.

### f.  Medical History and Other Injuries

Ronnie LaChappelle's medical records document numerous medical conditions including but not limited to: PTSD, tinnitus, arthritis, IBS, erectile dysfunction, migraine headaches, GERD, and anxiety.

In 1997 or 1998 he was rear ended while driving a car and suffered whiplash and neck pain. This was treated with physical therapy. He reported no associated tinnitus, dizziness, or loss of consciousness with this injury.

In 2003, Mr. LaChappelle was inside a building during a mortar attack and sought shelter under a table where he hit his shoulder and head on the table. In addition, some boxes fell on top of the table pinning him underneath. He was not wearing hearing protection. He believes he hit his head on a pipe that was underneath the table. . There was no loss of consciousness. He does not recall any contemporaneous hearing loss or tinnitus. He was given ibuprofen and was able to return to his duties.

In 2003, Plaintiff was hit in the leg by a four-by-four post when he was unloading posts from the back of a truck. He denies any injury to the head from this in his deposition.  While his interrogatory answer indicated he was hit in the back of the head with one of the post pieces, Plaintiff clarified the post did not have any contact with his head, only his knee. He does not recall being hit in the head but noted it was possible in his deposition. In any event, he did not suffer

contemporaneous hearing loss or tinnitus, did not need or seek medical attention and was never been diagnosed with a traumatic brain injury (TBI).

In 2004 he was in a Blackhawk helicopter while deployed that took RPG fire and had to use evasive maneuvers and he tweaked his neck. He did not suffer any head trauma. He was wearing hearing protection while onboard the helicopter. There were no associated symptoms of hearing loss or tinnitus with this event, and he did not seek medical attention.

In 2010, Plaintiff was in a nighttime convoy doing NGV operations and was rear ended by the vehicle behind them going at slow rate of speed, about ten miles per hour. He was wearing his ACH helmet, but his head hit the windshield. He did not seek treatment for any of these injuries. There was no loss of consciousness, tinnitus, or hearing loss symptoms with this event.

Mr. LaChappelle has never been diagnosed with a TBI or concussion or otherwise reported any hearing loss or tinnitus associated with any head strike.

He has not had ear surgery or any other ear trauma. Plaintiff recalls having about three ear infections with the last being around 2000. Approximately, in 2010, Plaintiff had cerumen impaction and was treated with drops. Plaintiff occasionally has had the feeling of fullness or pressure in his ears but did not need medical treatment. He has not had ear drainage. Mr. LaChappelle was asked in his deposition about a note in his medical records from September 2015 about him experiencing vertigo about once a month that lasts about a day, but he does not recall this instance or ever experiencing vertigo.

In his family, his father, Ronald LaChappelle, Sr. has hearing loss from his military service during the Vietnam War.

Plaintiff has arthritis in both shoulders and both knees. He takes ibuprofen as needed.

He was diagnosed with tinnitus in 2018 by the VA. He first noticed it in 2008/2009 and it has gradually increased.

Mr. LaChappelle has a diagnosis of PTSD, depression, and anxiety. He has been on various medications for this but stopped taking the prescribed medication in 2011as they had unwanted side effects and he did not like the way they made him feel. He is currently receiving service-connected benefits for PTSD at a rate of 70%

for the VA.

He uses aspirin daily because of his age and to help avoid high blood pressure. Dr. Hobbs at the VA prescribed the aspirin. He uses 800 mg of ibuprofen as needed for his arthritis and headaches which was also prescribed by Dr. Hobbs.

### g.  Medications

I have reviewed all medications contained within Plaintiff's extensive records, including but not limited to: Fluoxetine, Sertraline, Gabapentin, Dicyclomine and Bactrim. He is currently prescribed and taking Aspirin, Ibuprofen (as needed), Omeprazole and Sildenafil (as needed).

### h.  Alcohol, Drug, Tobacco Use

Mr. LaChappelle goes through one can of tobacco pouches every few days. He denies a present or past history of illegal drug use or alcohol dependence.

### i.  Family History of Hearing Loss

Mr. LaChappelle's father has a history of noise induced hearing loss from his military service in the Vietnam War. There is no other reported family history of hearing loss.

### j.  In-Person or Zoom Examination

A tele-health zoom meeting with the plaintiff was completed on 3/24/2022. His history above was reviewed and confirmed. We discussed his symptoms of hearing loss and tinnitus and how they interfere with his daily life, as noted above. We reviewed his noise exposure history and his use of hearing protection both in and outside the military. We reviewed his medical history, both past and present, as well as his current medications, prescription and over the counter.

Pictures were obtained to examine his ear canals and tympanic membranes, to the best of the ability that a telehealth visit can obtain. Pictures of his use of both ends of the CAEv2 ear plugs were also obtained. (See Exhibit D)

### k.  Defense Examination

18

A review of the defense examination that took place on 2/23/22 was performed. The exam found non-occluding cerumen and normal appearing tympanic membranes. Tympanometry was within normal limits, ruling out middle ear pathology. The audiogram revealed a flat mild sensorineural hearing loss bilaterally. His word recognition score, which is a test administered in quiet in a sound proof booth, was excellent at 96% in both ears. However, his word in noise testing revealed a 16 dB threshold signal-to-noise ratio (SNR) in the right and a 12 dB SNR in the left, indicating the need for increased volume over the background noise to understand the words correctly. This correlates with Mr. LaChappelle's complaints of difficulty hearing and understanding others in background noise. Finally, the otoacoustic emission testing did reveal impaired outer hair cell function bilaterally. In total, the defense testing did confirm Mr. LaChappelle's hearing loss and difficulty understanding speech in noisy environments.

