# EXHIBIT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br><br>*Ronnie LaChappelle v. 3M, et. al*<br>Case No. 7:20-cv-06901 | Case No. 3:19md2885<br>MDL No. 2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

### RULE 26 EXPERT WITNESS DISCLOSURES

Pursuant to CMOs No. 31 and 36, Plaintiff Ronnie LaChappelle ("Plaintiff") submits the following disclosures, identifying those individuals who may provide expert testimony in the above-captioned case.

### GENERAL RETAINED EXPERT WITNESSES

| EXPERTS | AREAS OF EXPERTISE |
|---|---|
| Armstrong, Steve (adoption of prior report) | Sound/Acoustic /electrical Systems Engineer |
| Arriaga, Moises (adoption of prior report) | Neurotologist/Otolaryngologist MD/Retired USAF & Fmr. President of American Assoc. of Otolaryngologist |
| Bennett, Marc (adoption of prior report) | Otology and Neurotology |
| Bielefeld, Eric (adoption of prior report) | Audiologist PhD |

| | |
|---|---|
| Leslie, Allie, Retired Navy Rear Admiral (adoption of prior report) | Ethics in Contracts & Acquisitions |
| Crane, Benjamin (adoption of prior report) | Neurotologist/Otolaryngologist MD |
| Djalilian, Hamid (adoption of prior report) | Neurotologist/Otolaryngologist MD |
| Eddins, David (adoption of prior report) | Audiologist PhD/Scientist Professor Human - Testing Lab |
| Edens, Tim (General) (adoption of prior report) | Directed Army Safety Center; Military topics including: Safety Protocols; Soldier safety initiatives, range testing safety matrix, exposure and compliance. |
| Fagelson, Marc (adoption of prior report) | Audiologist PhD Professor – Tinnitus/PTSD/Anxiety Expert |
| Gilder, Stephen (adoption of prior report) | Global Quality Mgmt Leadership & REAT Testing |
| Hall, James (adoption of prior report) | Audiologist |
| Huston, Blaine (adoption of prior report) | Cmd. Ser. Maj. Ret.; PPD use, instruction, compliance AND range, shoot-house, live fire exercises and dismounted activities expert. |
| Johnson, Robert (adoption of prior report) | Economist |
| Joseph, Antony (adoption of prior report) | Audiologist Double PhD/Scientist Professor/HPD Design Expert/Retired Navy & Fmr. Head of Navy Hearing Conservation for Entire Western Hemisphere |
| Juneau, Roger (adoption of prior report) | Engineer – Acoustic Systems Expert – non-Human Testing; ear morphology |

| | |
|---|---|
| Lustig, Larry (adoption of prior report) | Neurotologist/Otolaryngologist MD & Fmr. President of American Assoc. of Otolaryngologist |
| Madigan, David (adoption of prior report) | Mathematics and Statistics, PhD |
| Marshall, Chris (adoption of prior report) | Mast. Sergeant Ret.; Soldier safety processes, protocols and PPDcompliance within hearing conservation measures. |
| McKinley, Richard (adoption of prior report) | Fmr. Head of Air Force Hearing Conservation Program; Expert in impulse noise acoustics, testing and military standards. |
| Mills, James (adoption of prior report-combined with Johnson) | Economist |
| Ostacher, Michael (adoption of prior report) | Psychiatrist MD |
| Packer, Mark (adoption of prior report) | Neurotologist/Otolaryngologist MD – Retired USAF & Fmr. Director of HCE / Hearing Conservation |
| Rose, Eric (adoption of prior report) | B.S. with Quality Management procedures and processes experience at Moldex (labeling expert) |
| Spankovich, Chris (adoption of prior report) | Audiologist PhD Scientist / Professor– Tinnitus/ Synaptopathy/ Hidden Hearing Loss |

## CASE SPECIFIC RETAINED EXPERT WITNESSES

| EXPERTS | AREAS OF EXPERTISE | AVAILABLE FOR DEPOSITION |
|---|---|---|
| Rivera, Arnaldo | Neurotologist/Otolaryngologist MD/ retired USAF | 5/28/2022 5/29/2022 |

- 3 -

|  |  | 6/4/2022 6/5/2022 |
|---|---|---|

Discovery is ongoing, and Plaintiff reserves the right to amend and/or supplement this disclosure.

DATED: April 11, 2022

                Respectfully submitted,

                BY:   */s/ Evan Buxner*
                          Evan Buxner, #6221006-IL
                          **The Gori Law Firm, P.C.**
                          156 N. Main Street
                          Edwardsville, IL 62025
                          (618) 659-9833 – Telephone
                          (618) 659-9834 – Facsimile
                          evan@gorilaw.com

                          *Attorney(s) for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2022, pursuant CMOs 31 and 36 I electronically served the foregoing document through the Plaintiff portal in MDL-Centrality.

               By:   */s/ Evan Buxner*
                          Evan Buxner