# EXHIBIT 6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF FLORIDA

# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION ) ) ) ) ) This Document Relates to All Actions ) | Case No. 3:19-md-2885 Hon. Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## Rule 26 Case Specific Expert Report of Antony Joseph, Au.D., Ph.D., CCC-A, CPS/A, F-NAP

The following report is provided pursuant to Rule 26 of the Federal Rules of Civil Procedure. The opinions contained in my report are based upon my education, training, experience, discussions with peers, review of the scientific literature, and my own scientific studies and research. All opinions that I offer in this report I hold to reasonable degree of medical and scientific certainty.

My curriculum vitae ("CV") is attached as Exhibit "A". I have not provided testimony in a legal matter within the past four (4) years. A list of materials considered is attached as Exhibit "B." The materials I have considered in forming my opinions in this report are included in this report and my materials considered list.

## I. QUALIFICATIONS

My doctorates are in clinical audiology and in epidemiology and experimental audiology. I received my Doctor of Audiology (Au.D.) from Central Michigan University and Doctor of Philosophy (Ph.D.) at Michigan State University, emphasizing Experimental Audiology and Epidemiology, becoming the first audiologist in the world with double-doctorate clinical-science credentials in Audiology (AuD-PhD). I completed a Master of Arts (MA) in Communication Disorders (Audiology) from the University of Massachusetts at Amherst and a Bachelor of Science

from Marquette University, majoring in Speech Pathology and Audiology. I consider myself an Occupational-Research audiologist and conduct civic engagement work in the pediatric, geriatric, and low-income adult populations.

I am a tenured Associate Professor of Audiology at Illinois State University (ISU) in the Communication Sciences and Disorders Department, teaching graduate and undergraduate courses while practicing in the speech and hearing clinic as a clinical educator. In addition, I supervise occupational audiology services and the ISU-Campus Hearing Conservation Program and run the ISU Hearing Loss Prevention Laboratory. My research emphasizes hearing-loss prevention, hearing protection selection and fitting, epidemiology, interprofessional education and collaboration, and audiologic screening and rehabilitation.

In addition to my academic experience, I am a clinical audiologist and currently licensed to practice audiology in Illinois. I have more than 40,000 patient contacts as a clinical and occupational audiologist, including 24 years as a uniformed, deployed, military practitioner and investigator. I specialize in clinical-diagnostic evaluation and occupational audiologic management. My current case load in the clinic is comprised of VA compensation and pension examinations, occupational evaluations, and work-relatedness determinations. I perform comprehensive case history, otoscopic inspections, air- and bone-conduction audiometric testing, speech audiometry, middle ear impedance measurements, and objective assessments for care planning, disability claims, and referral for consultation.

I work for Innovative Employee Solutions (IES)/LEIDOS as an environmental scientist, consulting on population studies for the Naval Health Research Center Medical Modeling, Simulation, and Mission Support Department. I consult for the Veterans Administration (VA) at the National Center for Rehabilitative Auditory Research (NCRAR) on their longitudinal study

*Effects of Military Noise Exposure on Auditory Function in Service Members and Recently Discharged Veterans*. I am a 24-year active duty retired Naval Officer who served in the Medical Service Corps as an audiologist, achieving the rank of Commander (O-5). As an audiologist, I served as a clinician in medical, educational, and other health-service support environments. At the end of my Navy career, I was responsible for monitoring and improving the performance of Hearing Conservation Programs in the Western Hemisphere, which was comprised of over 175,000 personnel at that time. While in the Navy, I completed all certification training for Executive Medicine Leadership, Medical Intelligence Officer, and became certified as a Lean Six Sigma Black Belt.

A licensed practitioner for over 32 years, I am a National Academies of Practice Distinguished Scholar and Fellow. I am a member of the American Academy of Audiology, National Academies of Practice, American Speech-Language-Hearing Association, American Auditory Society, and Illinois Academy of Audiology. I have maintained the Certificate of Clinical Competence in Audiology (CCC-A) by the American Speech-Language and Hearing Association (ASHA) and am a certified Professional Supervisor of the Audiometric Monitoring Program (CPS/A) by the Council for Accreditation in Occupational Hearing Conservation (CAOHC).

I was a member of the Board of Governors for the American Board of Audiology and eventually elected to the Board Chair position. I served as Secretary-Treasurer of the American Academy of Audiology, leading the Finance Committee and several task force assignments. Elected to the Illinois Academy of Audiology Board of Directors, from 2018 to 2020, I served as Vice President of Education and implemented the Conference Planning Committee. Since 2017, I have been a member of the Council on the National Academies of Practice (NAP) and, since 2019, the Chair of the NAP Audiology Academy. I have served of the CAOHC Council since 2011,

3

filling multiple leadership roles, including Chair of the Professional Supervisory Committee and Editor of the Update Newsletter, since 2020, on the CAOHC Executive Committee as Vice Chair of Advocacy and Standards. In 2020, I was selected by the American Academy of Audiology as Chair of the Steering Committee for Inclusion, Representation, and Equality, and, in 2021, the Chair of the Academy's Diversity, Equity, and Inclusion Committee.

At the Navy Environmental and Preventive Medicine Unit-5 in San Diego, I was the Command Operational Audiologist, Chair of Executive Steering Committee, Operational Support Department Head, and Operational Audiology and Hearing Conservation Program Division Head. During that time, I served as Chair of the Navy Auditory Fitness for Duty Committee and was a member of the DoD Auditory Research Working Group. In support of the Operational Enduring Freedom Campaign, I deployed to the Expeditionary Medical Facility Kuwait, Central Command, as Medical Director and Officer-in-Charge of the Troop Medical Clinic, Camp Buehring.

While stationed at Naval Hospital Jacksonville, Naval Air Station, Jacksonville, Florida, I was the Clinic Director and Officer-in-Charge of the Naval Branch Health Clinic Jacksonville. At the same time, I served as the Department Head of the Occupational Health/Preventive Medicine Department, Division Head of the Regional Hearing Conservation Program, and Occupational Audiologist for nine bases of the Surface, Submarine, and Air Fleet. I was a fixture on the Board of Directors and Executive Steering Council for the Naval Hospital, Chair of the Committee for Protection of Human Subjects, Co-Chair of the Naval Hospital Credentials Committee, Directorate Population Health Manager, Command Research Coordinator, and audiologist for Guantanamo Bay, Cuba.

I was stationed at US Naval Hospital Okinawa, Okinawa, Japan from 2004- 2007, serving as Director of Public Health Services and on the Board of Directors and Executive Steering

4

Council, responsible for delivery of public health services to 75, 000 military and their family members. At the same time, I was the Department Head for the Clinical Audiology Department. From 1991- 2001, I completed tours at US Naval Hospital Yokosuka, Yokosuka, Japan, Naval Hospital Great Lakes, Great Lakes, Illinois, and the Marine Corps Air Station Branch Medical Clinic, Iwakuni, Japan. Various awards, honors, and scholarships I have received may be found in my curriculum vitae (Exhibit "A").

My primary research interest is in occupational audiology and hearing loss prevention, emphasizing hearing protection user training, hearing protection selection and effectiveness (fit testing) measures, audiometric database analysis, and the epidemiology of auditory injury in the military. I have learned that noise is a ubiquitous for military personnel, civilian government employees, and many industrial sectors across the country. Hazardous noise can cause auditory damage for some workers who will require intervention such as audiologic rehabilitation (AR), particularly occupational AR, which is in desperate need of enhancement. There is a significant demand for innovation and translational studies in this arena. I have attempted to do some of this work. My publications list may be found in my curriculum vitae, attached as Exhibit "A."

My work with the *Blast-Related Auditory Injury Database (BRAID)* has been fruitful. We have published several peer-reviewed papers and multiple posters on the secondary analyses of these data. We have reached a variety of audiences, publishing in rehabilitation, epidemiology, audiology, and military medicine literatures. As principal investigator, I have been responsible for directing the project and pursuing future funding opportunities. In recent years, we have been awarded 1.6 million dollars through multiple sponsors to address questions about battlefield hearing loss. Funding has been granted from the Wounded Ill and Injured Program, Bureau of Medicine and Surgery, and Congressionally Directed Medical Research Program. Due to these

achievements, the Red Cross recognized me with a state-level award, which led to several news pieces on local newspapers, radio stations, and magazines, and a certificate of recognition from an Illinois Congressman.

In 2010, I was funded $265,000 by the Naval Air Systems for the Bureau of Medicine and Surgery (BUMED) for a protocol, *The Efficacy of Custom-Molded and Commercial Off-the-shelf Hearing Protection Devices*. Research assets were engaged to develop a longitudinal research study design to explore the relationship between custom molded and conventional off-the-shelf hearing protection. In 2013, I was co-principal investigator for a $286,000 DoD Defense Medical Research and Development Program award titled *Effects of Blast Exposure on the Hearing of Deployed Military Personnel*. To develop a long-standing and integrated capability for the surveillance and assessment of blast-related hearing outcomes, we constructed the infrastructure for the Blast Related Auditory Injury Database (BRAID).

In 2015, I was awarded $165,000 by the Health Resources and Services Administration through the University of Illinois Chicago for Illinois Division of Specialized Care for Children (UIC-DSCC) to execute *Universal Newborn Hearing Screening and Intervention*. This grant supported the Illinois Early Childhood Hearing Outreach (ECHO) program to train county nurses, parents, and health-department officials to provide hearing screenings and monitor follow-up for low-income and under-resourced families. In 2016, as co-principal investigator of the BRAID, we were awarded $220,000 by the Joint Program Committee-5/Military Operational Medicine Research Program (JPC-5/MOMRP) for the *Analysis and Expansion of the Blast-Related Auditory Injury Database* (BRAID) and $967,000 by the Congressionally Directed Medical Research Programs (CDMRP), Neurosensory and Rehabilitation Research Award for the *Effects of Blast Exposure on the Auditory Systems of Deployed Navy and Marine Corps Personnel* study.

In 2020, I was granted $6,500 by the Mennonite College of Nursing- Change Agent for the Underserved: Service Education (CAUSE), which was a sub-award from the $2.8 million Health Resources and Service Administration (HRSA) grant, to conduct *Quantifying the Efficacy of an Online Interprofessional Education Program for Audiology and Nursing (IPEAN)*. I have been awarded a number of small grants totaling $12,000 for research at Illinois State University, including the New Faculty Initiative Grant for the *Hearing Protection Device Construct* (2018), the Pre-Faculty Initiative Grant for the *External Auditory Canal Anthropometric Study (EACAS)*, which is a Cooperative Research and Development Agreement between ISU and the Navy Submarine Medical Research Laboratory (NSMRL) for data sharing and ownership (2019), and the Summer Faculty Grant (2020) for the *Earplug Fitting Augmentative Procedures (EFAP)* study.

## II.   **METHODOLOGY**

All of my opinions are held to a reasonable degree of medical and scientific certainty and are based on my years of experience, education, training, and the materials discussed herein and contained on my Materials Considered List, Exhibit B.  I have reviewed and considered scientific and medical literature, corporate documents from Aearo/3M (referred to interchangeably as "Aearo" or "3M"), products and products testing data, government and military documents, and discovery, depositions, and testimony gathered in this litigation set forth in Exhibit "B".

In formulating my opinions, my methodology is the same as the methodology that I employ as an educator and clinician.

As discovery is ongoing, I reserve my right to add to Exhibit B and update my opinions should I receive additional pertinent information.

### III.  **ASSIGNMENT**

I was retained by the Plaintiffs Steering Committee in *In re: 3M Combat Arms Earplug Prods.Liab. Litig.* (3:19-md-02885) to evaluate available facts, evidence, literature, documents, and other source information in furtherance of understanding the CAEv2 and providing my expert opinion on whether the CAEv2's risks, if any, outweighed its benefits.

I evaluated internal 3M documents as well as other literature and secondary sources. The latter included peer reviewed literature, design specifications and testing data. My evaluation considered,  among other things, whether the CAEv2's design promoted initial fit and seal, and also continued seal, and whether the CAEv2's design provided the proper and necessary noise attenuation and impulsive noise insertion loss (IPIL).

I am being compensated for my time at a rate of $400.00 per hour.

### IV.  **OPINIONS**

Based on my training, clinical and field experience, education, research, evaluation of the CAEv2, and review of primary and secondary source materials, it is my professional opinion, held to a reasonable degree of scientific and medical probability and based on scientifically reliable evidence, that the CAEv2 was defective in its design; thereby, placing end-users, including our U.S. Service Members, at increased risk of suffering auditory injuries. The flawed design of the CAEv2 was a result of 3M's failure to properly design, examine, and engineer the device in order to account for human factors, biocompatibility constraints, including basic external ear anatomy and physiology, and variations in human ear morphology, when designing a hearing protector for wide-spread human use. The CAEv2 did not have ability to secure proper insertion depth and seal, or maintain continued seal for a reasonable duration. The fact that the CAEv2 device tends to loosen imperceptibly, end-users were subjected to hazardous occupational noise, in the form of

steady-state noise, impulse noise, or a combination of both, and were at an unreasonable and unnecessary risk for hearing shift, hearing loss, tinnitus and other auditory injuries. The CAEv2 design contained the following fatal design characteristics:

A. Defect #1:

The wide, stiff, and inflexible Delrin® plastic adapter-stem within the CAEv2, which extended deeply into the symmetrical triple-flanged tips of the device, stiffened the larger flanges of the CAEv2, but even more importantly, the material to which the flanges were attached. This configuration produced a stiff cylindrical device that would be used for insertion into the non-cylindrical aperture of the external auditory meatus (EAM) and the anatomically dynamic segment immediately following. As a result of inserting the CAEv2 into the EAM, a user would generate inward pressures of the inflexible surface area of the device, which increased the likelihood of user failure for obtaining an adequate hermetic seal. This condition further promoted extrusion and loosening of the CAEv2 from the EAM, which gives rise to a loss of depth of the device, generation of air leaks, and disfigurement of the inserted flanges, compromising the performance of the product.

B. Defect #2:

The CAEv2 is a dual-sided device. As such, an opposing, inverted triple flanged tip made of pre-molded elastic polymers was situated near a device part that was intended for insertion into the EAM. This design hereby introduced contact between the opposing flanges and more lateral external ear structures in proximity to the inverted tip. For most users, this resulted in an outwardly-directed extrusion of the CAEv2 from the EAM, subsequent to pressure caused by the largest flange on the part of the product that was not intended to be inserted. Pressure from the largest flange on the uninserted part of the dual-sided device, coupled with the propensity of the largest

9

inserted flanges that sought to regain their original shape, and/or lateral pressures against the EAM

walls, caused loosening, dislodgement, and extrusion of the CAEv2.

## V.    <u>INTRODUCTION</u>

Every human being has a unique external ear structure and dynamic external auditory

meatus (EAM) or ear canal. The structural differences include variations in size, shape, height,

width, depth, angulation, orientation, and dynamics, including changes caused by mandibular bone

movement during daily activities such as chewing, jaw clenching, yawning and speaking.

Moreover, the shape and structure of each person's right ear, both external and EAM, is different

than the same person's left ear for a substantial portion of the population. These anatomical

variations within the human population are influenced by a constellation of factors including:

gender, race, and heredity.

Although there are countless sources of variation for the EAM within humans, there are

also some important similarities. In most humans, the EAM commonly consists of a first turn

immediately upon entry into the oval-shaped ear canal aperture, which is followed by a narrowing

of the pathway to its cartilaginous-bony junction. Extending beyond the initial turn, the EAM is

structurally comprised of a curved and often tortuous pathway to the isthmus.  From the aperture

through the more lateral components of EAM anatomy the wall of the ear canal is narrower in

width than in height. These anthropomorphic features enable the human ear to extrude foreign

objects that may find their way into the human ear, such as debris, insects, and other objects. A

hearing protection device (HPD) or hearing aid are other examples of foreign bodies, and this

includes the CAEv2. It follows logically that a company designing an HPD for mass distribution

and broad use would account for these human-ear variations and differentiating factors. A lack of

congruence between an HPD and the EAM will inhibit the user's ability to properly insert the

device, obtain an adequate seal, and retain the HPD within the external auditory canal for an extended period of time, such as several hours. Overall, an inability to use an HPD for an extended time, or properly insert and obtain a seal with the device, will prevent that HPD from delivering its primary aim, which is, to provide a reasonable and appropriate level of noise reduction.

## VI.    **ANATOMY OF THE EAR**

Ear structures and landmarks within the external ear and EAM described below influence ear protector insertion, initial fit/seal and continued retention.

### A.    The Outer Ear

The first structural component of the ear is known as the outer ear, or pinna, which serves to collect and enhance sound and direct it to the EAM.[1]  The Figure below displays the intricate features of the pinna.



Figure 1: Pinna Anatomy and Landmark Structures[2]

---

[1] Hunter, A., et al. (2008). Elements of morphology: Standard; Darkner, S. (2009). Shape and Deformation Analysis of the Human Ear Canal. Thesis. Technical University of Denmark.
[2] Shah, Anil R., (2016). Anatomy and Analysis of the Ear,
https://www.shahfacialplastics.com/articles/plasticpedia/anatomy-analysis-ear

While there are numerous structures surrounding the aperture to the EAM, there are five primary anatomical elements. Each of these structures affect the fit/seal and continued retention of an HPD because of their location in relation to the EAM. First is the Concha Cavum which is a bowl-shaped structure situated posterior to the aperture. The concha cavum collects and funnels sound to the EAM. Next is the tragus and anti-tragus, both of which are critical to proper fit for any HPD that has a profile extending beyond the aperture. The tragus is the protruding cartilage that is anterior to the concha cavum which protects the frontal rim of the concha cavum. The anti-tragus is a complementary piece of protruding cartilage that leans slightly inward, protecting the concha cavum's inferior-posterior rim. Finally, you have the anti-helix and crus of helix. The anti-helix is the protruding cartilage which protects the posterior rim of the concha cavum, and the crus of helix is the protruding cartilage that protects the superior rim of the concha cavum, which lies in a superior position, immediately above the aperture.

B. The External Auditory Meatus (EAM)

As shown in the figure below, the external auditory meatus (EAM) lies within the temporal bone of the skull.



Figure 2: External Auditory Meatus[3]

---

[3] Staab, W. J. (2014). The Human Ear Canal: I-V June, 2014.
https://hearinghealthmatters.org/waynesworld/2014/human-ear-canal-i-v; *see also* Alvord, Lynn S., 1997, Anatomy and Orientation of the Human External Ear. Journal of the American Academy of Audiology.

The aperture of the ear canal can be described as oval-shaped.[4]  When viewing the EAM from the top of the head downward, it reveals an S-shaped structure. While the ear canal starts as mostly straight in early life, it develops a more definite S shape in adulthood - and that more narrowed and tortuous later in life.[5] Further, the EAM typically has two characteristic bends that can be seen best from a top-down view. However, when viewed from the front of the face, the EAM commonly has a rising slope, extending from the aperture to the second bend, as seen in Figure 3 below. [6] [7] [8]



Figure 3: Anthropometry of external auditory canal by non-contactable measurement[9]

---

[4] Staab, W. J. (2014). The Human Ear Canal: I-V June, 2014.
https://hearinghealthmatters.org/waynesworld/2014/human-ear-canal-i-v
[5] Alvord, Lynn S., 1997, Anatomy and Orientation of the Human External Ear. Journal of the American Academy of Audiology.
[6] *Id.*
[7] *Id.*
[8] Ahmad et al. (2000). Oto-Rhino-Laryngologia Nova 10: 183-186.
[9] Jen-Fang Yu., Anthropometry of external auditory canal by non-contactable measurement, Applied Ergonomics (2015).

The dimensions, such as length and width, of the aperture and EAM have been reported by a number of investigators. [10] [11] [12]

Another important element of the EAM is the isthmus. [13] [14] [15] The EAM typically narrows from aperture to the isthmus, the narrowest part of the EAM. [16] While, every individual has some variation in specific measurements, the cartilage encasing the EAM typically extends from the aperture for about one-third to one-half of the length of the entire canal. This cartilage is covered with a layer of skin, which is about 1-2 mm thick and contains sebaceous and cerumen-producing glands.[17] These glandular structures within the cartilaginous portion of the EAM are important because they produce an oily, protective substance which helps to trap and keep debris out of the EAM. [18] [19] This is important in the context of designing an HPD that will maintain its retention.

---

[10] *Id.*; Staab, W. J. (2014). The Human Ear Canal: I-V June, 2014.
https://hearinghealthmatters.org/waynesworld/2014/human-ear-canal-i-v
[11] Staab, W.J. (2016). The mysterious cartilaginous/bony ear canal. Canadian Audiologist 3(6).
https://canadianaudiologist.ca/the-mysterious-cartilaginousbony-ear-canal-junction/
[12] *Id.*
[13] Staab, W. J. (2014). The Human Ear Canal: I-V June,
2014.https://hearinghealthmatters.org/waynesworld/2014/human-ear-canal-i-v; Nielsen, C., & Darkner, S. (2011). The Hearing Journal 64(3): 35-42.
[14] *Id.*
[15] Darkner, S. (2009). Shape and Deformation Analysis of the Human Ear Canal. Thesis. Technical University of Denmark.
[16] *Id.*
[17] Nielsen, C., & Darkner, S. (2011).  The Hearing Journal 64(3): 35-42.
[18] Dinces, E.A. (2020). Cerumen. UpToDate (https://www.uptodate.com/contents/cerumen). Accessed 9/26/20.
[19] Nielsen, C., & Darkner, S. (2011).  The Hearing Journal 64(3): 35-42.