## VII.   SPECIFIC CAUSATION OPINIONS

Like I do in my clinical practice, I performed a differential diagnosis to determine the cause of Mr. LaChappelle's hearing damage. A differential diagnosis is performed by considering, or ruling in, possible causes of a patient's injuries and then ruling out those conditions, diseases, or causes that are not likely the cause of his injury to determine the most likely cause.

I considered a large number of potential causes of Mr. LaChappelle's hearing loss, tinnitus, and related auditory injuries including the conditions, diseases, exposures and other potential causes detailed in this report, his medical records, discovery and my extensive review with him. I am able to rule out his medical history, conditions and experiences because there is nothing that would cause his hearing damage except for his CAEv2 use around toxic levels of noise. Accordingly, it is my opinion, to a reasonable degree of medical certainty that Mr. LaChappelle's hearing loss, tinnitus, and related injuries were caused by the defective flaws in the CAEv2 and the lack of attenuation he received while wearing them in and around hazardous noise. His hearing loss and tinnitus are permanent and likely progressive and are exacerbators for his PTSD, sleep difficulty, and other mental health disorders.

The records and data do not demonstrate a history of the following, so I easily ruled them out as potential causes: auto-immune disorders, neoplastic disorders, metabolic conditions, otosclerosis, otitis media, Meniere's disease, obstruction of the ear canal, tympanic membrane perforation, cholesteatoma, tympanosclerosis,

vascular injury or ear infections, sudden sensorineural hearing loss, head trauma, or ototoxic medications.

I specifically rule out the following possible alternative causes:

Noise exposure unrelated to the CAEv2:

Plaintiff has limited noise exposure outside of his Military career. He reports wearing earmuffs with recreational shooting, which he only performs once per year at an outdoor range and has not done in the last 5 years. He attends on average one sporting event per year without hearing protection. He does drive an all-terrain vehicle every 3 months on average without hearing protection. When performing lawn care at home he wears earmuffs. These limited low noise exposures are not believed to be the cause of his hearing loss and tinnitus.

Head trauma / headaches:

Plaintiff has had head trauma that occurred in 2003 when taking shelter from a mortar attack, however this did not lead to loss of consciousness, tinnitus, or hearing loss. He was not diagnosed with a traumatic brain injury nor has he had any type or head injury that was of the severity to cause hearing loss or tinnitus and none was temporally associated with any such injury. He has had neck injuries from MVA and while riding in a helicopter, but this is unrelated and not the cause of his hearing loss or tinnitus.

He does report headaches, now occurring once or twice per month. These are controlled with ibuprofen. This is not the cause or source of his hearing loss or tinnitus.

Ototoxic Medication:

Plaintiff is currently taking 81 mg aspirin, as prescribed by his physician. This dosage is not expected to cause tinnitus or hearing loss. Only very high doses of aspirin are shown to cause reversible tinnitus.

Similarly, ibuprofen 800 mg can cause a reversible tinnitus when taken for a prolonged period. However, the Plaintiff does not take this medication every day and medication is not the cause or his tinnitus or hearing loss.

Congenital hearing loss:

No reported family history of congenital hearing loss. Father has noise induced hearing loss from military service.

Presbycusis:

Plaintiff was born March 7, 1976. He reports tinnitus and hearing loss starting in 2008/2009. Presbycusis occurs after the 5th decade of life. Studies have shown that exposure to impulse noise earlier in life does accelerate the progression of hearing loss. Accordingly, age did not cause Plaintiff's auditory injuries.

Other HPDs:

Plaintiff was issued the CAEv2 ear plugs on his first deployment to Iraq in 2003. He used these ear plugs throughout his time in Iraq as well as for his second deployment in Kuwait in 2006 until 2007. He first noticed the tinnitus and hearing loss in 2008/2009. The CAEv2 plugs were the only hearing protection device he wore during his two deployments. There may have been occasions when the Plaintiff came under unexpected enemy fire with small arms and mortars and did not have his hearing protection in place during his Iraq deployment, however these occurrences were uncommon and not temporally connected with any hearing loss or tinnitus. The Plaintiff believes to the best of his memory that he wore his hearing protection at all times, aside from these surprise attacks.

In basic training and while with the National Guard, he did wear foam ear plugs and other brands of hearing protection, though the brand is unknown. He did spend time at the shooting range during these periods, and always wore hearing protection as required. This early noise exposure in his military career is not the cause of his hearing loss or tinnitus, which was not apparent until 2009 after his deployments and after having worn the CAEv2 around toxic noise.

Outside of the military, he has very limited noise exposure. When shooting at the range he always wears earmuffs. He also performs yard work while wearing earmuffs. Earmuffs are effective in protecting hearing in these situations.

The other HPDs worn are not known to be defective, have long histories of known protection and not temporally associated with Plaintiff's injuries. For all of the reasons under this heading, other HPDs are not the cause of Plaintiff's hearing loss and tinnitus.