Figure 4: EAM together with bony and cartilaginous tissues. The condyle of the mandible shown lying adjacent to the anterior wall of the EAM between the 1st and 2nd bends.[20]

C.   Variation in EAM Measurements and How to Obtain Those Measurements

The EAM dimensions can vary from person to person, and both gender and ethnicity are important factors when considering those variations. For example, women typically have smaller outer ear dimensions than men. In terms of ethnicity, Caucasians often have larger ear dimensions than Asians, and Asians have larger ear dimensions when compared to Africans.[21] Ethnicity differences are illustrated in the figure below.

---

[20] *Id.*
[21] Staab, W. J. (2014). The Human Ear Canal: I-V June, 2014.
https://hearinghealthmatters.org/waynesworld/2014/human-ear-canal-i-v; Ahmad et al. (2000). Oto-Rhino-Laryngologia Nova 10: 183-186; Benacchio, S., et al. (2019). Journal of the Acoustical Society of America 146(4): 2452-2465.



Figure 5: EAM aperture measurement variations [22]

While there is no standard protocol for measuring the EAM, several methods have been reported. Typically, these methods focus on the dimensions of the EAM its volume. The latter can be important in estimating EAM resonance. A few examples of these measurement methods are:

- optical measurements;

- gauge in-the-ear measurements;

- acoustic measurements of sound pressure levels;

- radiological measurements, including CT and MRI studies for imaging;

- quantifying dimensions of bony and soft tissue structures; and

- immittance measurements (tympanometric ear canal volume).

Physical measurement of ear-canal impressions is the most widely reported technique for estimating EAM dimensions.[23] These methods are geared toward measurements of ear-canal

---

[22] *Id.*

[23] *Id.*; Ahmad et al. (2000). Oto-Rhino-Laryngologia Nova 10: 183-186; Benacchio, S., et al. (2019). Journal of the Acoustical Society of America 146(4): 2452-2465.

length and width, and often do not include multi-variable mean EAM measures from the aperture to TM. From the literature, it appears that the length of the EAM is not a variable used to predict adequate HPD insertion depth and prolonged acoustic seal.[24] Rather, height and width measurements and an appreciation for EAM morphology from the aperture to second turn are critical. In fact, the 1979 EPA guidance to manufacturers of HPDs (discussed later) warned about the importance of the EAM shape and geometry and, regarding pre-molded inserts, reminded 3M and other HPD manufacturers that HPDs must accommodate differences in external ear canals, including curved ear canals.[25]

D. The Dynamic Ear

The EAM and other components of the outer ear are not static. Instead, movement of the head and neck can cause significant deformation of the EAM shape, as well as its supporting structures.[26] For example, movement of the mandible or lower jaw can result in reduction of EAM volume, especially near the first turn. While the mandible is not in direct contact with the temporal bone of the skull, it is tethered to it by a tendon and connected through a sliding joint called the temporomandibular joint (TMJ) (illustrated and labeled in the image below).

---

Berger, E.H. (1988). *Tips for fitting hearing protectors*. EarLog19 republished in 1996. Aearo Co, Indianapolis, IN

[24] *Id.*

[25] 1979 Regulatory Analysis Supporting the Labeling of Hearing Protectors, EPA 550/9-79-256 (Aug. 1979).

[26] Oliveira, R., et al. (1992). Ear and Hearing 13(6): 464-466; Oliveira, R., et al. (2005).  Hearing Review. http://www.hearingreview.com/2005/02/the-dynamic-ear-canal-and-its-implications/ ; Oliveira, R.J., *The Dynamic Ear Canal.* The Human Ear Canal, 1995 p. 84-111; Darkner, S. (2009). Shape and Deformation Analysis of the Human Ear Canal. Thesis. Technical University of Denmark.



Figure 6: Temporomandibular Joint with Labeled Elements[27]

The TMJ is the primary joint responsible for movement of the lower jaw in speech production and mastication (chewing food).[28] While the mandible is closest to the EAM when the mouth is closed, the mandible can move forward and downward, producing displacement of tissues. Consequently, the soft, cartilaginous tissue located approximate to the anterior wall adjacent of the EAM can become deformed, sometimes by as much as 2.3 mm.[29] [30.]

The EAM expands and stretches in diameter when the head is turned from side to side. Reportedly, turning of the head may, in some cases, cause the largest dimensional changes in both the diameter and shape of the EAM.[31] As a result, the EAM dimensions with a turned head can be twice as large as those measured for a fully opened jaw, which are greater than the dimensions of

[27] https://radiopaedia.org/articles/temporomandibular-joint-1
[28] Staab, W. J. (2014). The Human Ear Canal: I-V June, 2014.
https://hearinghealthmatters.org/waynesworld/2014/human-ear-canal-i-v
[29] Darkner, S. (2009). *Shape and Deformation Analysis of the Human Ear Canal*. Thesis. Technical University of Denmark.
[30] Oliveira, R., et al. (1992). Ear and Hearing 13(6): 464-466.
[31] Darkner, S. (2009). Shape and Deformation Analysis of the Human Ear Canal. Thesis. Technical University of Denmark.

the EAM in a jaw-closed position. A head-turn measurement of the EAM is greater than a clinched jaw or chewing and grinding, which yielded the smallest EAM dimensional changes.[32]

During dynamic activities, such as opening the jaw during speech and when chewing, and particularly when turning the head, these outer structures move and may compound the problem by exerting additional force upon the protector. Finally, when it is readily foreseeable that the intended user will be undertaking rigorous physical activity, like the military environment, it is even more important that precautions are taken to ensure an HPD is engineered to minimize any external profile given the potential for the HPDs to contact ear muffs, noise cancelation headsets and combat helmets.

As illustrated below, the image on the left demonstrates a properly fitted earmold in a closed-mouth position.[33] Here, there is no evidence of an open space between the earmold and the walls of the EAM. The image on the right side shows an opened mouth position; wherein, the EAM enlarges and changes in shape, which creates an open space or a slit leak between the earmold and EAM wall. This space is associated with loss of retention of the earmold, which allows external sound to pass around the earmold. Said differently, an HPD which is stiff, inflexible and incongruous to EAM variations and morphologic characteristics like the CAEv2 promotes the formation of slit or circumferential leaks, enabling hazardous noise to pass around the protector and leaving the wearer susceptible to otherwise preventable auditory injury.

---

[32] Pirzanski, C.Z., *Critical factors in taking an anatomically accurate impression,* The Hearing Journal 50.10 October 1997

[33] Pirzanski, C.Z. (2006). Earmolds and hearing aid shells: tutorial part 2: impression-taking techniques that result in fewer remakes. The Hearing Review. May 10, 2016;
https://www.hearingreview.com/hearing-products/accessories/earmolds/...ial-part-2-impression-taking-techniques-that-result-in-fewer-remakes

Figure 7: Left: EAM with earmold fitted for Closed Mouth. Right: EAM with earmold fitted for Open Mouth [34]

Other ear structures, such as the tragus, anti-tragus, and the concha cavum can be deformed during jaw movements, including speaking, shouting, and chewing.[35] This is especially important when considering proper insertion of an HPD. Where the outer, opposing flanges of the CAEv2 have a propensity to deform upon insertion, mandibular movement causing corresponding movement of the tragus and surrounding external structures can produce or accelerate extrusion of an HPD, forcing a device laterally and out of the ear. Such HPD displacement can cause acoustic leaks and reduce the potential sound attenuation effectiveness of a device.[36]

## VII.    CAEv2 DESIGN FLAWS RESULTING IN BIOCOMPATIBILITY PROBLEMS

Morphology of the peripheral auditory system presents significant challenges for HPD insertion and for sustainment of depth and seal of a device. Design features of an HPD must account for known outer-ear and EAM characteristics and variations.  As described below, the CAEv2 was unfortunately ill-suited for human use.

---

[34] *Id.*
[35]  Darkner, S. (2009). Shape and Deformation Analysis of the Human Ear Canal. Thesis. Technical University of Denmark.
[36] Environmental Protection Agency, 1979, Product Noise Labeling Requirements, Regulatory Analysis Supporting the Noise Labeling Requirements for Hearing Protectors, p 24.

Figure 8 are the design drawings providing the CAEv2 configuration, component location, and orientation, including dimensions that are key in evaluating its effectiveness in enabling ease of insertion, seal, and persistent seal.



Figure 8: Design schematic of CAEv2 HPD[37]

The CAEv2 is a dual-ended earplug that is 35.66 mm in length with mirror-image triple-flange ear tips (each 16.31 mm in length) inserted onto each end of a hard-plastic barbed stem (overall length 14.94 mm). The triple flanges of the ear tips are graduated in their diameters from small, to medium, to large, 7.93, 10.16, and 12.95 mm, respectively, and their individual lengths are 4.47, 5.23, and 6.60 mm, respectively.

---

[37] 3M_MDL000017774.

21

Figure 9: Design schematic of CAEv2 HPD[38]

Figure 9 shows the design drawings providing the CAEv2's hard, plastic adapter stem. The distal most end of the adapter stem at each tip end has a width of 3.61 mm, tapering 3.58 mm to its widest point at 4.45 mm. The widest part of the stem, which contains the nonlinear acoustic filter, when including the surrounding Ultrafit pre-molded plug is 7.67 mm wide, and is positioned beneath the largest third flange.

a. CAEv2 Adapter Stem

The adapter stem is the part of the CAEv2 that connects the yellow end of the plug with the camouflage green end of the plug and contains the non-linear filter. This feature was designed to provide situational awareness while allowing the user to understand speech in noisy conditions (such as blast or gunfire) while wearing the device.

The CAEv2 adapter stem had three primary problems: (1) width, (2) depth, and (3) the hard material used to manufacture the stem. First, the CAEv2 adapter stem was too wide. In the summer of 1997, concern for the excessive width of the adapter stem was raised by Dr. Arman Dancer, the designer of the ISL filter, who warned Berger that a width of 4.2mm, much less 4.45mm, would

---

[38] 3M_MDL000017774.

cause fitting issues in most users.[39]  Second, placement of the adapter stem containing the wide barbed feature was located directly underneath the third flange, up to the junction of the second and third flanges, thereby, causing the hard and wide adapter to be pushed into the EAM upon insertion.  Third, the stem was made of a hard composite material known as Delrin®. When positioned in the hollowed body of an Ultrafit premolded earplug, this resulted in a stiff, non-compressible, inflexible stem for insertion into the aperture and EAM. The CAEv2 adapter stem was unable to be compressed or, otherwise, deflect any pressure exerted upon it by the aperture and EAM. The width, hardness and depth of the adapter stem inhibited insertion and the user's ability to obtain proper depth and seal, particularly a seal that provided persistent retention.

The adapter stem and inflexible earplug tip prevented the CAEv2 from easily negotiating an inward pathway, around the first bend of the EAM, and past the sharp turn toward the isthmus. Standard instructions for earplug insertion require the user to pull the pinna up and back in an attempt to straighten the EAM. As a result of implementing this canal-straightening maneuver and forcing the device into the ear, the EAM would then attempt to reform its natural curved shape and this reformation introduced inward pressure against the surface area of the portion of the inserted HPD.

A concomitant, confounding problem was the limiting width of the EAM leading to and including the isthmus, located just beyond the first bend of the EAM. The width of the EAM begins narrowing within the lateral 1/3 of this structure.  The stem width, when accounting for the surrounding rubber Ultrafit earplug and its flanges increases to 7.67 mm at the junction between the second and third flanges. This diameter is significantly wider than the EAM dimensions for most humans approximate to, and including, the isthmus. A natural consequence of inward

---

[39] 3M_MDL000013027.

pressure exerted by an inflexible, wide hard stem adapter, and a stiffened triple-flanged tip was the propensity to dislodge from its position in the EAM and become extruded. If a seal was initially made by the HPD, it would be broken as a result of the resulting forces of size, stiffness, and pressure from the CAEv2, which would allow sound to circumvent the device and enter the EAM. These circumstances would place users at increased risk for auditory injury and associated sequelae.

       b.   <u>Opposing Flange Design</u>

The CAEv2 was the only HPD to ever be designed with opposing flanges. Since 3M was forced to discontinue the CAEv2 from further distribution in or about 2015, no dual ended HPD has surfaced. Because the CAEv2 included a prominent opposing triple-flanged tip that protruded outside the user's ear, this introduced a large surface area to adjacent outer ear structures, which caused the device to be more susceptible than any other HPD in history to loosen from external force and pressure. When inserted into the user's ear, the opposing flanges came into contact with one or more features of the outer ear, such as the pinna, tragus, and anti-tragus (previously discussed). Depending upon the anatomy of the outer ear and variations in the aperture, EAM and related angle of insertion, the CAEv2 would have a propensity to come into contact with the outer ear in a manner that was clearly not engineered into the design of the dual ended nature of the CAEv2. This unwanted resistance from the flanges deformed them, causing the opposing flanges to compress and/or fold, which, in turn, made proper insertion more difficult and prevented proper insertion and seal and sustained retention by the EAM.

Another important consideration is the insertion angle of an HPD. The insertion angle is a function of the orientation of the EAM and can cause the HPD to have a specific vertical or horizontal pitch or approach. In turn, an HPD with a prominent segment extending outwardly from

the aperture will make contact with outer ear structures in a variety of ways.  Because the outer ear structures can affect insertion, seal, and sustained retention of an HPD, it is imperative that manufacturers design devices that minimize unwanted external ear contact and pressure. Conversely, an HPD design may, in fact, account for and use these structures as contact points to anchor and position a protective device, using technology such as the concha lock found in the Surefire Sonic Defender line of products discussed below.

    c.   <u>3M's EPA Labeling Testing of the CAEv2</u>

In late 1999, 3M undertook EPA Labeling Tests on the CAEv2 as required by ANSI S3.19 (1974).  To be sure, Federal regulations (EPA, 1979) required a noise reduction rating (NRR) to be posted on the product label for HPDs sold within the U.S. following a properly performed Labeling Test. ANSI S3.19 (1974) was the gold standard for testing HPD attenuation and effectiveness. Testing commenced under laboratory conditions in which a seasoned examiner (Ron Kieper) fit the CAEv2 plugs into the ears of a highly trained internally selected panel of users comprised of Aearo employees/family of employees and others, sitting very still for only a few minutes, using a carefully prescribed measurement protocol.  For these NRR measurements, both the yellow (213016) and camouflage green (213015) ends of the CAEv2 were tested on the same group of participants (all subjects included in 213015 participated in 213016), except the final two subjects tested in 213016 were not included in 213015 because Berger stopped the 213015 prematurely after testing only eight subjects.  Indeed, after realizing that the EPA Labeling Test was returning an extremely poor NRR (after the 8th subject, the resulting NRR was calculated at 10.9), 3M aborted testing after only eight (8) subjects in violation of 3M's own testing policies and in contravention of EPA guidelines. Moreover, the 213015 and 213016 test results revealed

25

high intra-subject and inter-subject variability. This observation would later be described by Berger as the highest variability he had ever seen in an HPD.

After aborting the test, 3M undertook to repeat the EPA labeling test on the green end in what is known as test 213017. Notably, 3M did not change the design of the CAEv2 before conducting another EPA labeling test on the green end, which in the words of Michael McLain, Aearo's Chairman, CEO and President was "prohibited by the EPA[40]." Though it is unclear from the documentation, the yellow flanges of one, some, or all test subjects were folded back prior to insertion of the green tip. The test results suggested an NRR of 22 dB from data for all 10 subjects across all 3 trials for each subject that are suspicious because these data do not reflect difficulties with fit and seal that subjects were experiencing and observed and documented by Mr. Kieper in his lab notebook during the 213017 retesting.[41] However, it is evident upon reviewing Kieper's accompanying lab notes that although a number of subjects had serious fitting and seal complications during this test, the resulting data do not correspond with the observations of the examiner (Kieper). This supports a conclusion that the 213017 test results were artificially inflated by improperly discarding and replacing test data in violation of ANSI 3.19 and related EPA standards.

There are other indications that the 213017 retest of the green end of the CAEv2 was manipulated in order to achieve an inflated 22 NRR. For instance, the lab chose not to use the same panel of test subjects that was used in the original CAEv2 test trial (213015 and 213016); but, instead, replaced four test subjects from the original panel with new ones, including two test subjects who obtained very poor attenuation results in 213015, TRS (-12.5 NRR) and JMW (9.1 NRR). The 213017 test panel included many Aearo employees, and family members of

---

[40] 3M_MDL000332845.
[41] 3M_MDL000195517.

employees, as test subjects, which may have biased the test data and resulted in a conflict of interest. This conflict was identified years prior during 3M's retesting of a formable (foam) earplug in conjunction with the levying of the largest EPA fine against an HPD manufacturer in history of $900,000.00 (arising from 3M having been caught and fined for artificially inflating the NRR of this foam earplug).[42] Additionally, in 1999 and 2000, when these attenuation effectiveness measurements were being administered by his laboratory, Mr. Berger reported directly to Brian Myers in Marketing, which represented a potential conflict of interest that was also recognized by the lab's National Voluntary Laboratory Accreditation Program (NVLAP) auditor in 2000.[43]

The results of the 213015 aborted test and the 213017 manipulated test were documented in a report dated July 10, 2000, entitled "How Folding the Flanges Back Affects REAT Results of the UltraFit Earplug End of the Combat Arms Plug," otherwise known as the "Flange Report." The Flange Report was authored by Ron Kieper and Elliott Berger, and begins by stating "The purpose of this report is to document that the current length of the UltraFit Earplug end of the Combat Arms Plug is too short for proper insertion, and how changing the fitting technique affected the results of real-ear tests of this plug." To be clear, each end of the CAEv2 was the same length and was identical in terms of how they fit into the EAM; so, if the green camouflage end was too short for proper insertion, the yellow end was too short as well. During the 213015, the green end was fitted according to the "standard plug's fitting instructions, with no modifications." Kieper and Berger discovered during the 213015 test that "[b]ecause the stem of the green, solid end of the plug is so short; it was difficult for the experimenter to insert the plug deeply into some subjects' earcanals, especially those subjects with medium and larger earcanals," and additionally, "the geometry of the earcanal opening sometimes prevented the deep plug

---

[42] 3M_MDL000024773; 3M_MDL000024833.
[43] 3M MDL000474657.

insertion required for maximum attenuation values."[44]  These findings support my opinion that the CAEv2 stem design was too stiff and too wide.

The Flange Report then notes that "[w]hen the solid plug was fitted during the first test (015), the basal edge of the third flange of the yellow, level-dependent plug sometimes pressed against the subject's earcanal opening and folded up," and that "[w]hen the inward pressure on the plug was released, the yellow plug's flanges tended to return to their original shape and this sometimes loosened the plug, often imperceptibly to the subject."  Again, it should be noted that because the CAEv2 was a dual-sided device, the serious issue of the opposing (inverted) flanges causing the CAEv2 to loosen imperceptibly would apply regardless of which side (green or yellow) was inserted.

The Flange Report goes on to state that:

> For test 213017, the yellow flanges of the level-dependent end of the plug were folded back prior to the green, solid plug being inserted into the subjects' ears. The folded-back flanges and the hard plastic stem provided a long, stiff quasi-stem for the experimenter to grasp and allowed for a deeper and more-consistent fit of the solid plugs for test 213017. When folded back in that way, the yellow flanges neither touched the subjects' conchae nor compromised the fit of the solid earplugs."[45]

Thus, this internal memo expressly evidences the poor attenuation and serious design flaws identified by the designers of the CAEv2 that resulted in difficulties with insertion and seal. The modification of folding back the flanges was not even tested on the yellow end, despite Berger's testimony that the yellow end REAT results (test 213016) were also highly variable.  In fact, testimony from Berger and others at 3M suggesting that only one test person in the 213017 subject group had the opposing yellow flanges folded back when inserting the green end simply shows

---

[44] The Flange Report, 3M_MDL000019514.
[45] *Id.*

that folding back the flanges in 213017 was a "trick" to get the 22-dB NRR on green end.[46]   3M's former employee Robert Falco, who Mr. Berger credits as being one of the designers the CAEv2, testified that he was never aware of designing a Combat Arms earplug or an Ultrafit earplug that would have the non-inserted flanges folded back.[47]   Unfortunately, the outer flanges were one among several concurrent design flaws that were fatal to the CAEv2's overall design and performance.