Other medical conditions:

Plaintiff has been diagnosed with PTSD, depression, anxiety, GERD, headaches, arthritis, irritable bowel syndrome and erectile dysfunction. These medical conditions, and the medications and dosages to treat these are not the cause of his tinnitus or hearing loss because they do not cause these auditory injuries and/or are not temporally related.

Acoustic neuroma:

There is no evidence of asymmetric hearing loss, unilateral tinnitus, or disequilibrium so there is no concern for an acoustic neuroma.

Defense testing:

As discussed above, the defense testing was reviewed and confirmed Mr. LaChappelle's sensorineural hearing loss and difficulty hearing in background noise.

In conclusion, Mr. LaChappelle was issued the CAEv2 ear plugs in 2003 and wore them throughout his two deployments from 2003 to 2007. He was exposed to loud noise through firearms, military vehicles and aircraft, enemy fire and mortar strikes, and equipment such as generators. From his report, he wore his hearing protection diligently, aside from the rare occurrence of surprise enemy gun fire and mortar attacks as described above. Following the end of his deployment in Kuwait, he began to notice a buzzing sound and difficulty hearing. He had no prior history of tinnitus or hearing loss prior to joining the military or prior to his use of the CAEv2 ear plugs. We know that noise induced hearing loss leads to cochlear synaptopathy, the earliest form of auditory damage, with poorer than expected auditory function based on audiogram results. We also know that impulse noise and noise exposure at a younger age increases the rate of age-related hearing loss, putting him at risk for worsening auditory function.

I also rely on the General Experts Reports and opinions that there were safer alternatively designed products that were available and could have been worn by Mr. LaChappelle that would have prevented the hearing related injuries from which he now suffers. These safer alternatively designed products include: CAEv4.1 (2014-present), Surefire EP7 (2013-present), Moldex Battleplug (2011-present), CAEv4 (2009-present), Surefire EP4 (2008-present), CAEv3 (available 2007-2010), Surefire EP3 (2005-present), CAEv1 (available 1999-2010 paired with a 3Multrafit

(all times available) or "foamie" (all times available), and improvements to the CAEv2s design flaws (thinner less rigid stem) (available in 1990s). Had Mr. LaChappelle worn these safer alternative hearing protection devices instead of the CAEv2, he would not suffer from the hearing loss, tinnitus and related injuries he has.

It is my opinion that Mr. LaChappelle suffers from hearing loss, tinnitus, and related injuries. These conditions are permanent and likely will progress. Further, they will exacerbate his PTSD and related mental health issues. As stated, it is my opinion these injuries were caused by the defectively designed CAEv2. Had it not been for the CAEv2, Mr. LaChappelle would not suffer from these injuries.

All my opinions contained in this report are made to a reasonable degree of medical and scientific certainty.

Date: April 11, 2022

_____

Dr. Arnaldo Rivera

# EXHIBIT A

**DR. ARNALDO RIVERA – CASE SPECIFIC MATERIALS CONSIDERED LIST – Ronnie LaChappelle Case**

**MATERIALS REVIEWED**

***Deposition Transcripts of the Parties/Physicians/Witnesses and Exhibits***

Deposition of Plaintiff Ronnie LaChappelle: 02/03/2022

***Medical and Billing Records***

VA *Touhy* Responses

DOD *Touhy* Responses

Client Produced Records

Audiograms

DME: 02/23/2022

Insertion Photos

***Other***

Discovery Responses:

- 01/07/2022 – Plaintiff's Objections & Responses to Defendant's Amended First Set of Interrogatories
- 01/07/2022 – Plaintiff's Objections & Responses to Defendant's Amended First Set of Requests for Production
- 01/21/2022 – Plaintiff's Rule 26(a) Initial Disclosures
- 02/04/2022 – Plaintiff's Objections & Responses to Defendant's Second Set of Requests for Production
- 02/04/2022 – Plaintiff's Objections & Responses to Defendant's Second Set of Interrogatories
- 02/04/2022 – Plaintiff's Objections & Responses to Defendant's First Set of Requests for Admission

Other General Reports:

- Richard L. McKinley
- Mark D. Packer, M.D., COL. (ret), USAF, MC, FS
- Christopher Spankovich, Au.D., Ph.D., P.P.H.
- Antony Joseph, Au.D., Ph.D., CCC-A, CPS/A, F-NAP

## 3M Documents

| Date | Description |
|------|-------------|
| 8/1/1979 | US EPA (1979) Product Noise Labeling Requirements |
| 4/27/1999 | specs with original double-sided design |
| 7/10/2000 | How Folding Flanges Back Affects REAT Results of Ultrafit End of CAEv2 (v1.2) (1st Rog Response) |
| 7/8/2014 | Thread re Use of CAE at the Firing Range |
| 7/11/1997 | Berger Notes on A. Dancer Email re Stem and Diameter Reduction |
| 5/12/2000 | Email re Existing Product has Problems unless User Instructions are Revised |
| 8/4/2006 | Solicitation For Commercial Items |
| 1/1/2016 | USMC Ranking of Passive Hearing Devices |
| 7/30/2019 | Air Force Memo re Removal of CAE from Inventory |
| | US Army Center for Health Promotion and Preventative Medicine |
| 3/12/2008 | Lavalle to Moses - NRR of 17 BAD! |
| 2/1/2008 | Army Hearing Program ST 4-02.501 |
| 1/1/2010 | 3M CAEv2 Brochure (Colored) |
| 2/9/2010 | Thread re Questionable Johnson Blast Study |
| 7/11/2014 | Berger to Madison re CAE Info for National Lab |
| 12/9/2014 | Thread re CHIM CAEv2 Opportunity and Changing Marketing Claims re Hear Through and Indoor Range Use |
| 11/3/2015 | 3M Thread re CAEv2 Not to Be Sold with Current Labelling |
| 12/13/2018 | CID Investigation Report |
| 1/10/2020 | Air Force Thread re Searching for CAEv2s in AF Inventories |
| 04/30/2014 | Medical Procurement Item Description MPID 2006 |
| 7/1/2006 | CAEv2 Blister Pack Insert |