Subsequent internal 3M REAT testing on the CAEv2 provides further evidence that the "22 dB NRR" that 3M labeled on the green-end of the CAEv2 for more than a decade was overstated, communicating to purchasers that they would receive more protection than the green-end actually could provide in the laboratory. Between 2005 and 2007, 3M performed three abbreviated ANSI S3.19-1974 experimenter-fit REAT tests on the green-end of the CAEv2, obtaining NRRs of 14, 15 and 16 dB.[48]   These are all below the 17 NRR that a 3M employee wrote would not be acceptable to the military.[49]   Additionally, as discussed below, 3M's Method B testing of the green-end of the CAEv2 in 2006 resulted in a 4.4 dB Subject-Fit NRR, which would not provide adequate hearing protection for any hazardous military noise exposure, especially in austere combat environments. Even Berger suggests that minimal protection for average noise in the non-military, occupational world calls for an NRR of 10 dB on the job protection.[50]

I have seen no evidence that these test results were communicated to the military. When Brian Myers of 3M was asked by the Defense Logistics Agency about what validation testing had

---

[46] 3M_MDL000019705.
[47] It should also be noted that Berger and Kieper concluded that the CAEv2 was too short for proper insertion which is yet another confounding factor.
[48] 3M_MDL000004550.
[49] MDL000724411.
[50] Berger, E., EarLog 20

been conducted on the CAEv2, Mr. Myers communicated to the military that the CAEv2 had only been REAT tested under ANSI S3.19 a single time.[51]

Further evidence of the lack of protection afforded by the CAEv2 is shown by the attenuation results of 3M test 213030, an ANSI S12.6-1997 Method B (subject fit) test conducted by Mr. Berger and Mr. Kieper in 2006.  In this type of REAT test, a panel of "naive" test subjects is required to insert the earplug into their own ears using only the manufacturer's written fitting instructions.  In test 213030, the green end of the CAEv2 received an unacceptably low Subject-Fit NRR 4.4 dB. Method B has been described by Mr. Berger as a better indication of "achievable" attenuation to be expected within military hearing conservation programs.[52]  An earplug that only provides 4.4 dB of protection against steady state noise would not be sufficient to protect U.S. Armed Forces personnel in noise hazardous environments.

## VIII.    ESTABLISHED HEARING PROTECTOR DESIGN CONSIDERATIONS AND GUIDANCE IGNORED DURING DEVELOPMENT OF CAEv2

### A.  Noise Control Act of 1972

In recognizing that "inadequately controlled noise presents a growing danger to the health and welfare of the Nation's population," Congress enacted the Noise Control Act of 1972.[53] Importantly, this Act impacts hearing protection manufacturers as its intent is "to establish a means for effective coordination of Federal research and activities in noise control, to authorize the establishment of Federal noise emission standards for products distributed in commerce, and to provide information to the public respecting the noise emission and noise reduction characteristics of such products."[54]

---

[51] 3M_MDL000018856.
[52] Berger, E. EarLog21 (1990).
[53] 42 U.S.C.A.  § 4901, *et al*.
[54] *Id.* at § 4901(b).

The Act's intent is explained further in the EPA's 1979 Regulatory Analysis Supporting the Labeling of Hearing Protectors. *See* EPA 550/9-79-256 (Aug. 1979). The EPA described its "basic objectives" in developing product labeling requirements for hearing protectors was to "provide accurate and understandable information to prospective users of products regarding the acoustic properties of designated products so that meaningful comparisons with respect to noise emission or noise reduction can be made."[55]  The EPA further acknowledged that hearing protectors are "principally sold on the basis of their ability to attenuate the level of sound entering a person's ear."[56]  As described below, the Regulatory Analysis emphasized several design factors that affect the selection of hearing protective devices, including: (1) use requirements/environment; (2) fitability; (3) comfort; and, (4) biological compatibility.[57]

Interestingly, Elliott Berger, as an acoustical engineer on behalf of Aearo (formerly E-A-R Corporation) attended and provided comments at the EPA's public meeting held on the proposed rulemaking. Berger later echoed the EPA's sentiments as he also emphasizes that some key causes of "poor HPD sealing," include: comfort- if an HPD is not comfortable, the user may not adapt and will not wear it; utilization- due to poor comfort or training, a user may improperly insert or adjust the HPD; compatibility - HPDs are not all suitable for every ear canal and head shape; deterioration- hearing protectors can wear out even when properly used; and abuse- modification for comfort can negatively impact protection.[58] These four design factors emphasized by the EPA are described in detail below:

---

[55] *Id.*  at pp. 1-2.
[56] *Id.* at p. 3.
[57] *Id.* at pp. 21-24.
[58] Elliott H. Berger, Hearing Protector Performance: How They Work- and-What Goes Wrong in the Real World, 3M_MDL000774997

### i.  Use Requirements/Environment

In addition to attenuation, the real-world circumstances under which the user will wear the HPD also bear on its effectiveness. This includes basic environmental conditions, such as temperature, but also whether the intended use is intermittent or continuous, and depends on the user's specific needs. Another environmental factor is whether the intended user must also wear other protective equipment, such as a helmet or communication device, that must also be compatible with the HPD. These factors may each impact the effectiveness of an HPD and must be accounted for in any specific design.[59] In this instance, the lack of evidence demonstrating that Aearo/3M undertook any field studies of the CAEv2 examining its performance for prolonged periods of time under real world circumstances underscores their inability to account for its effectiveness within the specific environments for which it was intended.

A Service Member's military noise exposure can be among the most hazardous of any occupation, so it is important for an earplug designer and manufacturer to account for and test whether an HPD is safe for use in both garrison and combat military noise environments that include live fire, heavy weaponry, blast, loud vehicles and generators.  Based on my review of 3M's marketing materials related to the CAEv2, 3M communicated to the military that the CAEv2 was safe to use in these noise environments.[60]  However, based on my review of CAEv2 test data and 3M emails, it appears that the CAEv2 was not suitable for use in any of these noise environments.[61]

---

[59] *Id.* at pp. 21-22.
[60] 3M_MDL000573842; 3M_MDL000000142; 3M_MDL000320257
[61] 3M_MDL000243859, 3M_MDL000359112, 3M_MDL000473499, 3M_MDL000010140, and 3M_MDL000392992.

### ii.  Fitability

An HPD must fit comfortably, snugly, and deeply upon insertion but must also maintain its depth and seal throughout various activities undertaken by the intended user. Obviously, this is even more critical in an HPD that is intended for military use, considering the inherent physicality required during combat training and deployment. An HPD design must thus account for the size and shape of the EAM, especially when it is vented with a filter or specific capability, such as the CAEv2.[62] As explained in detail herein, because Aearo/3M failed to account for the known and variable morphology of the EAM, the company developed an HPD that did not incorporate the real-world implications. Mainly, its inability to maintain appropriate depth and seal. The fact 3M/Aearo was aware of its own internal REAT test data that demonstrated poor attenuation of the CAEv2 amplifies the unreasonable nature of its failure to account for inadequate fitability. Placement of the CAEv2's wide and inflexible stem dictated the device's inability for a user to achieve and maintain a sufficient seal.

### iii.  Comfort

Comfort is a major consideration in HPD design. Although some pressure is required to establish and maintain a seal, too much pressure on the EAM results in discomfort, which is associated with pressure on the ear canal walls that is produced by the device, its design, and materials. Thus, to create pressure without discomfort, manufacturers are instructed and guided to use "soft, pliable materials."[63]

---

[62] *EPA* at pp. 22-23.
[63] *See id.* at p. 23.

#### iv.  Biologic Compatibility

As for biologic compatibility, the EPA stressed that this is "primarily a design consideration by the manufacturer."[64]   Of relevance here, the EPA expressly noted:

> The tragus, which is the projection found in front of the external ear, in many individuals extends backwards over the ear canal opening, and may prevent the insertion of an insert device to its intended depth. The tragus may produce unequal pressure against the protective device, forcing the device backward and outward, thus displacing it enough to cause an acoustic leak which will reduce the potential noise reducing effectiveness of the device.[65]

These are the concerns reflected by Berger and Kieper in the Flange Report. As for test 213015, which was done without "modification" to the plug, the length of the stem of the green camouflage tip and the geometry of the EAM did not allow for deep insertion, especially for those with medium or large ear canals. Thus, upon inserting the green tip, the edge of the third flange of the inverted yellow tip would occasionally press against the user's concha and collapse or fold onto itself. Then, when the pressure on the plug was released, the flanges of the yellow tip would return to its original condition, which would, in turn, loosen and extrude the CAEv2, "often imperceptibly to the subject." [66]

### IX.    IMPERCEPTIBLE LOOSENING

For maximum protection, an inserted HPD must couple to the walls of the EAM and form an airtight seal. Air leakage paths can reduce attenuation by 5-15 dB over a broad range of frequencies depending upon the size of the leak. Typi-cally, the loss of attenuation is most

---

[64] *Id.* at p. 24.
[65] *Id.* at p. 24.
[66] 3M00116387.

noticeable in the low frequencies.[67]  The large amount of variability demonstrated by both ends of the CAEv2 in experimenter-controlled and certified-laboratory conditions illustrates that the CAEv2 is especially prone to serious acoustical leaks.

As documented by Mr. Berger and Mr. Kieper in the *Flange Report*, several test subjects in 213015 experienced "imperceptible" loosening with the green end of the CAEv2 while seated motionlessly, as required by the ANSI standard, and wearing the devices for only a few minutes during the test procedure. An earplug that loosens imperceptibly is particularly dangerous for a Service Member who is using the CAEv2 in high-intensity noise environments, because the individual may believe they have properly inserted the device and have adequate hearing protection, when they do not.  This would not be accepted by our Soldiers, Marines, Sailors, Airmen, and Coast Guard personnel who deserve quality equipment during combat training and deployments. It is clear from the *Flange Report* that test subjects could not feel (tactilely) or acoustically perceive the green-end loosening or extruding from their ear canals during the attenuation tests when they were exposed to sound stimuli at several test frequencies.  At the firing range, in the midst of training and exercises, or during combat operations, Soldiers, Marines, Sailors, Airmen, and Coast Guard personnel are focused on performing military tasks and would be even less aware of loosening and extrusion of the CAEv2 than a controlled laboratory setting.

The non-linear, level-dependent, yellow-side of the CAEv2 should enable user audibility of ambient, low-level sounds, avoiding any occlusion effect commonly associated with conventional passive HPDs. Over-attenuation and the occlusion effect should be reduced or, in some cases, non-existent while using the yellow-side of the CAEv2. As such, Service Members

---

[67] Nixon, C.W. (1979). Hearing Protective Devices: Ear Protectors in Handbook of Noise Control (2nd Edition), McGraw-Hill, New York, NY.; See also Berger, E., The Noise Manual 5th Edition, Ch. 10 (Hearing Protection Devices), pg. 395.

would be unlikely to perceive either loosening, extrusion, or an acoustic leak while wearing the CAEv2 in the field.

## X.    SAFER ALTERNATIVE DESIGNS

3M sold the CAEv2 from 1999 to 2015, and, during that time, other earplugs with safer designs were both technically feasible and commercially available. These safer alternatives provided more substantial and consistent noise attenuation than the CAEv2, which would have prevented or significantly reduced the injuries sustained by CAEv2 users.

Premolded (reusable) and formable (disposable) earplugs, which provide more customary, linear noise attenuation, were widely available during the CAEv2's product life. Premolded earplugs "are formed from flexible materials into conical, bulbous, or other shapes, usually with flanges or sealing rings that are typically affixed to a flexible stem for handling and insertion."[68] The average premolded earplug has an NRR of approximately 23 dB.[69] Formable, "roll-down" foam earplugs (commonly referred to as "foamies" by military personnel) were introduced in 1972. Since that time, they have become the most widely used HPD due to their "high levels of comfort and attenuation."[70] On average, foamies have a 29 dB NRR.[71] "Because of their conformability, even a partially-fitted foam earplug generally affords a good acoustic seal[.]"[72]

Passive, nonlinear earplugs have been available for approximately 50 years.[73] By 1970, British military forces were using the RACAL Gunfender earplug, which incorporated a nonlinear filter for protection against hazardous impulse noise.[74] In the years that followed, more passive,

---

[68] 3M_MDL000515260.
[69] *Id.*
[70] *Id.*
[71] *Id.*
[72] *Id.*
[73] Forrest, 1969; 3M_MDL000012206.
[74] *Id.*

nonlinear earplugs were introduced to the market (*e.g.*, Lee-Sonic Ear Valv and Aural Technology Protectear).[75] In the 1990s, using the Gunfender filter as a starting point, scientists at the French-German Institute of Saint Louis (ISL) began developing an optimized nonlinear filter. Their design, known as the "ISL Filter," was incorporated into a modified 3M UltraFit earplug to create the Combat Arms Earplug version 1, also known as the European Nonlinear Plug (ENLP), which was available in the United States from approximately 2000 to 2007.

Additional safer alternatives include the following single-ended, dual-function passive hearing protectors:

- **Combat Arms Earplug version 3**: released in 2007 and later discontinued; moves between linear and nonlinear protection modes using a "circular dial" developed in the late 1990s and patented in 2000. It was available in multiple sizes and featured a slimmer filter than the CAEv2. Its attenuation performance was reportedly a 21-dB NRR (linear) and 7-dB NRR (nonlinear).[76]

- **SureFire EP3 Sonic Defenders**: available from approximately 2005 to present. It shifts between linear and nonlinear protection modes using a "filter cap". The device features an adjustable stem length for maximum user comfort and EarLock® retention rings patented in 2001 (similar to a skeleton earmold for a hearing aid) to secure the device for consistent insertion. It uses a flanged premolded tip made from soft, medical-grade polymer and is available in multiple sizes. Its attenuation performance was reportedly a 24-dB NRR (linear) and 11-dB NRR (nonlinear).

---

[75] P4526.5
[76] 3M_MDL000002737, 3M_MDL000338061.

- **SureFire EP4 Sonic Defenders Plus**: Available from approximately 2008 to present, it may be changed from linear and nonlinear protection modes using a "filter cap" and features adjustable stem length for maximum user comfort with retention rings patented in 2001 to remain secured in place. It has a flanged earplug tip made from soft, medical-grade polymer; available in multiple sizes. Its attenuation performance was reportedly a 24-dB NRR (linear) and 12-dB NRR (nonlinear).

- **Combat Arms Earplug version 4**: Available 2009 to present, the device can be changed from linear and nonlinear protection using a "rocker cover." The device is available in multiple sizes. Its attenuation performance was reportedly a 23-dB NRR (linear) and 7-dB NRR (nonlinear).[77]

- **Moldex BattlePlugs**: Available from approximately 2011 to present, it may be switched between linear and nonlinear protection modes using a filter cap. The product is available in multiple sizes and reportedly offers an NRR of 20 or 24 dB (linear; depending on size used) and an NRR of 9 or 12 dB (nonlinear; also depending on size).

- **SureFire EP7 Sonic Defenders Ultra**: Available from approximately 2011 to present and shifts between linear and nonlinear protection modes using a "filter cap." The device features retention rings patented in 2001 to secure earplugs in place with foam premolded tips manufactured from soft, medical-grade polymer. It's available in multiple sizes and reports an NRR of 28 dB (linear) and 14 dB (nonlinear).

- **Combat Arms Earplug version 4.1**: Available from 2014 to present, the product is switchable between linear and nonlinear protection modes using an improved "rocker

---

[77] 3M_MDL000002737.

cover." It includes a includes concha clip for improved seating and EAM retention. It is available in multiple sizes.[78]

Examples of hearing protection devices currently on the Approved Product List within the Department of Defense for use by Service Members are pictured here, including the Moldex Battleplug; Surefire Sonic Defenders (EP3, EP4 and EP7); and the CAEv4. The CAEv2 was discontinued in 2015 as shown in the figure below:



Figure 10: U.S. Marine Corps Hearing Conservation Poster

Based on my review of product testing data, depositions and trial transcripts, 3M and military records, scientific and medical data, and exemplar devices, as well as my 32 years of clinical experience, 24 years of military service, over 20 years of experience as a research investigator, double-doctorate graduate education, executive medicine training and leadership experience, it is my opinion that these safer alternative products do not suffer from the design

---

[78] 3M_MDL000523220.

flaws, described more fully throughout this report, that render the CAEv2 an inadequate and defective device. Specifically, the suggested alternative designs are not too short, too wide, or too stiff to allow for deep insertion into the EAM. As such, these alternatives allow users to more consistently achieve the fit and seal necessary for protection hazardous levels of noise. Furthermore, these single-ended products do not include an outward facing plug that may interact with users' outer ear and cause loosening that compromises attenuation performance.

## XI.  **CONCLUSIONS**

The opinions contained in my report are based upon my education, training, experience, discussions with peers, review of the scientific literature, and my own scientific studies and research. All of the opinions that I offer in this report I hold to reasonable degree of medical and scientific certainty.

I hold these opinions to a reasonable degree of scientific certainty. I reserve the right to supplement

this report as if and when additional reliance materials become available to me.

Dated:  December 3, 2021

Antony R. Joseph, MA, Au.D., Ph.D.

EXHIBIT A

**CV/BIOGRAPHICAL SKETCH**                                  **[Antony Joseph, MA, AuD, PhD]**

**NAME:**                Joseph, Antony R.
**POSITION TITLE:**      Associate Professor, Illinois State University, Communication Sciences & Disorders
**CITIZENSHIP:**         United States (birthplace: London, England)

**EDUCATION**

| Institution | Degree /Date | Field of Study |
| --- | --- | --- |
| Marquette University, Milwaukee, WI | B.S.   05/1985 | Speech Path. & Audiology |
| University of Massachusetts-Amherst, Amherst, MA | M.A.   12/1988 | Communication Disorders |
| Central Michigan University, Mount Pleasant, MI | Au.D.   06/2001 | Doctor of Audiology |
| Michigan State University, East Landing, Michigan | Ph.D.   12/2004 | Experimental Audiology |

**PERSONAL STATEMENT**

Research specializing in hearing loss prevention, hearing protection, and epidemiology, Dr. Antony Joseph is an Associate Professor of Audiology at Illinois State University (ISU) in the Communication Sciences and Disorders Department, teaching graduate and undergraduate courses. He is an environmental scientist for IES/LEIDOS, consulting on population studies. He received his AuD from Central Michigan University and PhD at Michigan State University, emphasizing Experimental Audiology and Epidemiology, becoming the first audiologist in the world with double-doctorate clinical-science credentials in Audiology (AuD-PhD). A licensed practitioner for over 30 years, Dr. Joseph is a National Academies of Practice Distinguished Scholar and Fellow. He is certified by the American Speech-Language and Hearing Association and a Professional Supervisor by the Council for Accreditation in Occupational Hearing Conservation (CAOHC). He is a certified Lean Six Sigma Black Belt, and a 24-year active duty retired Naval Officer who served as Clinic Director for one of the US Navy's largest outpatient centers, overseas as a Director of Public Health (Japan), and deployed in support of the Operation Enduring Freedom Campaign as a Medical Director. Dr. Joseph served as Secretary-Treasurer of the American Academy of Audiology (AAA), Chair of the American Board of Audiology, and Vice President of Education for the Illinois Academy of Audiology. Currently, he is Chair of the National Academies of Practice Audiology Academy, the Vice Chair of Advocacy and Standards for the CAOHC Council, and Chair of the AAA Steering Committee for Inclusion, Representation, and Equality. Besides teaching and research, he is a clinical educator at ISU in the Speech and Hearing Clinic and leads the campus Occupational Hearing Conservation Program.

**POSITIONS AND EMPLOYMENT**

| | |
| --- | --- |
| 1988-1989 | Audiology Externship, Albany Medical Center Hospital, Albany, New York |
| 1989-1990 | Staff Audiologist, Veterans Administration Medical Center, Albany, New York |
| 1990-1991 | Audiologist, Audiology Instrument Sales, Audiology Associates, Baltimore, Maryland |
| 1991-2014 | Active Duty Military Audiologist, United States Navy |
| 2014-2015 | Non-tenure Track Instructor, Illinois State University, Normal, Illinois |
| 2015-present | Associate Professor of Audiology, Illinois State University, Normal, Illinois |
| 2015-present | Audiology Research Consultant, IES/LEIDOS, San Diego, California |

**EXPERIENCE AND PROFESSIONAL MEMBERSHIPS**

| | |
| --- | --- |
| 2011-2014 | Member, Department of Defense Auditory Research Working Group (Navy Representative) |
| 2011-2014 | Member, Institutional Review Board (IRB), Naval Health Research Center, San Diego |
| 2009-2012 | Elected Member, Board of Governors, American Board of Audiology (ABA) |
| 2010-2011 | Chair, Board of Governors, American Board of Audiology |
| 2014-2016 | Committee Chair, CAOHC Professional Supervisor of Audiometric Monitoring |
| 2011-present | Council Member, Council for Accreditation in Occupational Hearing Conservation (CAOHC) |
| 2011-2018 | Chief Editor, Update e-Newsletter, CAOHC, Milwaukee, Wisconsin |
| 2013-2016 | Secretary-Treasurer, Board of Directors, American Academy of Audiology (AAA) |
| 2018-2020 | Vice Chair of Education, Board of Directors, Illinois Academy of Audiology (ILAA) |
| 2019-present | Chair, Audiology Academy, National Academies of Practice (NAP Council Member) |
| 2020-present | Vice Chair, Advocacy and Standards, CAOHC, Milwaukee, Wisconsin |

**CV/BIOGRAPHICAL SKETCH**                                    **[Antony Joseph, MA, AuD, PhD]**

2020-present      Chair, AAA Steering Committee for Inclusion, Representation, and Equality

**MEMBERSHIPS AND SERVICE**

- Distinguished Scholar and Fellow, National Academies of Practice (Audiology Academy)
- Board Certified, American Board of Audiology (ABA), 1998-2018
- ABA Pediatric Audiology Specialty Certification (PASC), 2015-2017
- Fellow, American Academy of Audiology
- Certified, CAOHC Professional Supervisor of the Audiometric Monitoring Program
- Certified Member, American Speech-Language and Hearing Association
- Member, American Auditory Society
- Ad Hoc Reviewer for select professional journals in Audiology research

**DISSERTATIONS**

Joseph, A. R. (2001). Development of a Speech Reception Test for Japanese Children, Unpublished Doctoral Dissertation, Central Michigan University.