## Literature

| Author | Title | Citation |
|--------|-------|----------|
| Fuente A, Hickson L, Morata T, Williams W, Khan A, Fuentes-Lopez E | Jet fuel exposure and auditory outcomes in Australian air force personnel | BMC Public Health. 2019 May; 19(1):675 |
| Golub J, Brickman A, Ciarleglio A, Schupf N, Luchsinger J | Association of Subclinical Hearing Loss With Cognitive Performance | JAMA Otolaryngol Head Neck Surg. 2019 Nov; 146(1):57-67 |
| Gordon JS, Griest SE, Thielman EJ, Carlson KF, Helt WJ, Lewis MS, Blankenship C, Austin D, Theodoroff SM, Henry JA | Audiologic characteristics in a sample of recently-separated military Veterans: The Noise Outcomes in Servicemembers Epidemiology Study (NOISE Study) | Hear Res. 2017 Jun;349:21-30 |
| Jafari Z, Copps T, Hole G, Kolb BE, Mohajerani MH. | Noise Damage Accelerates Auditory Aging and Tinnitus: A Canadian Population-Based Study. | Otol Neurotol. 2020 Dec;41(10):1316-1326. |
| Joseph AR, Shaw JL, Clouser MC, MacGregor AJ, Dougherty AL, Galarneau MR. | Clinical audiometric patterns of hearing loss following blast-related injury in U.S. military personnel. | Int J Audiol. 2020 Oct;59(10):772-779. |
| Joseph AR, Shaw JL, Clouser MC, MacGregor AJ, Galarneau MR.Ê | Impact of Blast Injury on Hearing in a Screened Male Military Population | Am J Epidemiol. 2018 Jan;187(1):7-15 |

| Moore BCJ | The Effect of Exposure to Noise during Military Service on the Subsequent Progression of Hearing Loss | Int J Environ Res Public Health. 2021 Mar 2;18(5):2436. |
|---|---|---|
| Swan AA, Nelson JT, Swiger B, Jaramillo CA, Eapen BC, Packer M, Pugh MJ | Prevalence of hearing loss and tinnitus in Iraq and Afghanistan Veterans: A Chronic Effects of Neurotrauma Consortium study | Hear Res. 2017 Jun;349:4-12 |
| Tepe V, Smalt C, Nelson J, Quatieri T, Pitts K | Hidden Hearing Injury: The Emerging Science and Military Relevance of Cochlear Synaptopathy | Mil Med. 2017 Sep;182(9):e1785-e1795 |
| Xiong M, Yang C, Lai H, Wang J | Impulse noise exposure in early adulthood accelerates age-related hearing loss | Eur Arch Otorhinolaryngol. 2014 Jun;271(6):1351-4 |
| Spinosi MC, D'Amico F, Passali G, Cingi C, Rodriquez H, Passali D | Hearing loss in mild OSAS and simple snoring patients | Otolaryngol Pol 2017; 71 (2): 12-16 |
| Matsumuraa E, Gentile C, Matasa, Magliaro FC, Pedrenoa R, Lorenzi-Filhob G, Sanchesa, S, Carvalloa, R | Evaluation of peripheral auditory pathways and brainstem in obstructive sleep apnea | Braz J Otorhinolaryngol. 2018;84(1):51---57 |
| Clifford R, Baker D, Risbrough V, Huang M, Yurgil K. | Impact of TBI, PTSD, and Hearing Loss on Tinnitus Progression | MILITARY MEDICINE, 184, 11/12:839, 2019 |
| Moore BCJ | The Effect of Exposure to Noise during Military Service on the Subsequent Progression of Hearing Loss | Int. J. Environ. Res. Public Health 2021, 18, 2436. |
| Wu PZ, Liberman LD, Bennett K, de Gruttola V , O'Malley JT, Liberman MC | Primary neural degeneration in the human cochlea: evidence for hidden hearing loss in the aging ear | Neuroscience. 2019 May 21; 407: 8-20 |
| Kohrman, Wan, Cassinotti, Corfas | Hidden Hearing Loss: A Disorder with Multiple Etiologies and Mechanisms | Cold Spring Harb Perspect Med 2020; 2020 Jan 2; 10(a): a035493 |
| Jafari Z, Kolb BE, Mohajerani MH | Age-related hearing loss and tinnitus, dementia risk, and auditory amplification outcomes | Ageing Re Rev. 2019 Dec;56:100963 |
| McCrory P, Meeuwisse WH, Aubry M, et al | Consensus statement on concussion in sport: the 4th International Conference on Concussion in Sport held in Zurich, November 2012 | British Journal of Sports Medicine 2013; 47:250-258 |
| Fechter LD, Gearhart CA, Fulton S | Ototoxic potential of JP-8 and a Fischer-Tropsch synthetic jet fuel following subacute inhalation exposure in rats. | Toxicol Sci. 2010 Jul;116(1):239-48 |
| Chorney SR, Suryadevara AC, Nicholas BD | Audiovestibular Symptoms as Predictors of Prolonged Sports-Related Concussion Among NCAA Athletes | Laryngoscope 2017, 127:850-2853 |
| Wasserman EB, Kerr ZY, Zuckerman SL, Covassin T | Epidemiology of Sports-Related Concussions in National Collegiate Athletic Association Athletes From 2009-2010 to 2013-2014 | Am J Sports Med. 2015 Nov;43(11):2654-62 |
| Moring JC, Peterson AL, Kanzler KE | Tinnitus, Traumatic Brain Injury and Posttraumatic Stress Disorder in the Military | International Journal of Behavioral Medicine 2018, 25:312-321 |