Joseph, A. R. (2004). Attenuation of Passive Hearing Protection Devices as a Function of Group versus Individual Training, Unpublished Doctoral Dissertation, Michigan State University.

**PUBLICATIONS**

Punch, J.L., **Joseph, A.R.,** and Rakerd, B. (2004). Most Comfortable and Uncomfortable Loudness Levels: Six Decades of Research, American Journal of Audiology, 13: 144-157. DOI: 10.1044/1059-0889(2004/019)

Punch, J.L., Rakerd, B., and **Joseph, A.R.** (2004). Effects of Test Order on Most Comfortable and Uncomfortable Loudness Levels for Speech, American Journal of Audiology, 13: 158-163. DOI: 10.1044/1059-0889(2004/020)

**Joseph, A.R.,** Punch, J.L., Stephenson, E., Paneth, N., Wolfe M.R., and Murphy, W.J. (2007). The Effects of Training Format on Earplug Performance, International Journal of Audiology, 46: 609-618. DOI: 10.1080/14992020701438805

Ong, A.L., and **Joseph, A.R.** (2008). Referrals for Alcohol Use Problems in an Overseas Military Environment: Description of the Client Population and Reasons for Referral, Military Medicine 173(9): 871-877. DOI: 10.7205/milmed.173.9.871

Farrell, M., Sebeny, P., Klena, J.D., DeMattos, C., Pimentel, G., Turner, M., **Joseph, A.,** Espiritu, J., Zumwalt, E., and Dueger, E. (2013). Influenza Risk Management: Lessons Learned from an A(H1N1)pdm09 Outbreak Investigation in an Operational Military Setting. PLoS One. July 10, 2013, 10/1371. DOI: 10.1371/journal.pone.0068639

**Joseph, A.R.,** Horton, J.L., Clouser, M.C., MacGregor, A.J., Louie, M.L., and Galarneau, M.R. (2016). Development of a blast-related auditory injury database (BRAID). Journal of Rehabilitative Research and Development. (53)3: 295-306. DOI: 10.1682/JRRD.2015.02.0031

**Joseph, A.R.,** Shaw, J.L., Clouser, M.C., MacGregor, A.J., and Galarneau, M.R. (2018). Impact of Blast Injury on Hearing in a Screened Male Military Population. American Journal of Epidemiology. 187(1): 7-15. DOI: doi.org/10.1093/aje/kwx199

**Joseph, A.R.,** and Hall, J.W. Guidelines for Writing an Audiology Case Study. (2019). Audiology Case Studies: The Hearing Journal. 72(9):18,20, September 2019. https://journals.lww.com/thehearingjournal/toc/2019/09000

**Joseph, A.R.,** Shaw, J.L., Clouser, M.C., MacGregor, A.J., Dougherty, A.L., and Galarneau, M.R. (2020). Clinical audiometric patterns of hearing loss following blast-related injury in US military personnel. International Journal of Audiology, 59(10): 772–779. DOI: 10.1080/14992027.2020.1743884

**CV/BIOGRAPHICAL SKETCH**                                    **[Antony Joseph, MA, AuD, PhD]**

MacGregor, A.J., **Joseph, A.R.,** and Dougherty, A.L. Prevalence of tinnitus and association with self-rated health among military personnel injured on combat deployment. (2020). Military Medicine, usaa103, https://doi.org/10.1093/milmed/usaa103

MacGregor, A.J., **Joseph, A.R.,** Walker, G.J., and Dougherty, A.L. Co-occurrence of hearing loss and posttraumatic stress disorder among injured military personnel: a retrospective study. (2020). BMC Public Health, 20, 1076. https://doi.org/10.1186/s12889-020-08999-6

Reavis, K.M., McMillan, G.P., Carlson, K.F., **Joseph, A.R.,** Snowden, J.M., Griest, S., and Henry, J.A. (2021). Occupational Noise Exposure and Longitudinal Hearing Changes in Post-9/11 US Military Personnel During an Initial Period of Military Service. Ear and Hearing, doi:10.1097/AUD. 0000000000001008

MacGregor, A.J., **Joseph, A.R.**, Markwald, R.R., and Dougherty, A.L. (2021). The relationship between blast-related hearing threshold shift and insomnia in U.S. military personnel. Military Medicine, usaa567, https://doi.org/10.1093/milmed/usaa567.

*Under draft finalization:* **Joseph, A.R.,** MacGregor, A.J., and Dougherty, A.L. Pre-existing hearing loss: a risk factor for significant threshold shift in military personnel. May 8, 2020.

Technical Articles (non-refereed)

Joseph, A.R. A screening method for earplug fitting. (2013). CAOHC *Update Newsletter*: 25(1), 9-10. https://www.caohc.org/updatearticles/2013/spring2013.pdf

Joseph, A.R. Chemically-induced hearing loss (CIHL). (2003). *Now Hear This*: 6(1). https://oem.msu.edu/images/newsletter/NowHearThisHv6n1.pdf

Joseph, A.R. The epidemiology of occupational hearing loss. (2002). *Now Hear This*: 5(3). https://oem.msu.edu/images/newsletter/NowHearThisHv5n3.pdf

**RESEARCH PRESENTATIONS**

**Antony Joseph, Au.D., Ph.D.,** Jaime Horton, MPH, Mary Clouser, PhD, Andrew MacGregor, PhD, and Michael Galarneau, MS NREMT. (2016). Effects of Blast Injury on Hearing. AudiologyNOW! 2016, April 13–16, 2016, Annual Conference for the American Academy of Audiology, Phoenix, Arizona

**Antony R. Joseph, AuD PhD;** Jaime L. Horton, MPH; Mary C. Clouser, PhD; Andrew J. MacGregor, PhD; Michelle L. Louie; and Michael R. Galarneau, MS NREMT (2016). Development of A Comprehensive Blast-Related Auditory Injury Database (BRAID). 17–19 May 2016, Collaborative Auditory Vestibular Research Network CAVRN Meeting, Dothan, Alabama

**Antony R. Joseph, AuD PhD;** Jaime L. Horton, MPH; Mary C. Clouser, PhD; Andrew J. MacGregor, PhD; and Michael R. Galarneau, MS NREMT (2016). Effects of Blast Injury on Hearing in a Screened Military Population. 17–19 May 2016, Collaborative Auditory Vestibular Research Network CAVRN Meeting, Dothan, Alabama

Martin D. Slade, MPH, Tanisha Hammill, PhD, MPH, CRA, **Antony Joseph, AuD, PhD,** Michael Hoffer, MD; (2016). Permanent Hearing Health Outcomes of US Marine Corps Recruits Who Participated in Hearing Prevention Clinical Trials. 17–19 May 2016, Collaborative Auditory Vestibular Research Network Meeting CAVRN, Dothan, Alabama

**Antony R. Joseph, AuD PhD; Jaime** L. Horton, MPH; Mary C. Clouser, PhD; Andrew J. MacGregor, PhD; and Michael R. Galarneau, MS NREMT, (2016). Does blast injury produce a signature audiometric pattern in military personnel? August 15-18, 2016, Military Health System Research Symposium, Fort Lauderdale, Florida

**Antony Joseph, Au.D., Ph.D.,** Jaime Horton, MPH, Mary Clouser, PhD, Andrew MacGregor, PhD, and Michael Galarneau, MS. Does Combat Blast Injury Generate a Signature Audiometric Configuration? Annual Conference of the American Academy of Audiology, Indianapolis, Indiana April 5–8, 2017

Lindsay Bondurant, Ph.D., **Antony Joseph, Au.D., Ph.D.** (2015). Community-Based Education Model for Promoting Early Childhood Hearing Outreach, (USA), Sixth Annual Meeting of the Coalition for Global

**CV/BIOGRAPHICAL SKETCH**                                                    **[Antony Joseph, MA, AuD, PhD]**

Hearing Health: Making Hearing Health a Global Priority, Plenary VII: Training and Education, October 9-10, 2015, Gallaudet University, Washington, D.C.

**Antony R. Joseph, AuD PhD;** Mary C. Clouser, PhD. (2017). Does blast injury produce a signature audiometric pattern in military personnel? 13–14 Jun 2017, Collaborative Auditory Vestibular Research Network CAVRN Meeting, San Antonio, Texas

**Antony R. Joseph, AuD PhD** and Mary C. Clouser, PhD, MPH. (2017). Epidemiology Project Summary: Blast-Related Auditory Injury Database (BRAID), 15 Jun 2017, Collaborative Auditory Vestibular Research Network CAVRN Meeting – Epidemiology Research Track, San Antonio, Texas

Michele Wattman, and **Antony Joseph.** (2017). Acoustic neuroma post-operative complications: a case study, Northern Illinois University Audiology Symposium, DeKalb, Illinois, October 18, 2017

Natalie Rothbauer and **Antony Joseph.** (2018). Surveillance of patient satisfaction: a case report. Northern Illinois University Research Symposium, Dekalb, Illinois, October 26, 2018

**Antony R. Joseph, AuD PhD.** (2018). Journal Club Invitation: Blast-Related Auditory Injury Database (BRAID), January 18, 2018; Supporting Defense and Veterans Brain Injury Center - Research Division. Silver Spring, Maryland

**Antony R. Joseph, AuD PhD.** (2018). Auditory Injury and Clinical Indicators in Military Personnel, Illinois Academy of Audiology Annual Conference (2018); Illinois State University, January 26, 2018, Normal, Illinois

**Antony R. Joseph, AuD PhD.** (2018). Normal Audiometric Data Following Blast Exposure: Clinical Indicators in Military Personnel. Veterans Administration and Hearing Center of Excellence Central Auditory Processing Working Group Teleconference, March 16, 2018

**Antony R. Joseph, AuD PhD.** (2018). Essential Factors for Work-Relatedness Determination (WRD). American Industrial Hygiene Association (AIHA) - Prairie Section Workshop. Illinois State University Health Sciences Environmental Health (April 6, 2018), Normal, Illinois

Wiedeman, M., Panzarella, K., Rothbauer, N., & **Joseph, A.** (2018). Gaps in the Geriatric Hearing Health Care of Residential Communities. Illinois State University Research Symposium. April 6, 2018. Normal, Illinois

Panzarella, K., Wiedeman, M., Rothbauer, N., & **Joseph, A.** (2018). Advancing Audiologic Care Through a Collaborative Interdisciplinary Model. Illinois State University Research Symposium. April 6, 2018, Normal, Illinois

Waller, E., Mahon, H., Maze, H., & **Joseph, A.** (2018). Hearing Loss Prevention (HLP) Component: Sound Surveillance for the School of Music. Illinois State University Research Symposium. April 6, 2018, Normal, Illinois

**Antony R. Joseph, AuD PhD.** (2018). Audiology Academy of the National Academies of Practice, Audiology Academy: Areas for Inter-professional Improvement and Collaboration, NAP Annual Meeting & Forum. April 13-14, 2018, Atlanta, Georgia

**Antony Joseph, Au.D., Ph.D.** (2018). Scientific Review of Blast-Related Hearing Loss and Cochlear Pathological Outcomes. U.S. Army Institute of Surgical Research (USAISR). August 10, 2018, Fort Sam Houston, Texas

Rothbauer, N., & **Joseph, A.** (2018). Surveillance of Patient Satisfaction: A Case Report. Northern Illinois Audiology University Research Symposium. October 12, 2018, Dekalb, Illinois

Lakeisha Henry, MD; Tanisha Hammill, PhD; **Antony R. Joseph, AuD PhD;** Pinata Sessoms, PhD; Mary C. Clouser, PhD. (2018). Auditory and Vestibular Disorders in the Military: Current Efforts and Future Directions Across the Services. Association of Medical Surgeons of the United States Annual Conference. November 17, 2018, National Harbor, Maryland

Belke, H., Rothbauer, N., Marchini, C., & **Joseph, A.** (2019). Identification of Published Audiology Case Reports in a General and Highly-Specified Search. Illinois State University Research Symposium. April 5, 2019, Normal Illinois

Davis, T., Ferguson, E., Rothbauer, N., Marchini, C., & **Joseph, A.** (2019). Research Review of Gender Related Hearing Loss. Illinois State University Research Symposium. April 5, 2019, Normal, Illinois

**CV/BIOGRAPHICAL SKETCH**                                          **[Antony Joseph, MA, AuD, PhD]**

**Antony R. Joseph** and James W. Hall III. (2019). LM115: Making the Jump from SOAP Notation to Case Study Preparation: Essential Training for Audiologists, American Academy of Audiology Annual Conference 2019. March 27, 2019, Columbus, Ohio

**Joseph, A.,** Rothbauer, N., and Marchini, C. (2019). PP1301, A Summary of Undergraduate Audiology Course Offerings for U.S. Communication Sciences and Disorders Programs, American Academy of Audiology Annual Conference, 2019. March 28-29, 2019. Columbus, Ohio

**Joseph, A.,** Rothbauer, N., and Marchini, C. (2019). Summary of Undergraduate Audiology Course Offerings for U.S. Communication Sciences and Disorders Programs, Global Central Auditory Processing Disorders Conference 2019. March 30, 2019. Columbus, Ohio

Reavis, KM., McMillan, GP., Carlson, KF., **Joseph, AR.,** Griest, S., Snowden, JM., and Henry, JA. (2019). Longitudinal Hearing Threshold Changes in US Service Members, Collaborative Auditory & Vestibular Research Network (CAVRN) Annual Meeting. June 12-15, 2019, Lexington, MA

**Joseph, A.,** Shoup, A., and Huckabay, K. (2020). Opportunities for Audiology to Advance Inter-professional Collaboration, NAP Annual Meeting & Forum, Innovations in Interprofessional Collaboration: Scholarship, Practice, and Advocacy, March 12-14, 2020, San Diego, California (conference canceled)

Susan Watkins Ph.D., RN and **Antony R. Joseph, Au.D., Ph.D., F-NAP**. (2020). Pre-recorded Complex Patient Interprofessional Simulation Experience. Illinois State University 2020 Teaching & Learning Symposium, *Intentional Technologies: Reclaiming our Spaces*, January 8, 2020, Normal, Illinois. (conference canceled)

Smiley, S., Mann, K., Gladney, A., Saxon, R., Marchini, C, and **Joseph, A.** (2020). Auditory Readiness and Earplug Attenuation (AREA): A Pilot Study to Evaluate the Gaps in Noise and Modified Rhyme Tests for a Clinical-Occupational Audiology Application. Illinois State University Research Symposium. April 6, 2020, Normal, Illinois (conference canceled)

**Joseph, A.R.** and Hall III, J.W. (2020) Writing and Publishing a Case Study: Guidelines for AuD Students and Practicing Audiologists. Audiology Online: May 6, 2020. https://www.audiologyonline.com/audiology-ceus/course/writing-and-publishing-case-study-34703

**Joseph, A.,** Watkins, S., and Wright V. (2020) Pre-recorded Complex Patient Interprofessional Simulation Experience. Illinois State University Symposium on Ambulatory Care: June 5, 2020. https://nursing.illinoisstate.edu/research/initiatives/cause/symposium/ (webinar conference)

Myers, E., Dougherty, A., Clouser, M., MacGregor, A., and **Joseph, A.** (2020). *Tinnitus at Point of Injury and Hearing Loss Outcomes Among Service Members in the Blast-Related Auditory Injury Database,* Military Health System Research Symposium 2020, https://mhsrs.amedd.army.mil/submissions/SitePages/Accepted-Abstracts.aspx August 24-27, 2020 (conference canceled)

Myers, E., Dougherty, A., Clouser, M., MacGregor, A., and **Joseph, A.** (2020). *Postinjury Tinnitus and Hearing Outcomes Among Service Members in the Blast-Related Auditory Injury Database,* Military Health System Research Symposium 2020, https://mhsrs.amedd.army.mil/submissions/SitePages/Accepted-Abstracts.aspx August 24-27, 2020 (conference canceled)

Myers, E., Dougherty, A., Clouser, M., MacGregor, A., and **Joseph, A.** (2020). *Description of Sensorineural Hearing Loss Diagnoses Among Service Members in the Blast-Related Auditory Injury Database,* Military Health System Research Symposium 2020, https://mhsrs.amedd.army.mil/submissions/SitePages/Accepted-Abstracts.aspx August 24-27, 2020 (conference canceled)


**COMPLETED RESEARCH SUPPORT**

Galarneau, M (PI)/**Joseph, A** (Co-PI)
10/13-09/14, **$286,000**
DoD Defense Medical Research and Development Program (DMRDP), DHP 6.7 Proposal
*Effects of Blast Exposure on the Hearing of Deployed Military Personnel*
To develop a long-standing and integrated capability for the surveillance and assessment of blast-related hearing outcomes, we constructed the infrastructure for the Blast Related Auditory Injury Database (BRAID). We identified blast injured personnel selected from the EMED, and matched them to their corresponding audiometric

<u>**CV/BIOGRAPHICAL SKETCH**</u>                                        **[Antony Joseph, MA, AuD, PhD]**

records in the Defense Occupational and Environmental Health Readiness System - Hearing Conservation (DOEHRS-HC) module.

**Joseph, A** (PI)
07/10-09/10, **$265,000**
Naval Air Systems for the Bureau of Medicine and Surgery (BUMED)
*The Efficacy of Custom-Molded and Commercial Off-the-shelf Hearing Protection Devices*
Subject Matter Expert (SME) engagement in a program for the purpose of defining initial and sustainment medical support passive hearing protection requirements. Subsequently, BUMED SMEs from the Navy and Marine Corps Public Health Center (NMCPHC) have been participants in the Naval Air Systems Command Program Management Activity (NAVAIR PMA) 202 advanced Flight Deck Cranial spiral development process. Regional medical commands and research facilities have been queried on our current support capacity for this program. In addition, research assets were engaged to develop a longitudinal research study design that will meet PMA 202s' needs for exploration of the relationship between custom molded and conventional off-the-shelf hearing protection.

**Joseph, A** (PI), Grant # 11575-03-472009765
01/15-04/17, **$165,000**
Health Resources and Services Administration sub-award via University of Illinois Chicago for Illinois Division of Specialized Care for Children (UIC-DSCC)
*Universal Newborn Hearing Screening and Intervention*
Since the advent of Universal Newborn Hearing Screening in the United States, over 95% of children receive a newborn hearing screening within the first month of life. However, many states struggle with loss-to-follow-up rates exceeding 50-75%, leading to delayed identification of hearing loss in children, particularly those living in under-resourced areas. Since 2012, the Illinois Early Childhood Hearing Outreach (ECHO) program has been training nurses, parents, and health-department officials to provide OAE screenings and to monitor follow-up for low-income and under-resourced families. In 2014, the responsibility for the ECHO training program was transferred to Illinois State University via a subcontract with the UIC-DSCC.

**Joseph, A** (PI)
08/16-07/17, **$3,500**
New Faculty Initiative Grant at Illinois State University (NFIG-ISU)
*Hearing Protection Device Construct*
NFIG is a small grant approved for research conducted at Illinois State University. This investigation will deliver a construct on Hearing Protection Devices.

**Joseph, A** (PI)
08/18-07/19, **$3,500**
Pre-Faculty Initiative Grant at Illinois State University (PFIG-ISU)
*External Auditory Canal Anthropometric Study (EACAS)*
PFIG is a small grant approved for research conducted at Illinois State University. A Cooperative Research and Development Agreement (CRADA) was signed by ISU and the Navy Submarine Medical Research Laboratory (NSMRL) for data sharing and ownership. For this investigation, digital images and physical impressions of human ears will be collected at NSMRL (Audiology Lab) and analyzed at ISU (HLP Lab).

**Galarneau, M** (PI)/**Joseph, A** (Co-PI)
10/16-09/17, **$220,000**
Joint Program Committee-5/Military Operational Medicine Research Program (JPC-5/MOMRP)
*Analysis and Expansion of the Blast-Related Auditory Injury Database (BRAID)*
Program Element 6.1, Basic Medical Research Science, Sensory Working Group. We will identify risk factors and exposures related to blast-related hearing loss/dysfunction, tinnitus, tympanic membrane perforation, and otalgia, ascertain short and long-term hearing-health outcomes of blast exposure (e.g., what audiometric configurations emerge 12 months after blast exposure, 24 months after blast exposure?), identify if blast injury results in a marked difference between in hearing between left and right ears, characterize any additional risks for loss of hearing associated with traumatic brain injury (TBI), post-traumatic stress disorder (PTSD),

**CV/BIOGRAPHICAL SKETCH**                                     **[Antony Joseph, MA, AuD, PhD]**

depression, tobacco use, substance abuse, and post concussive syndrome (PCS), determine which factors predict an outcome of persistent hearing shift or hearing loss, and differences between blast-injured personnel and controls, identify whether the diagnostic coding for hearing injury in the electronic health records of blast-injured personnel is properly aligned with audiometric test results, and develop clinical guidelines for government providers. Sponsor notified that funding may be extended from one to three years, as available.