| Currie DW, Kraeutler MJ, Schrock JB, McCarty, EC, Comstock RD | Time Trends in Concussion Symptom Presentation and Assessment Methods in High School Athletes | Am J Sports Med. 2017 Dec;45(14) |
|---|---|---|

***Incorporated Materials***

Any materials included in my curriculum vitae and anything cited or included in my case-specific report.

# EXHIBIT B

# Arnaldo L. Rivera, M.D.
One Hospital Dr. MA314
Columbia, Missouri 65212
(573) 882-8173
riveraal@health.missouri.edu

Last updated: Jan 2022

## Education

| | |
|---|---|
| Fellowship, Neurotology, Northwestern University Hospital, Chicago, IL | 2006-2008 |
| Residency, Otolaryngology-Head and Neck Surgery, National Capital Consortium | |
|     Washington DC | 2002-2006 |
| Internship, General Surgery, National Naval Medical Center, Bethesda, MD | 1999-2000 |
| M.D., University of Puerto Rico, San Juan, PR | 1995-1999 |
| B.S. in Biology, University of Puerto Rico, San Juan, PR | 1984-1988 |

## Current Position

| | |
|---|---|
| Associate Professor of Clinical Otolaryngology | 2014-present |
|     Department of Otolaryngology-Head and Neck Surgery | |
| Medical Director, Hearing and Balance Center | |
| | |
| Adjunct Associate Professor | 2019-present |
|     Department of Surgery | |
|     Division of Neurosurgery | |
| University of Missouri | |
| Columbia, MO | |

## Military Professional Experience
*Current Rank Captain*

| | |
|---|---|
| Senior Medical Officer, Navy Operational Support Center, St. Louis | 2018-present |
| Officer in Charge, DET E OSHU Camp LeJeune, NC | 2018- present |
| Assistant Officer in Charge, DET E Camp LeJeune, NC | 2016-2018 |
| Neurotologist, U.S. Navy | 2008-2014 |
| Otolaryngologist, U.S. Navy | 1999-2008 |

## Certification and Licensure

| | |
|---|---|
| Diplomate, American Board of Otolaryngology-Head and Neck Surgery | 2007-present |
| Subspecialty of Neurotology, American Board of Otolaryngology-Head and Neck Surgery | 2011-present |
| | |
| Missouri – active | 2014-present |
| Illinois – active | 2006-present |
| Indiana – active | 2000-present |
| North Dakota – inactive | 2013-2015 |
| Pennsylvania – inactive | 2010-2012 |

## Honors and Awards

| | |
|---|---|
| Navy Achievement Medal | 2017 |
| Joint Service Achievement Medal | 2014 |
| Army Achievement Medal | 2012 |
| Navy Commendation Medal | 2011 |
| Navy Commendation Medal | 2009 |
| Navy Achievement Medal | 2002 |
| Alpha Omega Alpha | 1999 |

## Professional Memberships and Activities

| | |
|---|---|
| Member, Society of University Otolaryngologists | 2019 |
| Member, Missouri Society of Otolaryngology | 2014, 2018-present |
| Member, American Neurotology Society | 2014-present |
| Member, American Academy of Otolaryngology-Head and Neck Surgery | 2003-present |
| Member, Alpha Omega Alpha | 1999-present |

## Committee Assignments and Administrative Services

*Departmental*

| | |
|---|---|
| Director, Advanced Otology Fellowship | 2019 |
| Associate Program Director, Otolaryngology-Head and Neck Surgery Residency | 2011-2014 |

*School of Medicine/Hospital*

| | |
|---|---|
| Member, Faculty Diversity Committee | 2021-present |
| Member, University Physicians Quality Committee | 2020-present |
| Member, Peer Review Committee, National Capital Consortium | 2009-2014 |

*National*

| | |
|---|---|
| Member (permanent), U.S. Food and Drug Administration Ear, Nose & Throat Devices Panel of the Medical Devices Advisory Committee | 2019-present |
| Medical Advisor, Red-2-Hear, LLC          2017-present | |
| Member (ad hoc), U.S. Food and Drug Administration Ear, Nose & Throat Devices Panel of the Medical Devices Advisory Committee | 2015-2019 |
| Consultant, BOG Governance & Society Engagement Committee American Academy of Otolaryngology-Head and Neck Surgery | 2017-present |
| Member, ENT PA Education Task Force American Academy of Otolaryngology-Head and Neck Surgery | 2016-present |

## Educational Activities

| | |
|---|---|
| Course Director, Temporal Bone Course, University of Missouri | 2017, 2018 |
| Faculty mentor of Resident trainees | 2015-2017, 2019-present |

## . Publications

*Peer-Reviewed*

1. Tan S, Radi R, Gaudier F, Evans RA, **Rivera AL**, Kirk KA, Parks DA.  Physiologic levels of uric acid inhibit xanthine oxidase in human plasma. Pediatr Res. 1993;34(3):303-7.