Galarneau, M (PI)/**Joseph, A** (Co-PI), Grant # MR141219
6/16-6/19, **$967,000**
Congressionally Directed Medical Research Programs (CDMRP), Neurosensory and Rehabilitation Research Award - Applied Research Option
*Effects of Blast Exposure on the Auditory Systems of Deployed Navy and Marine Corps Personnel*
Our CDMRP application was originally recommended for funding, but as an alternate, due to unavailable funds. The  Blast Related Auditory Injury Database (BRAID) will  be used to: determine the prevalence of hearing loss in personnel exposed to blast noise, establish if individuals with preexisting hearing deficits are more susceptible to a persistent and clinically-significant hearing shift, investigate the interrelationships between high-risk subgroups among those with blast injury by identifying the demographic and injury-specific characteristics that contribute to hearing loss as assessed by audiometric data. For those with qualified pre-deployment and one or more post-deployment audiometric records: identify the extent of their hearing-threshold shifts and the degree to which those shifts recover over time, determine the parameters that predict threshold resolution as opposed to chronicity in hearing loss, and determine which factors predict an eventual outcome of sensorineural hearing loss. Science Officer: U. S. Army Medical Research and Material Command (USAMRMC).

**Joseph, A** (PI)
07/20-06/21, **$5,000**
Summer Faculty Grant at Illinois State University (SFF-ISU)
*Earplug Fitting Augmentative Procedures (EFAP)*
SFF is a very competitive, small University Research Grant approved for research conducted at Illinois State University. The grant was awarded for summer completion of human-data collection and analysis of the EFAP investigation. A sample of 40 campus workers have been recruited for this IRB study. Real-ear Attenuation at Threshold measures and augmentative earplug fitting interventions will be tested and, after analysis has been completed, a manuscript will be submitted for publication.

**Joseph, A** (PI)
07/20-06/21, **$6,500**
Mennonite College of Nursing- Change Agent for the Underserved: Service Education (MCN CAUSE)
*Quantifying the Efficacy of an Online Interprofessional Education Program for Audiology and Nursing (IPEAN)*
The Mennonite College of Nursing (MCN) at Illinois State University was awarded a $2.8 million Health Resources and Service Administration (HRSA) grant to launch the Change Agents to the Underserved: Service Education (CAUSE) project. One of four universities in the state of Illinois to receive the grant, the aim of the CAUSE initiative is to increase the number of nurses working in primary care at the full scope of their license, improve the health and well-being of patients outside the hospital, prevent hospital readmission, and coordinate care and management of chronic illness, mental health, and substance use issues. Given my background as an outpatient clinic director and involvement with interprofessional education and collaboration, the CAUSE Advisory Board requested my participation. I was appointed to the Board in July 2019, and later submitted a proposal and budget request to conduct the IPEAN. The proposal was approved by the CAUSE PI. The award will be used exclusively to fund student support for this IRB-approved study.

## MILITARY ASSIGNMENTS & ACCOMPLISHMENTS

**2014 Retired, United States Navy, Medical Service Corps, Commander (Honorable Discharge)**

**2011- 2014**

Navy Environmental and Preventive Medicine Unit FIVE, San Diego, California
Operational Audiologist, and Chair of Executive Steering Committee
Department Head, Operational Support Department (4 Divisions)

**CV/BIOGRAPHICAL SKETCH**                                  **[Antony Joseph, MA, AuD, PhD]**

Division Head, Operational Audiology and Hearing Conservation Program
- Supervised 70 preventive medicine employees across 5 departments
- Licensed Practitioner: Occupational Audiologist
- Operational Audiologist, Navy and Marine Corps (West), 173,000 personnel
- Member, Institutional Review Board, Naval Health Research Center, San Diego
- Command Lean Six Sigma Black Belt (Certified)
- Member, DoD Hearing Center of Excellence Auditory Fitness for Duty Committee
- Chair, Navy Auditory Fitness for Duty Committee
- Member, DoD Auditory Research Working Group

**\*2008- 2009**

Expeditionary Medical Facility Kuwait, Central Command
Clinic Director, Troop Medical Clinic, Camp Buehring (Executive Medicine, $1.2M Operating Budget)
\*Operation Iraqi Freedom, \*Deployment, Officer-in-Charge, Troop Medical Clinic
- Supervised 92 medical and dental employees from Navy and Army
- Responsible for delivery of medical-dental care to 20, 000 forward-deployed combat personnel

**2007- 2011**

Naval Hospital Jacksonville, Naval Air Station, Jacksonville, Florida
Clinic Director, Naval Branch Health Clinic Jacksonville (Executive Medicine, $8.9M Operating Budget)
Department Head, Occupational Health/ Preventive Medicine Department
Division Head, Hearing Conservation Regional Program
- Supervised 300 medical and dental employees across 18 divisions within the clinic
- Responsible for delivery of medical-dental care to 15, 000 military personnel in Southeast US
- Occupational Audiologist for Surface, Submarine, and Air Fleet (9 bases)
- Licensed Practitioner: Occupational Audiologist
- Member, Board of Directors/Executive Steering Council, Naval Hospital
- Chair, Committee for Protection of Human Subjects, Naval Hospital Jacksonville
- Co-Chair, Credentials Committee, Naval Hospital Jacksonville
- Directorate Population Health Manager (7 Outpatient Health Clinics)
- Command Research Coordinator
- Itinerant Audiologist, services provided for military families and detainees at Guantanamo Bay, Cuba

**2004- 2007**

US Naval Hospital Okinawa, Okinawa, Japan
Director of Public Health Services (Board of Directors/Executive Steering Council)
Department Head, Clinical Audiology Department
- Supervised 100 employees across 9 Departments ($1.7M Operating Budget)
- Responsible for delivery of public health services to 75, 000 military and their family members
- Licensed Practitioner: Clinical Audiologist
- Member, Executive Committee of the Medical Staff
- Member, Armed Forces Disciplinary Control Board (US Marine Corps)
- Member, Space Utilization Committee
- Member, Disaster Preparedness Committee; Avian Flu Readiness Committee
- Command Research Coordinator, Clinical Investigation Programs
- Managed eight hearing conservation test sites on Okinawa (35 Technicians)
- Officer in Charge, Command Chemical-Biological-Radiological Decontamination Team
- Chair, Patient Decontamination Host-Nation Collaboration Group
- President, Okinawa Medical Service Corps Association
- Committee Chair, MSC Community Service Committee
- Member, Command Assessment Team

**2001- 2004**

Michigan State University, East Lansing, Michigan

**CV/BIOGRAPHICAL SKETCH**                                    **[Antony Joseph, MA, AuD, PhD]**

- *Duty Under Instruction (DUINS) Tour*
- Lecturer, Undergraduate, Graduate, and Video-Teleconference University Courses
- Clinic Supervisor, Oyer Speech-Language and Hearing Clinic, East Lansing, Michigan

**1998- 2001**

US Naval Hospital Yokosuka, Yokosuka, Japan
Division Head, Educational and Developmental Intervention Services (EDIS)
Division Head, Regional ENT-Audiology Clinic (Maintained 5 full clinics across Japan, solo)
- Lead a 15-member Early Intervention Services Multidisciplinary Team
- Responsible for delivery of medically related and early intervention services across 10 DODEA schools
- Licensed Practitioner: Pediatric-Educational Audiologist
- Office of Secretary of Defense Inspectors rated EDIS Clinic as "Benchmark Program"
- Lead Audiologist, ENT Clinic, provided audiology and otologic support services for all age groups
- Itinerant Audiologist, services provided at Misawa, Zama, and Yokota Japan

**1995- 1998**

Naval Hospital Great Lakes, Great Lakes, Illinois
Division Head, Navy Baseline Audiometry Program
- Solo audiologist for Medical In-processing Clinic with 55,000 annual exams for new Navy Recruits
- Licensed Practitioner: Clinical-Occupational Audiologist
- Directed Regional Audiology Program for 13-state Midwest Region (Mobile Clinic)

**1991- 1995**

MCAS Branch Medical Clinic, Iwakuni, Japan
Division Head, Audiology & Hearing Conservation
- Licensed Practitioner: Pediatric-Educational Audiologist
- Provided underway diagnostic-audiology services (USS Belleau Wood, LHA-3)
- Itinerant Audiologist, services provided at Sasebo, Misawa, and Yokota Japan

**Military Honors and Awards**

- 1997   Golden Anchor Award, (Voted by Enlisted Students, Best Instructor)
- 1997   Navy Commendation Medal, Naval Hospital Great Lakes, Illinois
- 1998   Navy Commendation Medal, Gold Star, Naval Hospital Great Lakes, Illinois
- 2000   Designated Affiliate Faculty Member, Military Training Network (MTN)
- 2000   Air Force Achievement Medal, Yokota Air Base, Japan
- 2001   Outstanding Military Volunteer Service Medal, US Naval Hospital Yokosuka, Japan
- 2001   Awarded Duty Under Instruction 3-Year Orders (Military Graduate Scholarship)
- 2003   Student Scholarship Award, National Hearing Conservation Association
- 2004   Graduate Student Scholarship Award, Michigan State University, East Lansing, MI
- 2007   Navy Meritorious Service Medal, US Naval Hospital Okinawa, Japan
- 2009   Navy Commendation Medal, Gold Star, Expeditionary Medical Facility, Kuwait
- 2009   Army Commendation Medal, Area Support Group, Kuwait
- 2011   Navy Achievement Medal, Joint Task Force Guantanamo Bay, Cuba
- 2012   Navy Meritorious Service Medal, Naval Hospital Jacksonville, Florida

EXHIBIT B

**ANTONY JOSEPH**
**MATERIALS CONSIDERED**
**January 25, 2022**

All materials referenced in my general report and publications on my curriculum vitae.

| Depositions | |
|---|---|
| Deposition Testimony of Richard McKinley and All Exhibits, 8/31/2021 | 8/31/2021 |
| Deposition Testimony of Richard McKinley and All Exhibits, 12/9/2020 | 12/9/2020 |
| Deposition Transcript of A. Childress and All Exhibits, 9/23/2020 | 9/23/2020 |
| Deposition Transcript of R. Klun and All Exhibits, 6/24/2020 | 6/24/2020 |
| Deposition Transcript of R. Zielinski and All Exhibits, 6/22/2020 | 6/22/2020 |
| Deposition Transcript of E. Berger and All Exhibits, 9/25/2020 | 9/25/2020 |
| Deposition Transcript of S. Todor and All Exhibits, 8/24/2020 | 8/24/2020 |
| Deposition Transcript of J. Crawford and All Exhibits | 12/8/2020 |
| Deposition Transcript of G. Flamme and All Exhibits | 12/22/2020 |
| Deposition Transcript of M. Stephenson and All Exhibits | 12/30/2020 |

| Production Documents |
|---|
| 3M_MDL0000002017 |
| 3M_MDL000017774 |
| 3M_MDL000019514 |
| 3M_MDL000198782 |
| 3M_MDL000257850 |
| 3M_MDL000423679 |
| 3M_MDL000835381 |
| 3M_MDL000886488 |
| 3M_MDL000886489 |
| 3M_MDL000259866 |
| 3M_MDL000019058 |
| 3M_MDL000425552 |
| 3M_MDL000728811 |
| 3M_MDL000728812 |
| 3M_MDL000002017 |
| 3M_MDL000774997 |
| 3M_MDL000371548 |
| 3M_MDL000322632 |
| 3M_MDL000014015 |
| 3M_MDL000335736 |
| 3M_MDL000322632 |
| 3M_MDL000314462 |
| 3M_MDL000321663 |
| 3M_MDL000325290 |
| 3M_MDL000009240 |
| 3M_MDL000012231 |
| 3M_MDL000319051 |

| |
|---|
| 3M_MDL000423921 |
| 3M_MDL000003061 |
| 3M_MDL000572003 |
| 3M_MDL000427468 |
| 3M_MDL000571997 |
| 3M_MDL000338061 |
| 3M_MDL000020535 |
| 3M_MDL000692972 |
| 3M_MDL000188664 |
| 3M_MDL000188671 |
| 3M_MDL000017774 |
| 3M_MDL000019514 |
| 3M_MDL000637265 |
| 3M_MDL000013027 |
| 3M_MDL000393831 |
| 3M_MDL000008580 |
| 3M_MDL000008548 |
| 3M_MDL000229352 |
| 3M_MDL000480972 |
| 3M_MDL000683454 |
| 3M_MDL000906838 |
| 3M_MDL000825888 |
| 3M_MDL000835381 |
| 3M_MDL000886489 |
| 3M_MDL000886488 |
| 3M_MDL000243859 |
| 3M_MDL000359112 |
| 3M_MDL000473499 |
| 3M_MDL000010140 |
| 3M_MDL000392992 |
| 3M_MDL000013024 |
| 3M_MDL000002569 |
| 3M_MDL000009125 |
| 3M_MDL000559467 |

| Scientific Literature |
|---|
| AAS, 44th Annual Scientific and Technology Meeting, March, 2017. |
| Abel, S. (2004). Military Medicine 169(7): 551-555. |
| accepted abstract? Can we submit his copy? |
| Ahmad et al. (2000). Oto-Rhino-Laryngologia Nova 10: 183-186. |
| Ahroon, W. et al. (2002) Communications Earplug Performance in Tracked-Vehicle Crews. ASA 112(5): 2318 |
| Air Force Memo re Removal of CAE from Inventory, 7/30/2019. DOD Touhy Produced Document. |
| Alberti (1995) NIOSH. Occupational Exposure to Noise: Evaluation, Prevention and Control; 1: 1-334 |

Altschuler, R. A., Halsey, K., Kanicki, A., Martin, C., Prieskorn, D., DeRemer, S., & Dolan, D. F. (2019). Small Arms Fire-like noise: Effects on Hearing Loss, Gap Detection and the Influence of Preventive Treatment. Neuroscience, 407, 32–40. https://doi.org/10.1016/j.neuroscience.2018.07.027

Amrein (2012) High Level Impulse Sounds and Human Hearing Standards, Physiology, Quantification. Army Research Laboratory; ARL-TR-6017: 1-58

ANSI (2008) Methods for measuring the real-ear attenuation of hearing protectors. ANSI/ASA. 2008; S12.6

ATA (2009) PDR GUIDE TO DRUG INTERACTIONS, SIDE EFFECTS AND INDICATIONS FOR TINNITUS. American Tinnitus Association; 1: 1-2

Aulet (2014) A Case of Heroin Induced Sensorineural Hearing Loss. Case Reports in Otolaryngology; 2014 Article ID 962759: 1-4

Badri, R., et al. (2011). Auditory filter shapes and high-frequency hearing in adults who have impaired speech in noise performance despite clinically normal audiograms. ASA, 129(2): 852-863.

Bao (2013) Prophylactic and therapeutic functions of drug combinations against noise- induced hearing loss. Hearing Research; 304 Page 33-40

Barberi (2019) Ototoxic Adverse Drug Reactions A Disproportionality Analysis Using the Italian Spontaneous Reporting Database. Frontiers in Pharmacology; 10:1161: 1-12

Benacchio, S., et al. (2019). Journal of the Acoustical Society of America 146(4): 2452-2465

Berger (1983) EARLog 13 Attenuation of Earplugs Worn in Combination with Earmuffs. EAR Log 13; 1: 1-2

Berger (2003) Hearing protection Surpassing the limits to attenuation imposed by the bone conduction pathways. Acoustical Society of America-Vol. 114, No. 4 Pt. 1: 1-13

Berger (2005) Noise Nav 1.8. Noise Navigator Sound Level Database; 1: 1-39

Berger, E.H. (1988). *Tips for fitting hearing protectors*. EarLog19 republished in 1996. Aearo Co, Indianapolis, IN

Berger, E.H., & Hamery, P. (2008). Acoustics 08, Paris, 6449-6454.

Berger, EARLOG5, 1980

Berlin, C.I, Kresge Hearing Research Laboratory of the South, Louisiana State University School of Medicine, 1970 "The Programmed Instruction in the Decibel" 1: 1-19

Best, V., et al. (2005). The role of high frequencies in speech localization. ASA, 118(1): 353-363.

Bhatt (2016) Analysis of audiometric notch as a noise-induced hearing loss phenotype in US youth data from the National Health And Nutrition Examination. International Journal of Audiology; Early Online: 1–8: 1-8

Bilgili (2017) Continuing Education - Drug-Induced Ototoxicity. Continuing Education Drug Induced Ototoxicity; 1: 1-12

Boettcher (1987) Synergistic Interactions of Noise and Other Ototraumatic Agents. Ear and Hearing; 8 No 4: 192-212

Boger, M., et al. (2012). Otoacoustic emissions in normal-hearing workers exposed to different noise doses. The International Tinnitus Journal, 17(1): 74-79.

Bohne, B. & Harding, G. (1992). Neural regeneration in the noise damaged chinchilla cochlea. Laryngoscope, 102(6):693-703. doi: 10.1288/00005537-199206000-00017.

Borghi (2005) Prevalence of Tinnitus in Patients with Hypertension and the Impact of Different Antihypertensive Drugs on the Incidence of. Current Therapeutic Research; 66 Number 5: 420-432

Bowes (2006) Computing the Return on Noise Reduction Investments in Navy. CAN; CRM D0014732.A2/: 1-64

Bramhall (2017) Auditory Brainstem Response Altered in Humans With Noise Exposure Despite Normal Outer Hair Cell Function. Ear Hear, 38(1): e1–e12. doi:10.1097/AUD.0000000000000370.

Bramhall (2019) The search for noise induced cochlear synaptopathy in humans Mission Impossible. Hearing Research; 377: 88-103

Bramhall (2019) Tinnitus and Auditory Perception After a History of Noise Exposure Relationship to Auditory Brainstem Response Measures. EAR & HEARING; 39 Number 5: 881–894

Bramhall, N., et al. (2015). Speech Perception Ability in Noise is Correlated with Auditory Brainstem Response Wave I Amplitude. Journal of the American Academy of Audiology, 26(5): 509-517.

Bramhall, N., et al. (2021). Envelope following response measurements in young veterans are consistent with noise-induced cochlear synaptopathy. Hearing Research, 408: 1-12.

Campbell (2011) Detection of Ototoxicity. Seminars in Hearing; 32 Number 2: 196-202

Chen, G., et al. (2008). Relation between outer hair cell loss and hearing loss in rats exposed to styrene. Hear Res, 243(1-2): 28-34.

Cianfrone (2011) Pharmacological drugs inducing ototoxicity, vestibular symptoms and tinnitus a reasoned and updated guide. European Review for Medical and Pharmacological Sciences; 15: 601-636

CID Investigation Report (Unredacted). CID_FILE0001. 12/13/2018.

Clark JG. Uses and abuses of hearing loss classification. ASHA. 1981 Jul;23(7):493-500. PMID: 7052898.

Clouser, M., et al. (2019). Population Description and Outcomes of Women from the Blast-Related Auditory Injury Database. Military Health System Research Symposium, Presentation.

Curhan (2012) Prospective Study of Alc.ohol Use and Hearing Loss in Men. Ear Hear; 32(1): 46–52

Dancer, A., et al. (1999). Hearing protection in the military environment. Noise and Health, 2(4): 1-15.

Darkner, S. (2009). Shape and Deformation Analysis of the Human Ear Canal. Thesis. Technical University of Denmark.

Darkner, S. (2009). *Shape and Deformation Analysis of the Human Ear Canal*. Thesis. Technical University of Denmark.

Darkner, S., *Shape and Deformation Analysis of the Human Ear Canal,* Kongens Lyngby (2008).

Davis B, Qiu W, Hamernik RP. Sensitivity of distortion product otoacoustic emissions in noise-exposed chinchillas. J Am Acad Audiol. 2005 Feb;16(2):69-78. doi: 10.3766/jaaa.16.2.2. PMID: 15807046.

Davis, H. (1971). A historical introduction. In D. W. Robinson (Ed.), British Acoustical Society Special Series: Volume 1-Occupational Hearing Loss: 7-12.

Dawes (2019) Relationship Between Diet, Tinnitus, and Hearing Difficulties. Ear & Hearing Volume 41: 289–299

Department of the Army (2019). Fort Leonard Wood, Medical Services: Army Hearing Program. FLW Regulation 40-7: 1-40

Dept. of Army (2015) Department of the Army Pamphlet 40–501. Department of the Army Pamphlet 40–501; 1: 1-54

Dhar, S. & Hall, J., *Otoacoustic Emissions*. Plural Publishing.

Dille (2010) Tinnitus Onset Rates from Chemotherapeutic Agents and Ototoxic Antibiotics- Results of a Large Prospective Study. Journal of the American Academy of Audiology; 21 Number 6: 409-417

Dinces, E.A. (2020). Cerumen. UpToDate  (https://www.uptodate.com/contents/cerumen).

Dobie (2010) The Burdens of Age related and Occupational. Ear & Hearing; 29: 565–577

Dougherty (2018) Preliminary study of hearing protection and nonimpact, blast induced concussion in US military personnel. Brain Injury-Volume 32:11: 1423-1428

Drolet (2008) Noise dosimetry survey of Land Force occupations. Defence R&D Canada Technical Report; 1: 1-59

Emadi, M., et al. (2018). Comparison of the Transient Evoked Otoacoustic Emissions (TEOAEs) and Distortion Products Otoacoustic Emissions (DPOAEs) in Normal Hearing Subjects With and Without Tinnitus. Indian J Otolaryngol Head Neck Surg. 2018 Mar; 70(1): 115–118.