2. Nieves-Cruz B, **Rivera AL**, Cifuentes J, Pataki G, Matalon S, Carlo WA, Tanswell AK, Freeman B. Clinical surfactant preparations mediate SOD and catalase uptake by type II cells and lung tissue. Am J Physiol. 1996; 270(4 pt 1): L659-67.

3. Gutierrez HH, Nieves B, Chumley P, **Rivera AL**, Freeman BA. Nitric oxide regulation of superoxide-dependent lung injury: oxidant-protective actions of endogenously produced and exogenously administered nitric oxide. Free Radic Biol Med. 1996; 21(1): 43-52.

4. Fishman, AJ, Moreno, LE, **Rivera AL**, Richter C. CO2 laser fiber soft cochleostomy: Development of a technique using human temporal bones and a guinea pig model. Lasers Surg. Med., 2010. 42: 245-256. doi:10.1002/lsm.20902.

5. Sridhara SK, **Rivera AL**, Littlefield P. Tympanoplasty for blast-induced perforations: the Walter Reed experience. Otolaryngol Head Neck Surg. 2013 Jan;148(1):103-7.

6. Lanigan A, TompkinsAJ, **Rivera AL**.  Unilateral Ear and Temporomandibular Joint Discomfort.

JAMA Otolaryngol Head Neck Surg. 2014 Sep;140(9):873-874.

7.  Erbele I, Bernstein J, Schuchman G, Brungart DS, **Rivera AL**.  An initial experience of cochlear implantation for patients with single-sided deafness after prior osseointegrated hearing device. Otol & Neurotol 2015 Jan; 36(1):e24-e29.

8.  Mikals SJ, Schuchman GI, Bernstein JG, **Rivera AL**.  Cochlear implantation leading to successful stapedectomy in contralateral only-hearing ear. Ear Nose Throat J. 2015 March;94(3):105-107.

9.  Bernstein J, Goupell M, Schuchman G, **Rivera AL**, Brungart D. Having Two Ears Facilitates the Perceptual Separation of Concurrent Talkers for Bilateral and Single-Sided Deaf Cochlear Implantees. Ear Hear. 2016 May-Jun; 37(3):289-302.

10. Newberry CI, Newby MD, Puricelli MD, **Rivera AL**.  Delayed Surgical Intervention in the Management of Perilymphatic Fistula. Flob J Oto. 2016 June; 1(2) (ePub).

11. Puricelli MD, Gilley DR, Coberly JS, **Rivera AL**, Bien AG, Zitsch RP 3rd, Miller DC, Lin J. Malignant Peripheral Nerve Sheath Tumor of the Jugular Foramen. Oto Neurotol. 2016 Aug; 37(7):e247-9.

12. Puricelli MD, Newby MD, Fishman AJ, **Rivera AL**. The Petrosquamous Stalactite: Anatomic Characterization and Mastoid Surgical Implications. Otolaryngol Head Neck Surg. 2017 Mar; 156(3): 549-553.

13. Bernstein JG, Schuchman GI, **Rivera AL**.  Head Shadow and Binaural Squelch for Unilaterally Deaf Cochlear Implantees.Oto Neurotol. 2017 Aug; 38(7): e195-e202.

14. Mierzwiński J, Van Den Heuvel E, Fishman AJ, **Rivera AL**, Haber K, Skrivan J. Application of "banana cochleostomy" and looped electrode insertion for cochlear implantation in children with common cavity malformation and cystic forms of cochlear hypoplasia. Int J Pediatr Otorhinolaryngolog. 2018 Sep; 112: 16-23.

15. Hoang S, Ortiz M, **Rivera AL**, Litofsky NS.  Middle Cranial Fossa Approach to Repair Tegmen Defects with Autologous or Alloplastic Graft. World Neurosurg. 2018 Oct; 118:e10-e17.

16. Kennel CE, Cousins JP, **Rivera AL**.  Easy Stapes Subluxation in 22q11.2 Deletion Syndrome: A Clinical Capsule and Literature Review. Otol Neurotol, 2019 Jul;40(6):e606-e611.

17. Kennel CE, Puricelli MD, **Rivera AL**.  Surgically-Relevant Anatomy of the External Auditory Canal Bulge and Scutum. Otol Neurotol, 2019 Oct. 7. 40(10). doi: 10.1097 epub 1037-c1044.