Email chain regarding 3M Dual-Ended Combat Earplugs Inventory, 1/10/2020. DOD Touhy Produced Document.

Engdahl (2015) Cardiovascular risk factors and hearing loss The HUNT study. International Journal of Audiology; 54:12: 958-966

Environmental Protection Agency, 1979, Product Noise Labeling Requirements, Regulatory Analysis Supporting the Noise Labeling Requirements for Hearing Protectors, p 24.

Fabijanska, A., et al. (2012). The relationship between distortion product otoacoustic emissions and extended high-frequency audiometry in tinnitus patients. Part 1: Normally hearing patients with unilateral tinnitus. Med Sci Monit, 18(12): CR765-770.

Fagelson, M. & Smith, S., (2016). Tinnitus Self-Efficacy and Other Tinnitus Self-Report Variables in Patients with and without Post-Traumatic Stress Disorder. Ear and Hearing, 37: 541-546

Fagelson, M. (2007). The Association Between Tinnitus and Posttraumatic Stress Disorder American Journal of Audiology, 16: 107-117.

Farrell, Margaret, et al. (2013). Influenza Risk Management: Lessons Learned from an A(H1N1) pdm09 Outbreak Investigation in an Operational Military Setting. PloS one. 8. e68639. 10.1371/journal.pone.0068639.

Faulk (1972) Combined Effects of Noise and Ototoxic Drugs. Environmental Health Perspectives; x: 5-22

Fausti (1992) High-Frequency Audiometric Monitoring for Early Detection of Aminoglycoside Ototoxicity. The Journal of Infectious Diseases; 165 Number 6: 1026- 1032

Fausti (1994) High-Frequency Audiometric Monitoring Strategies for Early Detection of Ototoxicity. Ear and Hearing; 15 No. 3: 232-239

Favrelierea (2020) Drug-induced hearing loss a case non-case study in the French pharmacovigilance database. Societe Francaise de Pharmacologie et de Therapeutique Fundamental & Clinical Pharmacology; 34: 397–407

Felder (1995) Quantitative evaluation of myelinated nerve fibres and hair cells in cochleae of humans with age-related high-tone hearing loss

Figueiredo (2016) Positive Association between Tinnitus and Arterial Hypertension. Frontiers in Neurology; 7:171: 1-6

Folmer (2010) Audiometric thresholds and prevalence of tinnitus among male veterans in the United States. Journal of Rehabilitation Research & Development; 48 Number 5: 503–516

Francis (2017) Non-autonomous Cellular Responses to Ototoxic Drug-Induced Stress and Death. Frontiers in Cellular Neuroscience; 11:252: 1-12

Frisina (2016) Comprehensive Audiometric Analysis of Hearing Impairment and Tinnitus After Cisplatin-Based Chemotherapy in Survivors of Adult-Onset Cancer. Journal of Clinical Oncology; 34 Number 23: 2712-2720

Frye (2019) Inflammation associated with noise-induced hearing loss. The Journal of the Acoustical Society of America; 146: 420-432

Ganesan (2018) Ototoxicity A Challenge in Diagnosis and Treatment. The Korean Audiological Society and Korean Otological Society; [Epub ahead of print]: 1-10

Gates (1990) Hearing in the Elderly: The Framingham Cohort, 1983-1985

Gates (2000) Longitudinal threshold changes in older men with audiometric notches. Hearing Research; 141: 220-228

Gatlin (2021) History and lingering impact of the arbitrary 25-dB cutoff for normal hearing. Am J of Aud, 30: 231-234.

Gerhardt (1987) Ear Canal Volume and Variability in the Patterns of Temporary Threshold Shifts. Ear and Hearing; 8 No 6: 316-321

Gersten (2020) Ototoxicity and Platinum Uptake Following Cyclic Administration of Platinum-Based Chemotherapeutic Agents. JARO; 10.1007/s10162-020-00759-y: 1-19

Gnewikow (2004) Hearing Conservation Lecture-Effects of Noise. Hearing Conservation Lecture-Effects of Noise; 1: 1-106

Gordon (2017) Audiologic characteristics in a sample of recently-separated military Veterans: The Noise Outcomes in Service Members Epidemiology Study. Hearing Research; 349: 21-30

Granjeiro, RC, Kehrle, HM, Bezerra, RL, Almeida, VF, Sampaio, AL, Oliveira, CA. Transient and distortion product evoked oto-acoustic emissions in normal hearing patients with and without tinnitus. Otolaryngol Head Neck Surg. 2008;138(4):502.

Guest, H., et al. (2017). Tinnitus with a normal audiogram: Relation to noise exposure but no evidence for cochlear synaptopathy. Hearing Res. 344: 265-274.

Haider (2018) Pathophysiology of Subjective. Frontiers in Neuroscience; 12 Article 866: 1-16

Hall J. *Handbook of Otoacoustic Emissions*

Hall, J. (2000). Handbook of Otoacoustic Emissions. Singular Audiology Text. Ed. Jeffrey L. Danhauer.

Handelsman (2018) Vestibulotoxicity strategies for clinical diagnosis and rehabilitation. International Journal of Audiology; 57: S69–S7

Haugnes (2018) Hearing loss before and after cisplatin-based chemotherapy in testicular cancer survivors a longitudinal study. Acta Oncologica; 57:8: 1075-1093

Heffner, R. S., Koay, G. and Heffner, H. E. (2008). Sound localization acuity and its relation to vision in large and small fruit-eating bats: II Non-echolocating species, Eidolon helvum and Cynopterus brachyotis. Hearing Research, 241, 80-86.

Helfer (2010) Epidemiology of Hearing Impairment and Noise-Induced Hearing Injury Among U.S. Military Personnel, 2003–2005. Am J Prev Med 2010; Volume 38: S71— S77

Henderson (2006) The Role of Oxidative Stress in Noise-Induced Hearing Loss. Ear and Hearing; 27 Number. 1: 1-106

Henry (1980) Increased Ototoxicity in Both Young and Old Mice. Arch Otolaryngol; 107: 92-95

Henry (2000) Audiometric Notch as a Sign of Noise Induced Hearing Loss. Occup Environ Med.; 58: 46–51

Henry (2015) Underlying Mechanisms of Tinnitus Review and Clinical Implications. Journal of the American Academy of Audiology; 25 Number 1: 5-22

Henry (2019) Impact of Tinnitus on Military Service Members. MILITARY MEDICINE; 184, 3/4: 604-614

Henry (2020) Tinnitus An Epidemiologic Perspective. Otolaryngol Clin Am; 53: 481–499

Henry, L., et al. (2018). Auditory and Vestibular Disorders in the Military: Current Efforts and Future Directions Across the Services. DHA, Presentation.

Hickman, T., et al. (2018). Blast-induced cochlear synaptopathy in chinchillas. Scientific Reports, 8: 10740.

Hinchcliffe, R. (1992) King-Kopetzky syndrome: An auditory stress disorder? Audiological Medicine 1: 89–98.

Hinkley (2015) Increased striatal functional connectivity with auditory cortex in tinnitus. Frontiers in Human Neuroscience; 9 Article 568: 1-10

Ho Ahn (2011) Effects of Cigarette Smoking on Hearing Recovery. Otol Neurotol; 32: 926-932

Hoben, R., et al. (2017). Outer hair cell and auditory nerve function in speech recognition in quiet and in background noise. Frontiers in Neuroscience, 11(157): 1-21.

https://hearinghealthmatters.org/waynesworld/2014/human-ear-canal-i-v

Hunter, A., et al. (2008). Elements of morphology: Standard

Hunter, L., et al. (2020). Extended high frequency hearing and speech perception implications in adults and children. Hearing Research, 397: 1-14.

ISO 9001:1994 (§ 4.4)

Jafari (2020) Noise Damage Accelerates Auditory Aging and Tinnitus: A Canadian Population Based study

Jeffers, P., et al. (2021). Noise-Induced Hearing Loss in Gerbil: Round Window Assays of Synapse Loss. Front. Cell. Neurosci. https://doi.org/10.3389/fncel.2021.699978

Jiang (2017) Aminoglycoside-Induced Cochleotoxicity A Review. Frontiers in Cellular Neuroscience; 11:308: 1-14

Joo (2019) Prevalence of Ototoxic Medication Use among Older Adults in Beaver Dam, Wisconsin. J Am Assoc. Nurse Pract.; 30(1): 27–34.

Joseph, A. & Hall, J. (2019). Guidelines for Writing an Audiology Case Study. The Hearing Journal.

Joseph, A. (2003). Chemically-Induced Hearing Los (CIHL). Now Hear This. 6. 1-4.

Joseph, A. (2013). A Screening Method for Earplug Fitting. CAOHC Update, 25. 9-10.

Joseph, A., et al. (2015). Blast Effects on Hearing in a Screened Military Population. Military Health System Research Symposium, August 17-20, 2015.

Joseph, A., et al. (2017). Does Blast Injury Produce a Signature Audiometric Pattern in Military Personnel? Collaborative Auditory-Vestibular Research Network, Presentation.

Joseph, Antony, et al. (2007). The effects of training format on earplug performance. International journal of audiology. 46. 609-18. 10.1080/14992020701438805.

Joseph, Antony, et al. (2016). Development of a Comprehensive Blast-Related Auditory Injury Database (BRAID). Collaborative Auditory Vestibular Research Network (CAVRN) Meeting, Presentation.

Joseph, Antony, et al. (2016). Development of a comprehensive Blast-Related Auditory Injury Database (BRAID). Journal of Rehabilitation Research and Development. 53. 295-306. 10.1682/JRRD.2015.02.0031.

Joseph, Antony, et al. (2017). Impact of Blast Injury on Hearing in a Screened Male Military Population. American journal of epidemiology. 187. 7-15. 10.1093/aje/kwx199.

Joseph, Antony, et al. (2020). Clinical audiometric patterns of hearing loss following blast-related injury in U.S. military personnel. International Journal of Audiology. 59. 10.1080/14992027.2020.1743884.

Joseph, Antony. (2002). The Epidemiology of Occupational Hearing Loss. Now Hear this. 5. 1-3

Kaoutar (2020) Why is Drug-Induced Ototoxicity Still Not Preventable nor is it Treatable in. Arch Med; 12: 2-3

Kieper, R.W., & Berger, E.H. (2000). E-A-R 00-12/HP.

Killion, & Mueller (2010). The new count-the-dot audiogram. The Hearing Journal, 63(1): 10

Kim (2017) Long-term effect of noise exposure during military service in South Korea

King, P. (1954). Psychogenic Deafness - Abstract. Proceedings of the Royal Society of Medicine: 941-942

Kohrman, D., et. al (2020). Hidden hearing loss, a disorder with multiple etiologies and mechanisms. *Cold Spring Harb Perspect Med*. 10(1):a035493. doi: 10.1101/cshperspect.a035493.

Kopke (1999) A Radical Demise Toxins and Trauma Share Common Pathways in Hair Cell Death. ANNALS NEW YORK ACADEMY OF SCIENCES: 171-191

Krause (2016) Aminoglycosides An Overview. Cold Spring Harb Perspect Med; 6:a027029: 1-18

Kryter KD. Impairment to hearing from exposure to noise. J Acoust Soc Am. 1973 May;53(5):1211-34. doi: 10.1121/1.1913457. PMID: 4712550.

Kryter, K. D., & Pearson, K. S. (1963). Some effects of spectral content and duration on perceived noise level. Journal of the Acoustical Society of America, 35(6), 866–883. https://doi.org/10.1121/1.1918620

Kujawa SG, Liberman MC. Synaptopathy in the noise-exposed and aging cochlea: Primary neural degeneration in acquired sensorineural hearing loss. Hear Res. 2015 Dec;330(Pt B):191-9. doi: 10.1016/j.heares.2015.02.009. Epub 2015 Mar 11. PMID: 25769437; PMCID: PMC4567542.

Kujawa, S. & Liberman, C. (2009). Adding Insult to Injury: Cochlear Nerve Degeneration after "Temporary" Noise-Induced Hearing Loss. Neuroscience, 29(45): 14077-14085.

Kyle (2015) Impact of Nonaspirin Nonsteroidal Anti-inflammatory Agents and Acetaminophen on Sensorineural Hearing Loss - A Systematic Review. Otolaryngol Head Neck Surg.; 152(3): 393–409

Lancet (2021) Hearing loss prevalence and years lived with disability, 1990-2019: findings from the Global Burden of Disease Study 2019. *Lancet 2021,* 397: 996-1009.

Langer (2013) Understanding platinum-induced ototoxicity. Trends in Pharmacological Sciences; 34, No. 8: 458-469

Lanwand, N., van Halteren, A., & Brouwer, D. (2007).  How to make domes comfortably?

Le (2017) Current insights in noise induced hearing loss a literature review of the underlying mechanism. Journal of Otolaryngology - Head and Neck Surgery; 46:41: 1-15

Lee (2005) Longitudinal Study of Pure-Tone Thresholds in Older Persons

Lefebvrea (2002) Mechanisms of Cell Death in the Injured Auditory System Otoprotective Strategies. Audiology and Neurootology; 7: 165–170

Levers-Kaminsky (2016) Drug-induced Ototoxicity Mechanisms, Pharmacogenetics, and Protective Strategies. CLINICAL PHARMACOLOGY & THERAPEUTICS; 101 NUMBER 4: 491-500

Liberman, M. & Kujawa, S., (2017). Cochlear synaptopathy in acquired sensorineural hearing loss: Manifestations and mechanisms. Hearing Research, 349: 138-147.

Lin (2011) Hearing Loss Prevalence in the United States. Arch Intern Med.; 171(20): 1851–1852

Lin (2013) Hearing Loss Prevalence in the United States. Arch Intern Med.; 171(20): 1851–1852: 1-4

Lin (2020) Cigarette Smoking, Smoking Cessation, and Risk of Hearing Loss in Women. The American Journal of Medicine; 000: *1–7*

Lin 2011? No Lin 2013 is pulling

Lippmann, R. P. (1996). "Accurate consonant perception without mid-frequency speech energy," IEEE Transactions on Speech and Audio Processing, Vol. 4, No. 1, 66 – 69.

Liu (2012) Case Report - Irreversible Atorvastatin-Associated Hearing Loss. PHARMACOTHERAPY; 32 Number 2: e28-e34

Lobarinas E, Salvi R, Ding D. Insensitivity of the audiogram to carboplatin induced inner hair cell loss in chinchillas. Hear Res. 2013 Aug;302:113-20. doi: 10.1016/j.heares.2013.03.012. Epub 2013 Apr 6. PMID: 23566980; PMCID: PMC3695223.

Lobarinas, E., Blair, C., Spankovich, C., and Le Prell, C.G. (2015). Partial to complete suppression of unilateral noise induced tinnitus in rats after cyclobenzaprine treatment, J Assoc Res Oto., 16 (2), 263-272. PMID 25526855.

Lopez-Poveda (2019) Primary Neural Degeneration in the Human Cochlea Evidence for Hidden Hearing Loss in the Aging Ear. Neuroscience; 407: 8-20

Loprinzia (2017) Relationship Between Objectively Measured Physical Activity, Cardiovascular Disease Biomarkers, and Hearing Sensitivity. American Journal of Audiology Vol. 26: 163–169

Lucertini, M., et al. On the detection of early cochlear damage by optoacoustic emission analysis.

Ma (2018) Extended High-Frequency Audiometry (9–20 kHz) in Civilian Pilots. Aerospace Medicine and Human Performance; 89 No. 7: 593-600

MacGregor, Andrew, et al. (2020). Co-occurrence of hearing loss and posttraumatic stress disorder among injured military personnel: a retrospective study. BMC Public Health. 20. 10.1186/s12889-020-08999-6.

MacGregor, Andrew, et al. (2020). Prevalence of Tinnitus and Association with Self-Rated Health among Military Personnel Injured on Combat Deployment. Military Medicine. 185. 10.1093/milmed/usaa103.

MacGregor, Andrew, et al. (2021). The Relationship Between Blast-related Hearing Threshold Shift and Insomnia in U.S. Military Personnel. Military Medicine. 186. 10.1093/milmed/usaa567.

Makary CA, Shin J, Kujawa SG, Liberman MC, Merchant SN. Age-related primary cochlear neuronal degeneration in human temporal bones. J Assoc Res Otolaryngol. 2011 Dec;12(6):711-7. doi: 10.1007/s10162-011-0283-2. Epub 2011 Jul 12. PMID: 21748533; PMCID: PMC3214241.

Mao X, Zheng C, Zheng R, Lin X, Shen Z. [Tinnitus with normal hearing and evoked otoacoustic emissions]. Lin Chuang Er Bi Yan Hou Ke Za Zhi. 2005 Jan;19(1):14-6. Chinese. PMID: 15830696.

Marchini, C., Joseph, A. (2021). A Method Paper fo the External Auditory Canal Anthropometrics Study. ISU ReD: Research and eData.

Marshall L., et al. (2009). Detecting incipient inner-ear damage from impulse noise with otoacoustic emissions. J Acoust Soc Am. 2009 Feb;125(2):995-1013. doi: 10.1121/1.3050304. PMID: 19206875.

Martin FN, Clark JG. (2000) Introduction to Audiology. Seventh edition. Boston: Allyn and Bacon.

McBride (2001) Audiometric notch as a sign of noise induced hearing loss. Occup Environ Med; 58: 46-51

McFadden (1982) Aspirin can potentiate the temporary hearing loss induced by intense sounds. Hearing Research; 9: 295-316

McFerran (2018) Drugs and Tinnitus Ver 2.3. British Tinnitus Association; 1: 1-4

McGwin Jr. (2010) Phosphodiesterase Type 5 Inhibitor Use and Hearing Impairment. Arch Otolaryngol Head Neck Surg. Volume 136(5): 488-492

Modh D., et al. (2014). Relation of distortion product otoacoustic emission and tinnitus in normal hearing patients: a pilot study. Noise Health. 2014 Mar-Apr;16(69):69-72. doi: 10.4103/1463-1741.132078. PMID: 24804709.

Mokrian, H., Shaibanizadeh, A., Farahani, S., Jalaie, S., Mahdi, P., Amali, A., & Arian Nahad, H. (2014). Evaluation of distortion and transient evoked otoacoustic emission in tinnitus patients with normal hearing. Iranian journal of otorhinolaryngology, 26(74), 19–24.

Monson, B. B., Rock, J., Schulz, A., Hoffman, E., & Buss, E. (2019). Ecological cocktail party listening reveals the utility of extended high-frequency hearing. Hearing research, 381, 107773. https://doi.org/10.1016/j.heares.2019.107773

Moore (2019) Incidence Rates of Tinnitus in Active Duty Military Service Members Between 2001 and 2015. American Journal of Audiology Vol. 28: 866–876

Moore (2021) The Effect of Exposure to Noise during Military Service on the Subsequent Progression of Hearing Loss

Motlagh Zadeh, L., et al. (2019). Extended high-frequency hearing enhances speech perception in noise. PNAS, 116(47): 23753-23759.

Mozeika (2020) Opioid-Associated Hearing Loss A 20-Year Review from the New Jersey Poison Center. Journal of Medical Toxicology; Online: 1-7

Mukjerjea (2012) The Design and Screening of Drugs to Prevent Acquired. Expert Opin. Drug Discovery; 6(5): 491–505

Munjal (1997) Impulse Noise Trauma During Army Weapon Firing. IJ & HNS-Volume 49 Number 2: 1-4

Myers, E., et al. (2020). Description of Sensorineural Hearing Loss Diagnosis Among Service Members in the Blast-Related Auditory Injury Database. Military Health System Research Symposium, Presentation.

Myers, E., et al. (2020). The Relationship Between Postdeployment Tinnitus and Hearing Loss After Blast-Related Injury Among U.S. Military Personnel. Military Health System Research Symposium, Presentation.

Myers, E., et al. (2020). Tinnitus at Point of Injury and Hearing Loss Outcomes Among Service Members in the Blast-Related Auditory Injury Database. Military Health System Research Symposium, Presentation.

Nadol, J. (1979). Electron microscopic findings in presbycusic degeneration of the basal turn of the human cochlea. Otolaryngol Head Neck Surg, 87(6):818-36. doi: 10.1177/019459987908700617. PMID: 530702.

Neff, W. D. (1947). The effects of partial section of the auditory nerve. Journal of Comparative and Physiological Psychology, 40(4), 203–215. https://doi.org/10.1037/h0056931

Ness (2007) Documenting, Recording, and Reporting of Adverse Events and Unanticipated Problems. Center for Cancer Research National Cancer Institute; 1: 1-14

Nguyen, C., et al. (2015). Assessing the Association Between Mild Traumatic Brain Injury Symptoms and Blast-Related Auditory Outcoes in Combat Injured Navy and Marine Corps Personnel. Navel Health Research Center, Presentation.

NICE (2018) Hearing Loss in adults - assessment and management

Nielsen, C., & Darkner, S. (2011).  The Hearing Journal 64(3): 35-42.

NIOSH (2010). Mining Product: HLSim – NIOSH Hearing Loss Simulator. CDC Tools and Publications.