18. Guillotte A, Zand A, Ortiz M, Gan Y, **Rivera AL**, Litofsky NS, Miller, DC. Clinical Outcomes of Resecting Scarpa's Ganglion During Vestibular Schwannoma Surgery, Journal of Clinical Neuroscience, 2020,  https://doi.org/10.1016/j.jocn.2020.04.029

19. Akin R, Wentland C, Namin AW, **Rivera AL**. Dermacentor variabilis: An Unusual foreign boy of the external ear canal, Science Direct, 2020 Oct 15. https://www-sciencedirect-com.proxy.mul.missouri.edu/science/article/pii/S2468548820300771

20. Suliman A, Skubic M, Kurkowski S, Abbott C, **Rivera AL**. Prototype Hat as a Biofeedback System to Address Vestibular Balance Impairment, IFMBE Proceedings: 8th European Medical and Biological Engineering Conference, 2020 Nov. 20; 80: 984-993

21. Suliman A, Skubic M, Abbott C, **Rivera AL**, May J. Design of a Head-Worn Biofeedback System to Address Vestibular Balance Impairment, Proceedings of the 2021 Design of Medical Devices Conference, 2020 April 12; V001T14A005-1 – V001T14A005-6

22. Wentland C, Cousins J, May J, **Rivera AL**. "Dural contact to the malleus head in patients with superior semicircular canal dehiscence (SSCD): Case series and review of SSCD and tegmen defects". *Annals of Otology, Rhinology, & Laryngology*. 2021 April. Online ahead of print. PMID: 33834872.

23. Bernstein JGW, Phatak SA, Schuchman GI, Stakhovskaya OA, **Rivera AL**, Brungart DS. "Single-Sided Deafness Cochlear Implant Sound-Localization Behavior with Multiple Concurrent Sources". Ear Hear. 2021 Jul 26. doi: 10.1097/AUD.0000000000001089. Online ahead of print. PMID: 34320529

24. Wieser ME, Gilley DR, May JG, **Rivera AL**. "A rare case of middle ear glomangioma" Sage Journals. 2022 Jan 8. Doi: 10.1177/2050313X211070520

*Book Chapters*

**Rivera AL**.  Otologic and Temporal Bone Injuries, Triage and Management, Atlas of Oral and Maxillofacial Surgery Clinics of North America. March 2013

**Rivera AL**.  Middle Ear Physiology for the Encyclopedia of Otolaryngology, Head and Neck Surgery by Springer. Encyclopedia of Otolaryngology, Head and Neck Surgery. Springer-Verlag, Berlin. 2013

**Rivera AL**.  Middle Ear Anatomy for the Encyclopedia of Otolaryngology, Head and Neck Surgery by Springer. Encyclopedia of Otolaryngology, Head and Neck Surgery. Springer-Verlag, Berlin. 2013

**Rivera AL**.  ENT chapter in 2015 Revised Medical Standards for employees of the New York City Transit Authority. December 2015

Mierzwinski J, Puricelli MD, Mukach MB, **Rivera AL.**  Chapter 12: Principles of Cochlear Implant Imaging. Implantable Hearing Devices. San Diego, CA: Plural Publishing. May 2017

Baugh T, Puricelli MD, **Rivera AL**. Perilymphatic Gusher after Stapedotomy. In C. de Souza, S. Grewal (Eds). Puzzling Cases in Otolaryngology. Mumbai, India Tree Life Media. 2019

Bollinger S, Baugh TB, Puricelli MD, **Rivera AL**.  Labyrinthine Fistula of the Lateral Semicircular Canal Due to Late Cholesteatoma Recurrence. In C. de Souza, S Gewal (Eds). Puzzling Cases in Otolaryngology. Mumbai, India Tree Life Media. 2019

## Oral Presentations
*National/International Meetings*

**Rivera, AL.** The best Offense is a Good Defense: Simultaneous Fiscia Lata Free Flap with Cochlear Implantation after Prior Radical Tympanomastoidectomy. Triological Society Combined Sections Meeting. January 10, 2022

**Rivera, AL. Kerr, John.** Ear to Nose: Treating eustachian tube dysfunction with balloon dilation. SNOT Force alliance Webcast Series. July 28, 2021

**Rivera, AL**. The Advantage of Two Ears for Sound Localization and Understanding in Background Noise. Operational Medicine Symposium, Camp Lejeune, NC.  June 2019

Bernstein JGW, Schuchman G, Stakhovskaya OA, **Rivera AL**, Brungart DS. The benefits of cochlear implants for single-sided deafness for sound localization with multiple concurrent sources. Lecture presentation. 5th Joint Meeting of the Acoustical Society of America and the Acoustical Society of Japan. Honolulu, Hawaii. November 29, 2016

Puricelli MD, Newby MD, Fishman AJ, **Rivera AL**.  The Stalactite of Fishman: Anatomic Characterization and Mastoid Surgical Implications. AAO-HNS Annual Meeting, San Diego CA, September 21, 2016

Bernstein JGW, Schuchman G, **Rivera AL**, Brungart DS.  Single-sided deafness: An initial examination of cochlear implants in the military. 13th International Conference on Cochlear Implants and Other Implantable Auditory Technologies, Munich, Germany, 18-21 Jun 2014.