Nondahl (2002) Prevalence and 5-year incidence of tinnitus among older adults-The epidemiology of hearing loss study. Journal of the American Academy of Audiology; 13: 323-331

Nondahl (2010) The ten year incidence of tinnitus among older adults. International Journal of Audiology; 49:8: 580-585

Nondahl (2012) Tinnitus and its Risk Factors in the Beaver Dam Offspring Study. International Journal of Audiology; 50(5): 313–320

not in PPT, no context

OHSU (2008) Tinnitus Functional Index. Oregon Health & Science University; 1: 1-4


Oliveira, R. et al. (1992). A Look at Ear Canal Changes with Jaw Motion. Ear and Hearing, 13. 464-466.

Oliveira, R., et al. (1992). Ear and Hearing 13(6): 464-466.

Oliveira, R., et al. (2005).  Hearing Review. http://www.hearingreview.com/2005/02/the-dynamic-ear-canal-and-its-implications/

Oliveira, R., et al. (2005).  Hearing Review. http://www.hearingreview.com/2005/02/the-dynamic-ear-canal-and-its-implications/

Oliveira, R.J., The Dynamic Ear Canal. The Human Ear Canal, 1995 p. 84-111;

Ong, Adeline M. (2008). Referrals for Alcohol Use Problems in an Overseas Military Environment: Description of the Client Population and Reasons for Referral. Military medicine. 173. 871-7. 10.7205/MILMED.173.9.871.

Ozimek, E. & Wicher, A. (2006). Distortion product otoacoustic emission (DPOAE) in tinnitus patients. ASA, 119, 527. https://doi.org/10.1121/1.2141297

Ozimek, E. (2005). Distortion Product Otoacoustic emission in tinnitus patients

Packer (2020) Identifying three otopathologies in humans. Hearing Research, 398.

Parker, M. (2020). Identifying three otopathologies in humans. Hearing Research, 398. https://doi.org/10.1016/j.heares.2020.108079

Patterson (1994) Actual Effectiveness of Hearing Protection in High Level Impulse Noise USAARL. USAARL Report No. 94-48; 1: 1-12

Pirzanski, C.Z. (2006).  Earmolds and hearing aid shells: tutorial part 2: impression-taking techniques that result in fewer remakes. The Hearing Review. May 10, 2016; https://www.hearingreview.com/hearing-products/accessories/earmolds/...ial-part-2-impression-taking-techniques-that-result-in-fewer-remakes

Pirzanski, C.Z., Berge, B., *Ear Impressions: Art or Science?* Audiology Online March 18, 2002.

Pirzanski, C.Z., *Critical factors in taking an anatomically accurate impression,* The Hearing Journal 50.10 October 1997

Polumbo (2015) The Management and Outcomes of Pharmacological Treatments for. Current Neuropharmacology; 13: 692-700

Popelka (2020) Moderate Alcohol Consumption and Hearing Loss A Protective Effect. Journal American Geriatrics Society; 48 No. 10: 1273-1278

Pottier (2009) Incidence and Risk of Cochleotoxicity and Vestibulotoxicity in Patients with Haematological Malignancies. University of Leicester Department of Otolarnygology and Head and Neck Surgery; 1: 1-293

Poulsen (2002). International Hearing Protector Standardization. ASA, 112(5). 2293.

Prendergast, G., et al. (2017). Effects of noise exposure on young adults with normal audiograms I: Electrophysiology. Hearing Research, 344: 68-81.

Punch, Jerry, et al. (2005). Effects of Test Order on Most Comfortable and Uncomfortable Loudness Levels for Speech. American journal of audiology. 13. 158-63. 10.1044/1059-0889(2004/020).

Punch, Jerry, et al. (2005). Most Comfortable and Uncomfortable Loudness Levels: Six Decades of Research. American journal of audiology. 13. 144-57. 10.1044/1059-0889(2004/019).

Rademaker-Lakhal (2005) Relationship Between Cisplatin Administration and the Development of Ototoxicity. Journal of Clinical Oncology; 24 NUMBER 6: 918-924

Ramma (2019) Prevention of treatment-induced ototoxicity-An update for clinicians. SAMJ; 109 No. 3: 145-149

Rauschecker (2010) Tuning Out the Noise Limbic-Auditory Interactions in Tinnitus. Neuron Perspective; 66: 819-826

Reavis, K., et al. (2019). Longitudinal Hearing Threshold Changes in US Service Members, Collaborative Auditory & Vestibular Research Network (CAVRN), Presentation.

Reavis, Kelly, et al. (2021). Occupational Noise Exposure and Longitudinal Hearing Changes in Post-9/11 US Military Personnel During an Initial Period of Military Service. Ear; Hearing. Publish Ahead of Print. 10.1097/AUD.0000000000001008.

Rosati (2020) Environmental Exposures and Hearing Loss. Int. J. Environ. Res. Public Health; 17, 4879: 1-4

Rosenhall (2003) The influence of ageing on noise-induced hearing loss

Sakamoto (2000) Extended high-frequency ototoxicity induced by the first administration of cisplatin. Otolaryngology Head and Neck Surgery; 122 Number 6: 1-6

Satar B., Kapkin O., Ozkaptan Y. (2003). Evaluation of cochlear function in patients with normal hearing and tinnitus: a distortion product otoacoustic emission study. Kulak Burun Bogaz Ihtis Derg 10 177–182.

Saunders, G. & Haggard, M. (1989). The Clinical Assessment of Obscure Auditory Dysfunction. Ear and Hearing, 10(3): 200-208.

Schattte, R. & McAlpine, D. (2011). Tinnitus with a normal audiogram: Physiological evidence for hidden hearing loss and computational model. Neuroscience, 31(38): 13452-13457.

Schmiedt, R. (1996). Age-related loss of activity of auditory-nerve fibers. JNP, https://doi.org/10.1152/jn.1996.76.4.2799

Schuknecht (1955) An experimental and clinical study of deafness from lesions of the cochlear nerve

Schuknecht, H., & Woellner, R. (1953). Hearing losses following partial section of the cochlear nerve. The Laryngoscope, 63(6): 441-465.

Sergeyenko, Y., et al. (2013). Age-Related Cochlear Synaptopathy: An Early-Onset Contributor to Auditory Functional Decline. Neuroscience, 33(34): 13686-13694.

Shargorodsky (2010) Prevalence and Characteristics of Tinnitus among US Adults. The American Journal of Medicine; 123: 711-718

Sharma (2001) A case of sensorineural deafness following ingestion of Ecstasy. The Journal of Laryngology & Otology; 115: 911–915

Shaw GM, Jardine CA, Fridjhon P. A pilot investigation of high-frequency audiometry in obscure auditory dysfunction (OAD) patients. Br J Audiol. 1996 Aug;30(4):233-7. doi: 10.3109/03005369609076770. PMID: 8879688.

Shehorn, J., et al. (2020). Associations between speech recognition at high levels, the middle ear muscle reflex and noise exposure in individuals with normal audiograms. Hearing Research, 392: 1-11.

Shiomi Y, Tsuji J, Naito Y, Fujiki N, Yamamoto N. Characteristics of DPOAE audiogram in tinnitus patients. Hear Res. 1997;108(1):83–88. doi: 10.1016/S0378-5955(97)00043-9.

Sindhusake D, Mitchell P, Newall P, Golding M, Rochtchina E, Rubin G. Prevalence and characteristics of tinnitus in older adults: the Blue Mountains Hearing Study. Int J Audiol. 2003 Jul;42(5):289-94. doi: 10.3109/14992020309078348. PMID: 12916702.

Slade, M., et al. (2016). Permanent Hearing Health Outcomes of US Marine Coorps Recruits. Hearing Center of Excellence.

Smalt (2016) Noise dosimetry for tactical environments. Hearing Research; 349: 42-34

Smalt (2019) The Effect of Hearing-Protection Devices on Auditory Situational Awareness and Listening Effort. Ear & Hearing VOL. XX, NO. XX, 00–00: 1-13

Somma (2008) Extended High-Frequency Audiometry and Noise Induced Hearing Loss in Cement Workers. AMERICAN JOURNAL OF INDUSTRIAL MEDICINE; 51: 452–462

Spankovich (2008) Programs, regulations & implementation. PPT. Hearing Conservation Programs, regulations & implementation; 1: 1-138

Spankovich (2008) Tinnitus _ Normal Hearing PPT. Tinnitus _ Normal Hearing; 1: 1-13

Spankovich (2012) Anatomy and Physiology of the Auditory System PPT. Anatomy and Physiology of the Auditory System; 1: 1-158

Spankovich (2012) Introduction to Acoustics and Psychoacoustics PPT. Introduction to Acoustics and Psychoacoustics; 1: 1-43

Spankovich (2012) Introduction to Audiometry PPT. Introduction to Audiometry; 1: 1-54

Spankovich (2012) The basic science of audiological diagnostics PPT. The basic science of audiological diagnostics; 1: 1-76

Spankovich (2013) Hearing disorders Noise induced hearing loss PPT. Hearing disorders Noise induced hearing loss; 1: 1-9

Spankovich (2014) Healthy Diets, Healthy Hearing National Health and Nutrition Examination Survey, 1999–2002. Int. J Audiol.; 52(6): 369–376.

Spankovich (2014) Lecture 3 SNHL I and Clinical Decision Making PPT. Lecture 3: SNHL I and Clinical Decision Making; 1: 1-137

Spankovich (2015) CAA_Syanptopathy Noise. Translational Research in Hidden Hearing Loss; 1: 1-96

Spankovich (2015) Nutrition + Lifestyle Roles in Risk Modification for Hearing Loss and Tinnitus PPT. Department of Otolaryngology and Communicative Sciences; 1: 1-103

Spankovich (2015) Translational Research in Hidden Hearing Loss OleMiss_Talk PPT. University of Mississippi Medical Center; 1: 1-50

Spankovich (2016) Tinnitus Management Approaches PPT. Department of Otolaryngology and Communicative Sciences; 1: 1-131

Spankovich (2017) Relationship between dietary quality, tinnitus and hearing level- data from the national health and nutrition examination survey. International Journal of Audiology; 56:10: 716-722

Spankovich (2018) Ototoxicity Monitoring PPT. University of Mississippi Medical Center; x: 1-62

Spankovich (2018) Tinnitus and Sensitivity 17.1 Definition and Epidemiology of Tinnitus. Tinnitus and Sensitivity 17.1; 1: 347-381

Spankovich (2019) Hearing Testing-PPT. Hearing Testing; 1: 1-64P27

Spankovich (2019) Signia Tinnitus Evaluation and Management Workshop PPT. University of Mississippi Medical Center; 1: 1-276

Spankovich (2019) the ear course. The Ear Course; 1: 1-47

Spankovich (2020) Ototoxic Exdraft 7 22 3pm PPT Ototoxic Exdraft; 1: 1-60

Spankovich (2020) Science Day Presentation DRAFT_CS. Science Day Presentation DRAFT; 1: 1-130

Spankovich, C. (2018). Self reported hearing difnculty, tinnitus, and normal audiometric thresholds, the National Health and Nutrition Examination Survey 1999-2002. Hearing Research, 358: 30-36.

Staab, W. J. (2014). The Human Ear Canal: I-V June, 2014. https://hearinghealthmatters.org/waynesworld/2014/human-ear-canal-i-

Staab, W.J. (2016). The mysterious cartilaginous/bony ear canal. Canadian Audiologist 3(6). https://canadianaudiologist.ca/the-mysterious-cartilaginousbony-ear-canal-junction/

Staab, W.J., Deep Canal hearing aids. The Human Ear Canal, 1995 p. 156-180

Stelmachowicz, P., et al. (2004). The Importance of High-Frequency Audibility in the Speech and Language Development of Children With Hearing Loss. Arch Otolaryngol Head Neck Surg. 130:556-562.

Stelmachowicz, P., et al. (2007). Effect of stimulus bandwidth on auditory skills in normal-hearing and hearing-impaired children. Ear and hearing, 28(4), 483–494. https://doi.org/10.1097/AUD.0b013e31806dc265

Suter, A. (1978). The ability of midly hearing-impaired individual to discriminate speech in noise. US EPA

Termeer, P. (1994). Philips Hearing Instruments internal research document (cited by W. Staab, 2014).

Thakur (2013) Hearing Loss With Phosphodiesterase 5 Inhibitors A Prospective and Objective Analysis With Tadalafil. The American Laryngological, Rhinological and Otological Society; 123: 1527–1530

Tremblay (2015) Self-Reported Hearing Difficulties Among Adults With Normal Audiograms: The Beaver Dam Offspring Study

TTRTTRG (2019) Effect of Tinnitus Retraining Therapy vs Standard of Care on Tinnitus- Related Quality of Life A Randomized Clinical Trial. JAMAO Otolaryngology Head & Neck Surgery; 1: e1-e11

Tufts (2007) NSMRL TECHNICAL REPORT# 1247 MODEL FOR ESTIMATING NOISE-INDUCED HEARING LOSS. NSMRL Technical Report# 1247 Model For Estimating Noise Induced Hearing Loss; 1: 1-61

Valderrama (2016) Effects of lifetime noise exposure on the middle-age human auditory brainstem response, tinnitus and speech-in-noise intelligibility. Hearing Research; 365: 36-48

Valero (2017) Noise-Induced Cochlear Synaptopathy in Rhesus Monkeys

Valero, M., et al. (2018). Effects of cochlear synaptopathy on middle-ear muscle reflexes in unanesthetized mice. Hearing Research, 363: 109-118.

Valero, M.D., Burton, J., Hauser, S., Hackett, T., Ramachandran, R., Liberman, M.C., 2017b. Cochlear Synapatopathy in the Noise-exposed and Aging Rhesus Monkey (Macaca mulatta). Association for Research in Otolaryngology, Baltimore, MD. https://doi.org/10.13140/RG.2.2.32384.84482. Feb 11e15.

Viana, L., et al. (2015). Cochlear neuropathy in human presbycusis: Confocal analysis of hidden hearing loss in post-mortem tissue. Hearing Research, 327: 78-88.

Viasitsa (2013) Screen of FDA-approved drug library reveals compounds that protect hair cells from aminoglycosides and cisplatin. Hear Res.; 294(0): 153–165

Vitela, A., et al. (2014) Phoneme categorization relying solely on high-frequency energy. J Acoust Soc Am, 137(1):EL65-70. doi: 10.1121/1.4903917. PMID: 25618101; PMCID: PMC4272376.

Wang (2019) Presbycusis- An Update on Cochlear Mechanisms and Therapies. Journal of Clinical Medicine; 9:218: 1-22

WHO Report on Hearing Loss

Wojtczak, M., et al. (2017). Weak Middle-Ear-Muscle Reflex in Humans with Noise-Induced Tinnitus and Normal Hearing May Reflect Cochlear Synaptopathy. eNeuro, 4(6), ENEURO.0363-17.2017. https://doi.org/10.1523/ENEURO.0363-17.2017

Wu (2019) Primary neural degeneration in the Human Cochlea: Evidence for Hidden Hearing Loss in the Aging Ear

Wu (2020) Age-related hearing loss is dominated by damage to inner ear sensory cells, not the cellular battery that powers them. Journal of Neuroscience; 10.1523/JNEUROSCI.0937-20.: 1-20

Wu (2021) Primary Neural Degeneration in Noise-Exposed Human Cochleas: Correlations with Outer Hair Cell Loss and Word-Discrimination Scores

Wu, P., et al. (2021). Primary Neural Degeneration in Noise-Exposed Human Cochleas: Correlations with Outer Hair Cell Loss and Word-Discrimination Scores. The Journal of Neuroscience, 41(20): 4439-4447.

Wu. P., et al. (2019). Primary neural degeneration in the human cochlea: evidence for hidden hearing loss in the aging ear. Neuroscience, 407: 8-20.

Xie (2012) New developments in aminoglycoside therapy and ototoxicity. Hear Res.; 281(1-2): 28–37

Yehudai (2017) Acute Acoustic Trauma among Soldiers during an Intense Combat. Journal of the American Academy of Audiology; 28: 436—443

Yenigün A, Doğan R, Aksoy F, Akyüz S, Dabak H. Assessment of tinnitus with tinnitus severity index, tinnitus handicap inventory and distortion product otoacoustic emissions in patients with normal hearing and hearing loss. Kulak Burun Bogaz Ihtis Derg. 2014 Jan-Feb;24(1):11-6. doi: 10.5606/kbbihtisas.2014.60783. PMID: 24798434.

Yong (2015) Impact of noise on hearing in the military. Military Medical Research; 2:6: 1- 6

Yorgason (2006) Understanding drug ototoxicity- molecular insights for prevention and clinical management. Expert Opinion on Drug Safety; 5:3: 383-399

Yorgason (2010) Acetaminophen ototoxicity after acetaminophen hydrocodone abuse Evidence from two parallel in vitro mouse models. Otolaryngology Head and Neck Surgery; 142: 814-819

Yucel (2018) Effect of statins on hearing function and subjective tinnitus. ROM. J. INTERN. MED.; 57 Number 2: 133–140

| Trial Exhibits | |
|---|---|
| Exhibit Number | Description |
| D-GEN-0043 | J. DeSpirito, M. Binseel, ARL Test Report_Modeling of Acoustic Pressure Waves in Level-Dependent Earplugs, Army Research Laboratory (2008) |
| D-GEN-0044 | M. Binseel, K. Cave et al., ARL Testing_A Comparison of the Single-sided (Gen II) and Double-sided (Gen I) Combat Arms Earplugs (CAE): Acoustic Properties, Human Performance, and User Acceptance, Army Research Laboratory (2012) |
| D-GEN-0083 | Hearing Protection Device Data, dated 04/21/2016 |
| D-GEN-0103 | Berger, E. H. and Hamery, P. (2008) Empirical evaluation using impulse noise of the level-dependency of various passive earplug designs. Proceedings of the 154th Meeting of the Acoustical Society of America, June 29-July 4, 2008, Paris, France. |
| D-GEN-0107 | Roll-up of sales by year (Exhibit A) |
| D-GEN-0108 | E.H. Berger and P. Hamery, Empirical evaluation using impulse noise level- dependency of various passive earplug designs. Acoustics 08Paris, 3719-3724 (2008) |
| D-GEN-0146 | Email from J. Jones to W. Pawlowski, et al., re Addendums to Agreements - signed, dated 06/30/2014, with attachments. |
| D-GEN-0158 | Email from E. Berger to E. Berger, Pascal re Nonlinear Earplug followup, dated 4/16/1997 |
| D-GEN-0195 | Diagram: Aearo Nonlinear Ultrafit Stem Barbed & Reversible, Drawing No. 4046- 1, dated 1/19/98 |
| D-GEN-0243 | Instructional Guide: EAR Combat Arms Earplugs |
| D-GEN-0250 | Letter from K. Michael to B. Mishkin re Hearing Protective Device Test Report number Q2558A Revision 0, dated 03/28/2012 |
| D-GEN-0268 | Berger, E.H., Kieper, R.W., Policies and Procedures Manual for the EAR / Aearo Company EARCAL Acoustical Laboratory re ANSI S3.19-1974 and ANSI S12.6-1997, E-A-R 91-41/HP, Version 5.2 with handwritten notes, dated 2/4/1999 |
| D-GEN-0272 | Email from D. Ohlin to E. Berger, K. Gates, et al., re: Information on Combat Arms earplugs, dated 03/23/2005, with attachments. |
| D-GEN-0348 | Rule 26 Expert Report of Moises Arriaga, MD, dated 10/9/2020 |
| D-GEN-0356 | Report: Department of Defense Instruction, Number 6055.12, Subject: DoD Hearing Conservation Program (HCP), dated 3/5/2004 |
| D-GEN-0363 | Email from E. Berger to B. Myers re Combat Ear Plug, dated 10/31/2002 |
| D-GEN-0389 | Letter from P. Hamery to Elliott Berger re test results for Impulse noise, dated 1/5/2000 |
| D-GEN-0518 | American National Standards Institute, Methods for Measuring the Real-Ear Attenuation of Hearing Protectors. In (Vol. ANSI/ASA S12.6-2008 (Revision of ANSI S12.6-1997)). Melville, NY: Acoustical Society of America (2008) |
| D-GEN-0519 | American National Standards Institute. (2010). Methods for the measurement of insertion loss of hearing protection devices in continuous or impulsive noise using microphone-in-real-ear or acoustic test fixture procedures. (ANSI/ASA S12.42 2010) (2010) |