Kepchar J, Bernstein J, **Rivera AL**.  Improved Sound Localization Following Cochlear Implantation For Single-Sided Deafness: A Case Comparison, COSM spring meeting, Orlando, FL.  2013

Fishman AJ, Moreno LE, **Rivera AL**, Richter CP.  Lasers: A tool for Soft Cochleostomies
SPIE Photonics, San Francisco CA. January 24, 2010

Fishman AJ, Moreno LE, **Rivera AL**, Richter CP.  CO2Laser Fiber Soft Cochleostomy: Development of a Technique using Human Temporal Bones and a Guinea Pig Model, AAO-HNS Annual Meeting, San Diego, CA. October 7, 2009

**Rivera AL**, Battista R, Kumar A.  Brain Metastases Mimicking Bilateral Vestibular Schwannomas. AAO-HNS Annual Meeting, Washington DC. 2007

**Rivera AL**, Littlefield P, Otting M, Battista R, Richter C. Intratympanic Acyclovir in the Gerbil. AAO-HNS Annual Meeting, Washington DC. 2007

*Local/Regional Meetings*
Panelist. McJunkin J, Isaacson B, **Rivera AL**, Dornhoffer J, VanNess M. Otology Panel: Pulsatile Tinnitus.  Arkansas/Missouri Otolaryngology-Head and Neck Surgery Conference. Ridgedale, Missouri. October 5, 2019.

Panelist. Dornhoffer J, MD; Gardner W, MD; **Rivera AL**, MD; Cullen R, MD; Wick C, M. Panel on the Management of Difficult Ear Cases. The Arkansas/Missouri Otolaryngology- Head and Neck Surgery Conference. Ridgedale, Missouri. October 2017.

*Invited Presentations*
Presenter. **Rivera AL**. Rush University Medical Center Department of Otolaryngology-Head and Neck Surgery Teaching Day Program & Grand Rounds, Grand Rounds Presentation: Surgery in the Only Hearing Ear and Other Adventures. Chicago, IL. Feb. 8, 2019.

Panelist.  Fishman, AJ, **Rivera AL**. Otolaryngology & Neurology CME. DuPage Hospital Department of Neuroscience. Invited faculty panel. Chicago, IL. December 2017.

Panelist. Fishman AJ, **Rivera AL**. Otolaryngologic and Neurological Causes of Common Complaints. Central DuPage Hospital Department of Neuroscience. Invited faculty panel. Chicago IL. December 2014.

## Posters
*National/International Meetings*

Sorensen, JA, Puricelli MD, **Rivera AL**. A Double Blind, Placebo Controlled, Randomized Trial of Pentoxifylline for Imbalance Secondary to Insufficient Microvascular Perfusion. 2020 Combined Otolaryngology Spring Meetings Virtual Poster Session: May 15 – June 15, 2020.

Kinealy BP, Namin, A, Zitsch RP, Rivera AL. "Intraoperative Radiography: An Overlooked Tool in Transoral Sialolith Excision" American Head and Neck Society 10th International Conference on Head and Neck Cancer, Chicago, IL, July 18-22, 2020, Abstract ID: 104483 accepted March 23, 2020. (Conference canceled)

Yanez-Siller JC, Wentland C, Litofsky N, **Rivera AL**. From Cholesteatoma to Squamous Cell Carcinoma of Temporal Bone. North American Skull Base Society Annual Meeting, San Antonio, TX. February 2020.

Kennel CE, Puricelli MD, **Rivera AL**. Surgical Anatomy of the Scutum and Implications for Stapedectomy, Atticotomy, and Endoscopic Ear Surgery. American Academy of Otolaryngology Annual Meeting, Atlanta, GA. October 2018

Abbott, CC, Erhardt BF, **Rivera AL**. Effect of a Novel Palatal Alternative Sensory Feedback Device on Postural Stability & Dynamic Balance: A Case Series. APTA CSM. New Orleans, LA. February 23, 2018

Tang H, Woodland M, Abbott C, **Rivera AL**.  A Noninvasive Palatal Device for Vestibular Imbalance. AAO-HNS Annual Meeting, Chicago, IL. September 12, 2017

Erhardt, BF, Abbott, CC, **Rivera AL**. Vestibular Rehabilitation Utilizing a Novel Palatal Alternative Sensory Feedback Device. COSM, San Diego, CA. May 2017

Wiet RJ, Battista R, Wiet MR, Byrne R, **Rivera AL**, Little J. Rare Metastatic Lesions of the Internal Auditory Canal. COSM Annual Meeting, Chicago, IL. May 2016

Bernstein JGW, Goupell MJ, Iyer N, Schuchman GI, **Rivera AL**, Brungart DS. Binaural speech stream segregation for single-sided deaf and bilateral cochlear implantees. Conference on Implantable Auditory Prostheses, Tahoe City, CA. July 15, 2013

Bernstein JGW, Schuchman G, **Rivera AL**, Brungart DS.  Benefits of cochlear implants for single-sided deafness in multisource environments. American Cochlear Implant Alliance, Washington, DC. October 25, 2013

## Social Media

Cochlear Implants Open the World of Sound to Missouri Boy. MU Health Today. Vol 3, Issue 267. November 20, 2019

Protecting your hearing from fireworks and acoustic trauma. NBC.
July, 2021

# EXHIBIT C

**Dr. Arnaldo Rivera**

I am being compensated for my time spent preparing this report at an hourly rate of: $400/hour for consultation interview with attorney, and $750/hour for depositions, hearings, and testimony.

The following is my testimony history for the past four years: No testimony to disclose.

# EXHIBIT D