| | |
|---|---|
| D-GEN-0539 | V. S. Bjorn, C. B. Albery et al., U.S. Navy Flight Deck Hearing Protection Use Trends: Survey Results, Meeting<br>Proceedings RTO-MP-HFM-123, Paper 1. Paper presented at the New Directions for Improving Audio Effectiveness Neuilly- sur-Seine, France (2005) |
| D-GEN-0565 | Report: Army Hearing Program, ST 4- 02.501, dated 02/01/2008 |
| D-GEN-0567 | Reference Audiogram (DD Form 2215) |
| D-GEN-0568 | Hearing Conservation Data (DD Form 2216) |
| D-GEN-0628 | Hobbs Air Force Study_Wideband Hearing, Intelligibility, and Sound Protection (WHISPr), dated October 2008 |
| D-GEN-0645 | Jokel, C., Yankaskas, K. and Robinette, M.<br>B. (2019) 'Noise of military weapons, ground vehicles, planes and ships', The Journal of the Acoustical Society of America. Acoustical Society of America (ASA), 146(5), pp. 3832–3838. doi: 10.1121/1.5134069. |
| D-GEN-0788 | Booklet: USACHPPM TG 41, Personal Hearing Protective Devices: Their Fitting, Care, and Use (March 2006) |
| D-GEN-0792 | Product Noise Labeling Hearing Protection Devices, Proposed Rule. Fed Reg 74 (149):39150-39196, dated<br>08/05/2009. |
| D-GEN-0802 | Report: Assessment of Four Passive Hearing Protection Devices for Continuous Noise Attenuation, Impulsive Noise Insertion Loss, and Auditory Localization Performance. (USAARL Report No. 2015-01), R. Williams, J.R. Stefanson, et al., dated 11/17/2014. |
| D-GEN-0956 | Audio Testing Software User Guide, Navy DOEHRS HC |
| D-GEN-1111 | Brochure: Three Variants of the Dual- Mode Combat Arms Earplug: An assessment of attenuation performance in continuous and impulse noise, M. Binseel, A. Proving Ground, undated. |
| D-GEN-1122 | Poster: Impulse Peak Insertion Loss for Hearing Protection Devices Tested with an Acoustic Shock Tube, Wi. Murphy, P. Graydon et al. |
| D-GEN-1139 | Presentation: Hearing Protection Devices |
| D-GEN-1159 | Presentation: USACHPPM, Hearing Protection Forward, US Military Audiology Short Course, D. Ohlin |
| D-GEN-1363 | Report: Performance Assessment of the 3M Combat Arms Generation 4.0 Tactical Military Shooter's Ear Plug, H. Gallagher,<br>N. Abouzahra, et al., Air Force Research Laboratory, AFRL-RH-WP-TR-2016-0092,<br>dated 06/24/2016. |
| D-GEN-1371 | Presentation: Peak Reductions of Nonlinear Hearing Protection Devices, W. Murphy, NIOSH/NHCA |
| D-GEN-1457 | Memorandum from E. Berger to R. Knauer re February Monthly Report / Hearing Protection, Technical<br>Department, dated 2/28/2003 |
| D-GEN-1461 | J. Lovejoy, Hearing Protection Evaluation for the Combat Arms Earplug at Idaho National Laboratory, dated March 2007 |
| D-GEN-1477 | Report: Hearing Protector Evaluation Report, dated 6/14/2012 |
| D-GEN-1689 | Packaging: Combat Arms Earplugs Instructions;Combat Arms Earplugs More than a Hearing Protector Instructions |
| D-GEN-1806 | Email from D. Ohlin to B. Hoffman, B. Myers re Letter for Combat Arms earplug, Attachment: ohlinnoni.doc, dated 4/12/1999 |
| D-GEN-1807 | Email from J. King to B. Myers, D. Ohlin re Letter for Combat Arms earplug, dated 06/11/1999 |

| D-GEN-1836 | General Operations Checklist Comments & Deficiencies by R. Peppin, P.E., dated 2/03/1999, AERO Company E-A-RCAL Acoustical Lab |
|---|---|
| D-GEN-1872 | Email from E. Spahn to B. Myers re Combat Arms Earplug, dated 08/02/1999 |
| P-GEN-00001 | How Folding Flanges Back Affects REAT Results of Ultrafit End of CAEv2 (v1.2) |
| P-GEN-00009 | CID Investigation Report (Unredacted) |
| P-GEN-00013 | Pawlowski to Moses and Jones attaching MPID |
| P-GEN-00017 | U.S. Patent No. 6,148,821 |
| P-GEN-00018 | U.S. Patent No. 6,070,693 |
| P-GEN-00026 | Regulatory Analysis Supporting the Noise Labeling Requirements for Hearing Protectors |
| P-GEN-00028 | Berger Notes on A. Dancer Email re Stem and Diameter Reduction |
| P-GEN-00031 | UltraFit Plus NRR Test 213014 |
| P-GEN-00037 | Email re No Testing Data on CAEv2 Before Selling to US Military in 1999 |
| P-GEN-00043 | EARCal CAEv2 Attenuation Measurements (Closed - 213015) |
| P-GEN-00044 | Development of a Procedure to Setup and Utilize ER-ARC and Determining QC Acceptance Range for the CA Plug (V1.2) |
| P-GEN-00045 | Berger to Kieper re Results of Short-Stemmed UltraFit Plug Tests |
| P-GEN-00047 | EARCAL CAEv2 (NRR of 21.7) (Colored) Test Report (Closed - 213017) |
| P-GEN-00051 | Email re Existing Product has Problems unless User Instructions are Revised |
| P-GEN-00052 | Saleem Email re European EN Retest |
| P-GEN-00055 | Request for Deviation |
| P-GEN-00057 | EARCal February Monthly Report |
| P-GEN-00058 | Email re Problem with Existing Product Unless User Instructions are Revised |
| P-GEN-00061 | Email from G. Grogan to S. Taylor re Nonlinear filters |
| P-GEN-00078 | Aearo Memo re Action Plans to Address Quality Problems at TJR |
| P-GEN-00081 | Kieper to EARCal and TJR re Comparing ARC Box Measurements |
| P-GEN-00085 | CAEv2 Testing Database Entry (Closed - 215508) |
| P-GEN-00086 | CAEv2 Testing Database Entry (Closed - 215512) |
| P-GEN-00090 | Knauer to Warren re Acoustical Impedence Testing During CAEv2 Product Assembly |
| P-GEN-00092 | EARCAL CAEv2 Unsigned Attenuation Test Data (Closed - 213030) |
| P-GEN-00093 | 213030 Test Report |
| P-GEN-00094 | Myers-Sidor Thread re CAE Testing and Triple Flange Concerns |
| P-GEN-00098 | 215516 HPDA Report Screenshot |
| P-GEN-00099 | LaValle and Moses re Disputing Military NRR of ComTac |
| P-GEN-00103 | Thread re Berger "Intense Pressure" to "Match Attenuation Values" |
| P-GEN-00107 | 3M CAEv2 Brochure (Colored) |
| P-GEN-00108 | 3M CAEv2 Tri-Fold Brochure (Colored) |
| P-GEN-00109 | Thread re Questionable Johnson Blast Study |
| P-GEN-00121 | Thread re Use of CAE at the Firing Range |
| P-GEN-00122 | Berger to Madison re CAE Info for National Lab |
| P-GEN-00124 | Dick Email to Madison and Berger re CAE Info for National Lab |
| P-GEN-00128 | 3M Thread re CAEv2 Not to Be Sold with Current Labelling |
| P-GEN-00129 | 3M Thread re Cancelling and Disposing the CAEv2 Order |
| P-GEN-00131 | 3M List of CAEv1-4 REAT Tests |
| P-GEN-00199 | DoJ Fine to Cabot EARCAL Lab |
| P-GEN-00227 | Johnson (1996) Blast Overpressure Studies with Animals and Man |
| P-GEN-00233 | ISL Study and Production of Nonlinear Perforated Earplugs |
| P-GEN-00235 | Dancer Ltr to Ohlin re CAEv2 Product Dev and Confidentiality Agreement Correspondence |

| P-GEN-00251 | Dancer Email re non linear plug |
|---|---|
| P-GEN-00253 | Aearo Company Issues and Position Statements |
| P-GEN-00254 | Dancer Response to Berger re Large UltraFit Concerns and ISL Testing |
| P-GEN-00268 | Aberdeen Proving Ground Minute Mtg Notes |
| P-GEN-00284 | Daniel L. Johnson Army Research Lab Blast Overpressure Studies (1st Rog Response) |
| P-GEN-00304 | Aearo-ISL License Agreement |
| P-GEN-00311 | Ohlin and Myers re Shortening the CAEv2 Stem by 1/4'' |
| P-GEN-00313 | Ohlin to Hoffman (Army) re Three Reasons for Shorting Production Samples |
| P-GEN-00353 | Myers to Ohlin re Specs and Data Request from Bosanko |
| P-GEN-00359 | Email attaching Bubble Sheets and CAEv2 Project Summary Sheet |
| P-GEN-00384 | EARCAL Attenuation Test Report (NRR -2.0) (Open - 213016) |
| P-GEN-00388 | EARCal CAEv2 Attenuation Measurements (Closed - 213015) |
| P-GEN-00391 | January Monthly EARCal Lab Memo |
| P-GEN-00412 | Folder of Audiograms for Test IDs 213017 and 258118 |
| P-GEN-00428 | AOSafety Indoor-Outdoor EAR Plugs Blister Pack Card - Front and Back |
| P-GEN-00495 | McLain Ltr to Moldex re Aearo's Position re NRR Testing (Multiple Re-testing Prohibited) |
| P-GEN-00505 | Medical Procurement Item Description (MPID) #1 (Missing pg 4) |
| P-GEN-00535 | Noblitt-Hetrick AOSafety Indoor Outdoor Range EAR Plugs Press Release |
| P-GEN-00547 | Cimino to Berger re Advising Cimino Non-CAE NRR After 8 Subjects to Hit Target NRR |
| P-GEN-00551 | Berger and Cimino re Contemplating Continuing Non-CAE Testing for Desired NRR and CSA Class |
| P-GEN-00583 | Berger Email attaching Minute of Odyssey Meeting |
| P-GEN-00585 | EARCAL CAEv2 (NRR of -1.1) Test Report (Open - 215009) |
| P-GEN-00612 | Thread re CAE Sales Calculation and Royalties (Missing Calculation Attachment) |
| P-GEN-00621 | Ohlin to Myers re CAEv2 Wallet Card Review and Pros and Cons of Filter Foamie |
| P-GEN-00622 | Request for Deviation for Raising Upper Limit of ARC Box |
| P-GEN-00683 | EARCal Lab February Monthly Report |
| P-GEN-00744 | 215511 HPDA Report Screenshot |
| P-GEN-00745 | CAE Attenuation Test Report (215509 - 215512) |
| P-GEN-00782 | Email re firing range use of CAE |
| P-GEN-00899 | CAEv2 Blister Pack Insert |
| P-GEN-00954 | Thread re Article - Seeking the Right Amount of Sound in the Fury of Combat |
| P-GEN-01013 | CAEv2 Blister Pack Insert |
| P-GEN-01047 | Browning Duo Blister Pack Card (Colored) |
| P-GEN-01063 | Browning Duo Blister Pack Card (Colored - Dot Packaging Inc) |
| P-GEN-01065 | CAEv2 Blister Pack Card |
| P-GEN-01140 | Kieper Email re Stopping customEAR Labeling Test |
| P-GEN-01185 | Underwriters Labs Audit Report |
| P-GEN-01218 | Pawlowski to AbilityOne re Open Competition Status w CAEv2 and DSCP Position |
| P-GEN-01296 | Hobbs (2008) Wideband Hearing, Intelligibility, and Sound Protection (WHISPr Report) |
| P-GEN-01301 | Claims Substantian Worksheet with CAE Label |
| P-GEN-01413 | Aearo Strategic Military Planning Session PPT and Notes |
| P-GEN-01514 | Berger to Rice re Attached Lit on LD HPDs and CAEv2 Not for Indoors |
| P-GEN-01701 | Thread re "Defending Dominant Position" Against Moldex Battleplug |
| P-GEN-01720 | Thread re Importance of Military Sales to 3M Hearing Protection |
| P-GEN-01770 | EARCal June Monthly Report (by Berger) |
| P-GEN-01918 | CAEv2 Package Insert (Final - 34-8709-4720-6) |
| P-GEN-01920 | Email attaching CAEv2 Blister Card and Paper Insert |

| | |
|---|---|
| P-GEN-02195 | Thread re HPDs for shooter study - CAE not recommended for indoor ranges |
| P-GEN-02219 | Gavin re CAE Sales Observations |
| P-GEN-02258 | Email exchange between E. Berger and J. Hamer |
| P-GEN-02260 | CAEv4.1 Sell Sheet Draft with Edits |
| P-GEN-02270 | Madison Response to Elmer CAEv2 Complaint Email |
| P-GEN-02294 | Thread re CHIM CAEv2 Opportunity and Changing Marketing Claims re Hear Through and Indoor Range Use |
| P-GEN-02319 | July 1990 to May 2015 Monthly Test Reports |
| P-GEN-02343 | Myers to Fallon re Can't Tell if CAEv2 is Working |
| P-GEN-02362 | Peltor Sports Campaign PPT (Infrequent gunshot noise) |
| P-GEN-02403 | USMC Ranking of Passive Hearing Devices |
| P-GEN-02436 | Email from Ravi Thomas to Hamer and Berger re ARC testing |
| P-GEN-02438 | Charlie Myers re theory behind ARC testing |
| P-GEN-02449 | Walczak re ARC boxes |
| P-GEN-02489 | Kieper Memo to Berger re E-A-R 07-25 CAE Update |
| P-GEN-02523 | 3M PSD Technical Bulletin - Tinnitus and Hearing Protection - Fiction and Fact |
| P-GEN-02565 | What is Your Favorite Sound Video |
| P-GEN-02586 | Air Force Memo re Removal of CAE from Inventory |
| P-GEN-02602 | Air Force Thread re CAEv2 Verified Not in Use |
| P-GEN-02606 | Moses Binder re SKUs and Delivery Info Spreadsheet |
| P-GEN-02710 | P0178A_2006.04.01 CAEv2 Blister Pack Brochure 3M_MDL000320725 |
| P-GEN-02717 | AndyToyama_17_ST 4-02.501, February 2008, Army Hearing Program |
| P-GEN-02732 | Department of Defense Instruction Number 6055.12 |
| P-GEN-02848 | Various E-mails to and from Kevin Michael |
| P-GEN-02858 | CAEv2 Sales Spreadsheet (1999 - 2010), SKUs, and Delivery Information |
| P-GEN-02878 | CAEv4.1 Sell Sheet with Comments |
| P-GEN-02883 | Army Earplug Reference |
| P-GEN-03084 | Excerpt of Sales Spreadsheet - Prior to May 9, 2000 |
| P-GEN-03152 | P1364A-Medical Procurement Item Description (MPID) #1 (Missing pg 4) |
| P-GEN-03161 | P1575B_Berger Call Log 3M_MDL000696204 |
| P-GEN-03172 | CV of Richard McKinley |
| P-GEN-03521 | Email to Johansson re: filter attenuation |
| P-GEN-05111 | Abel (2008) An Investigation of the attentuation provided by the Surefire EP3 Sonic Defender Earplug (comparisong to CAEv2) |
| P-GEN-05150 | Killion (2011) Better Protection from Blasts without sacrificing situational awareness |
| P-GEN-05286 | Yehudai (2017) Acute Acoustic Trauma Among Soldiers during an Intense Combat |
| P-GEN-05314 | Henry (2019) Impact of Tinnitus on Military Service Members |
| P-GEN-05401 | Isaacson, J. & Vora, N. (2003) Differential Diagnosis & Treatment of Hearing Loss |
| P-GEN-05843 | 2014.10.28 McKinley (2014) Measuring effective detection and localization performance of hearing protection devices |
| P-GEN-06076 | USACHPPM (2006) Noise Levels of Common Equipment) |
| P-GEN-06085 | Moon IS (2007) NIHL caused by gunshot in south korean military |
| P-GEN-06119 | Current insights in noise-induced hearing loss: A literature review of the underlying mechanism, pathophysiology, asymmetry, and management options |
| P-GEN-06126 | Hearing loss induced by occupational and impulse noise: Results on threshold shifts by frequencies, age and gender from the Nord-Trondelag Hearing Loss Study |
| P-GEN-06226 | House PR (1987) The Tinnitus Patient: Personality and Biofeedback Treatment |

| P-GEN-09001 | Real Ear Attenuation of the E-A-R Polyvinyl Chloride Foam Earplugs Model PL101 |
| P-GEN-09002 | Email from Jeffrey Hamer to Elliott Berger on 5/17/2016 Re: CAE Flash Ultrafit tip |
| S-GEN-0001 | Email from M. Little to E. Berger re received your mailing, dated 09/25/2001;Berger Contact Log file re M. Little Contact Log notes |
| S-GEN-0002 | Memorandum: For Staff Director, Joint Readiness Clinical Advisory Board re Request for National Stock Number (NSN) and Bulk Purchase of Combat Arms Earplug |
| S-GEN-0006 | How Folding Flanges Back Affects REAT Results of Ultrafit End of CAEv2 (v1.2) |
| S-GEN-0008 | Berger Letter to Little re CAEv2 Info for NIOSH |
| S-GEN-0009 | Berger Notes on A. Dancer Email re Stem and Diameter Reduction |
| S-GEN-0014 | Email re No Testing Data on CAEv2 Before Selling to US Military in 1999 |
| S-GEN-0016 | EARCal CAEv2 Attenuation Measurements (Closed - 213015) |
| S-GEN-0017 | EARCAL CAEv2 (NRR of 21.7) Test Report (Closed - 213017) |
| S-GEN-0018 | EARCAL CAEv2 (NRR of 21.7) (Colored) Test Report (Closed - 213017) |
| S-GEN-0019 | Email re Existing Product has Problems unless User Instructions are Revised |
| S-GEN-0022 | USACHPPM CAE Just the Facts Pamphlet |
| S-GEN-0025 | Berger to Ohlin re Comfort Issues & Plastic Filter |
| S-GEN-0027 | CAEv2 Testing Database Entry (Closed - 215512) |
| S-GEN-0032 | Berger T6 Div Scientist Proposal with Recommendation Letters |
| S-GEN-0033 | Development of the Combat Arms Earplug, Versions 1-4 (V2.4) |
| S-GEN-0034 | Development of the Combat Arms Earplug, Versions 1-4 (V2.4) (Colored) |
| S-GEN-0039 | ANSI S3.19-1974 (R 1979) - Method for the Measurement of Real-Ear Protection of Hearing Protectors and Physical Attenuation of Ear Muffs |
| S-GEN-0040 | ANSI-ASA S12.6-1984 |
| S-GEN-0045 | Daniel L. Johnson Army Research Lab Blast Overpressure Studies (1st Rog Response) |
| S-GEN-0049 | Medical Procurement Item Description (MPID) #1 (Missing pg. 4) |
| S-GEN-0054 | DoD Instruction - Hearing Conservation Program (HCP) |
| S-GEN-0055 | Johnson (1996) Blast Overpressure Studies with Animals and Man |
| S-GEN-0057 | ANSI-ASA S12.6-1997 |
| S-Gen-0066 | Report: Monthly Report, EPA-Supervised S3.19(1974) Testing, 04/2015 |
| S-GEN-0070 | Pamphlet: Just the Facts ... The Combat Arms Earplug, Hearing Conservation USACHPPM 51-004-0204 |
| S-GEN-0071 | Copy of Wallet Card |
| S-GEN-0076 | Letter from A. Dancer, P. Hamery to E. Berger re field experiments, dated 6/9/1997 |
| S-GEN-0082 | Diagram: Aearo Combat Arms Ear Plug Assembly, Drawing No. 2041-3, dated 3/23/1998 |
| S-GEN-0083 | Ad: AO Safety Indoor/Outdoor Range E-A-R Plugs, |
| S-GEN-0087 | Email from D. Ohlin to D. Chandler, K. Gates, et al., re Combat Arms Earplug Cards, dated 10/04/2004 |
| S-GEN-0090 | Email from M. Little to E. Berger re the Army's Combat Arms Earplug (CAE), dated 08/20/2001;Berger Contact Log file re M Little Contact Log notes |
| S-GEN-0092 | Email from W. Murphy to E. Berger, V. Larson, et al., re Impulse peak levels, dated 10/23/2001 |
| S-GEN-0096 | Report Medical Services, Army Hearing Program, DA PAM 40-501, dated 01/08/2015 |
| S-GEN-0099 | Product Noise Labeling Hearing Protection Devices; Proposed Rule, Federal Register 74(149), 39150-39196, 08/05/2009. |
| S-GEN-0100 | Report: DOD Hearing Conservation Working Group Meeting After Action Report - E1, dated 08/19/1999 |
| S-GEN-0101 | Report: Garinther Trip Reports, DoD Hearing Conservation Working Group Meeting, dated 04/09/1998 |

| S-GEN-0102 | Report: ARL-HRED Hearing Protection Device Assessments in Reverberating Environments, J. Kalb, G. Garinther, et al., dated 06/30/1999 |
| --- | --- |
| S-GEN-0103 | Letter from R. Knauer to D. Ohlin re non-linear earplugs you requested from B. Myers at the NHCA conference are enclosed, dated 03/24/1998 |
| S-GEN-0105 | Report: Department of Defense Instruction, Number 6055.12, Subject: Hearing Conservation Program (HCP), dated 12/3/2010 |
| S-GEN-0108 | Report: Meeting at Aberdeen Providing Ground, 12/16/1997 |
| S-GEN-0109 | Presentation: L. Babeu, Level Dependent Hearing Protection and Distortion Otoacoustic Emissions (DPOAE) After Small Arms Fire, U.S. Army Research Laboratory |

| Expert Reports | |
| --- | --- |
| Expert Report of Richard McKinley | Expert Report |
| Expert Report of Christopher Spankovich | Expert Report |
| Expert Report of Mark Packer | Expert Report |
| Expert Report of Moises Arriaga | Expert Report |
| Expert Report of James Hall | Expert Report |
| Expert Report of Roger Juneau | Expert Report |
| Expert Report of David Eddins | Expert Report |
| Expert Report of Timothy Edens | Expert Report |
| Expert Report of James Crawford | Expert Report |
| Expert Report of Gregory Flamme and Mark Stephenson | Expert Report |