# EXHIBIT 10

Highly Confidential Deposition of Jeffrey Lee Hamer - 10/7/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 1

1          UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
2
3
4    MOLDEX-METRIC, INC.,
5         Plaintiff,
6         -v-            CAUSE NO.
                    14-cv-01821 (JNE/LFN)
7    3M COMPANY and 3M INNOVATIVE
     PROPERTIES COMPANY,
8
          Defendants.
9
10
11
12       The videotaped deposition upon oral
13   examination of JEFFREY LEE HAMER, a witness produced
14   and sworn before me, Julie A. Rupprecht, RPR, CRR,
15   Notary Public in and for the County of Hamilton, State
16   of Indiana, taken on behalf of the Plaintiff at the
17   offices of Katz & Korin, The Emelie Building,
18   334 North Senate Avenue, Indianapolis, Indiana, on
19   October 7, 2015, at 9:44 a.m., pursuant to the Federal
20   Rules of Civil Procedure.
21
22
23
24
25

**Benchmark Reporting Agency**
612.338.3376

3M Confidential - Attorneys' Eyes Only                                    3M00014170

Confidential - Subject To Protective Order                            3M_MDL000186251

Highly Confidential Deposition of Jeffrey Lee Hamer - 10/7/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 86

1  A  Probably. I'm not -- I don't recollect it
2     specifically.
3  Q  If you look at the second page of the exhibit,
4     you'll see it says, Individual subject data. Do
5     you see that?
6  A  Yes.
7  Q  And if you look on the right, there's -- it says,
8     NRR, and then there's different numbers for
9     different subjects?
10 A  Yes.
11 Q  And do you see that, for example, MKF got an NRR in
12    this test of 10.4?
13 A  Yes.
14 Q  But RTM got a -- an NRR of minus 5.5?
15 A  Yes.
16 Q  How often do you see negative NRRs in your work in
17    reviewing NRR testing at 3M?
18 A  Typically only on very low attenuation --
19 Q  And then if --
20 A  -- products.
21 Q  Sorry. TRS has an NRR of minus 7.9, but MV has an
22    NRR of plus 7.9. Do you see that?
23 A  Yes.
24 Q  If you saw these results, wouldn't you think that
25    possibly something was wrong with this test?

Page 87

1     MS. HUNTER: Object to form.
2  A  Possibly. But we have a standard statistical test
3     that we do on the entire dataset to look at that
4     very thing.
5  Q  But don't you also use your own judgment and
6     sometimes decide there's something wrong with the
7     test and we should redo the test?
8  A  No.
9  Q  You never do that?
10 A  Not for a label test.
11 Q  Huh. What does that mean? What do you mean? You
12    never stop a label test?
13 A  We do not.
14 Q  Is it against the policy of 3M to stop a label test
15    because --
16 A  Not -- so we have stopped a label test in the
17    past --
18 Q  Uh-huh.
19 A  -- I think. I believe we have. And then modified
20    the product. We never -- never started a new test
21    on the same product.
22 Q  Why is that?
23 A  Because we didn't -- we were not meeting our
24    objectives in development.
25 Q  Yeah. But if you're doing a test, a labeling test,

Page 88

1     and you -- you see or your person running the test
2     sees numbers that they think look wrong, don't you
3     do anything -- don't you ever stop the test?
4     MS. HUNTER: Object to form.
5  Q  Withdrawn. Let me try it again.
6     If the experimenters or Mr. Kieper or someone
7     is running a labeling test and they start seeing,
8     say, highly variable results, do they ever stop the
9     test and redo it?
10 A  No, they do not -- not redo the same product
11    with -- that -- we would modify the product
12    before --
13 Q  So -- I'm sorry. I didn't mean to stop you. You
14    would modify the product -- were you done?
15 A  Yes.
16 Q  And -- I'm sorry. I didn't mean to cut you off. I
17    apologize.
18    And what I think you're also saying is the
19    only time we would redo a labeling test is if we
20    made a change to a product or some aspect of it; is
21    that correct?
22 A  Yes.
23 Q  Okay. And is it your practice if you either change
24    a product or change the way it's being, for
25    example, fitted, then you would do a retest?

Page 89

1  A  Fitted?
2  Q  Yeah.
3  A  Explain fitted to me.
4  Q  How -- how the person's being instructed to put it
5     in or --
6  A  No.
7  Q  No what?
8  A  We would not redo a label test due to new fitting
9     instructions.
10 Q  We're -- you're being a cooperative witness and I'm
11    sure you're being forthright, but you're not
12    letting me finish once in a while. And it's just
13    because you are being frankly honest, I think. I'm
14    just telling you, we're talking over each other a
15    little bit. All right.
16    So let me understand the policies at 3M. If
17    you're doing a labeling test, you have a
18    mechanical -- it's called a Dixon outlier test;
19    right?
20 A  Correct.
21 Q  And you use that to determine whether or not to
22    reject values in the test?
23 A  Correct.
24 Q  Do you also use it to redo a test or no? You just
25    reject the values that are outlier?

Benchmark Reporting Agency
612.338.3376

3M Confidential - Attorneys' Eyes Only

3M00014192

Confidential - Subject To Protective Order

3M_MDL000186273

**Highly Confidential Deposition of Jeffrey Lee Hamer - 10/7/2015**
**Moldex-Metric, Inc. v. 3M Company, et al.**

Page 162

1  a document --
2  A  I'm totally lost.
3  Q  We'll take our time and get there. That's all
4     right. Look at Exhibit 5201, the --
5  A  Got it.
6  Q  -- development of the Combat Arms earplug document
7     we've been looking at all morning.
8  A  Okay, the same table.
9  Q  Yeah. And if you'll look, you'll see it lists the
10    labeling test for the closed end of the Combat Arms
11    as test number 213017. Do you see that?
12 A  Yes.
13 Q  And when we look at Exhibit 5211, we see the -- it
14    discloses that for labeling test 213017, the yellow
15    flange was rolled back before the test was
16    conducted; correct?
17 A  That's what the notes say on that test data, yes.
18 Q  Well, and also the memorandum that accompanies it
19    that was written by Kieper and Berger says, For
20    test 203017, the yellow flanges, the
21    level-dependent end of the plug, were folded back
22    prior to the green solid plug being inserted in the
23    subject's ears. Do you see that?
24 A  Yes.
25 Q  And the reason they were doing that was so the

Page 163

1     yellow end wouldn't cause the plug to come out;
2     right?
3  A  So it wouldn't interfere with insertion, yes.
4  Q  Yeah. Or even after insertion as it re-formed its
5     shape pulling the plug out?
6  A  Possibly.
7  Q  In fact, if you look at page 116387 of
8     Exhibit 5211, it says, quote, When the solid plug
9     was fitted during the first test, test 15, the
10    basal edge of the third flange of the yellow
11    level-dependent plug sometimes pressed against the
12    subject's ear canal opening and folded up. When
13    the inward pressure on the plug was released, the
14    yellow plug's flanges tended to return to their
15    original shape and has sometimes loosened the plug,
16    often imperceptibly to the subject. Do you see
17    that?
18 A  I do.
19 Q  So what was happening is when you put the plug in
20    with one end, the other end's flanges were causing
21    the plug sometimes to come out at least partially;
22    correct?
23 A  That's what this document says, yes.
24 Q  And so the labeling test that 3M is using for the
25    closed end of the Combat Arms Version 2 actually

Page 164

1     involves using the plug in a different
2     configuration than is advertised or shown in the
3     plug; right? It involves folding back that flange.
4  A  It appears so.
5  Q  So really, the labeling test that 3M's using for
6     Combat Arms Version 2 for the green end is not the
7     appropriate test; isn't that true?
8  A  It appears so.
9  Q  Do you know why there is no mention on Exhibit 5201
10    of -- on page Bates number 89360, the test
11    summaries, of test 213015?
12 A  I do not.
13 Q  Do you think that when you met with Mr. Berger and
14    Mr. Kieper on January 13, 2009, to talk about the
15    labeling -- withdrawn.
16       Do you realize that the same problem that
17    we're looking at with the closed end could also
18    happen when you're testing the yellow end?
19       MS. HUNTER: Object to form.
20 Q  I'll ask it differently. If I was to insert the
21    yellow end instead of the green end, wouldn't I
22    still have the same possibility that the flange on
23    the green end might interfere with the ear canal
24    and pull the plug out a little bit?
25 A  It's possible.

Page 165

1  Q  And wouldn't that reduce the NRRs you're going to
2     get when you test the open-ended version of Combat
3     Arms 2 if the plug was pulled out imperceptibly
4     like that?
5  A  Potentially.
6  Q  And do you know why 3M redid the test on the closed
7     end to fold back the flange and get a higher NRR,
8     but it did not roll back the flange when it tested
9     the same plug in the open mode?
10 A  I do not know that they didn't. And I wasn't there
11    at the time.
12 Q  Would it be fair to say that if they did not test
13    the open mode that way, but they did test with
14    the -- would it be fair to say that it would not be
15    proper to test the open mode part of the plug with
16    the flange not rolled back but the closed end with
17    the flange rolled back?
18    MS. HUNTER: Object to form.
19 A  You're going to have to ask that one again.
20 Q  Okay. Would it be fair to say that if they did not
21    test the open mode with the flange rolled back, but
22    they did test the closed end with the flange rolled
23    back, that that would be improper because the two
24    tests were using the product in two different ways?
25 A  My opinion is that testing the product with the

**Benchmark Reporting Agency**
**612.338.3376**

3M Confidential - Attorneys' Eyes Only

3M00014211

Confidential - Subject To Protective Order

3M_MDL000186292

**Highly Confidential Deposition of Jeffrey Lee Hamer - 10/7/2015**
**Moldex-Metric, Inc. v. 3M Company, et al.**

### Page 166

1     flange rolled back is improper.
2  Q  Now, I realize you -- is this the first time you
3     knew about this whole flange thing?
4  A  Yes.
5  Q  Did 3M ever to your knowledge change the design of
6     Combat Arms Version 2 because of this issue?
7  A  I don't have any knowledge of that.
8  Q  I understand. Do you -- would you agree with me
9     that this is a potential defect in the design of
10    the plug because a soldier may be using it, not
11    being aware of this flange issue, and the plug
12    comes out when they're using it in the green?
13       MS. HUNTER: Object to form.
14 A  I'm sorry. Once more.
15 Q  Do you realize that this design of the Combat
16    Arms 2 to have two separate plugs is defective
17    because the second end of the plug can pull the
18    plug out when the first end is inserted?
19       MS. HUNTER: Same objection.
20 A  I'm not sure how to -- how I would characterize it
21    as defective or not without doing more research.
22 Q  Do you agree it appears to raise an issue about a
23    problem in the design of the plug?
24       MS. HUNTER: Object to form.
25 A  It's certainly worth investigating further.

### Page 167

1  Q  And don't you think that soldiers are entitled to
2     know that -- withdrawn.
3        The Combat Arms 2 has been widely used in the
4     theater of war in Iraq and Afghanistan; true?
5  A  I do not know.
6  Q  Do you know anything about its -- is it being sold
7     to the military today?
8  A  I don't think directly.
9  Q  Is it being sold through New Dynamics to the
10    military today?
11 A  I don't know who our distributors are.
12 Q  You're not aware of that plug being discontinued;
13    correct?
14 A  No. I think it's in -- it's being manufactured.
15 Q  Yeah. Don't you think that if, in fact, this
16    problem occurred as reflected in Exhibit 2511, that
17    somebody should tell the Army about it?
18       MS. HUNTER: Object to form.
19 A  One more time.
20 Q  Don't you think that if 3M knew that its Combat
21    Arms Version 2 had a structure such that the end of
22    the Combat Arms Version 2 plug that was not being
23    inserted in the ear caused the inserted end to come
24    out, that they ought to mention that to the Army?
25 A  I don't know that that's the current design of the

### Page 168

1     product so it's difficult. I don't -- I don't -- I
2     don't have the information that I need to make that
3     decision.
4  Q  Don't you think that 3M, once it found this flange
5     issue, should have stopped to consider the --
6     whether the product should be redesigned?
7        MS. HUNTER: Object to form.
8  Q  I'll ask you a different question. If you were
9     aware of this in 2000 and you were in charge of the
10    development of the product at the time, what would
11    you have done?
12       MS. HUNTER: Object to form.
13 A  Done further investigation.
14 Q  Testing?
15 A  Yes.
16 Q  Would you --
17 A  Testing and product design considerations.
18 Q  You might have redesigned the product?
19 A  May have.
20 Q  Okay. My understanding is that hundreds of
21    thousands of troops have worn the Combat Arms
22    Version 2. I'm not asking you to agree or
23    disagree. I'm giving you my -- do you realize that
24    if that's the case and if the flange roll back --
25    if the flange of the non-inserted end can pull the

### Page 169

1     plug out, that the soldiers could have been exposed
2     to more noise and the -- using the green end of the
3     plug than they thought they were getting?
4        MS. HUNTER: Object to form.
5  A  Potentially.
6  Q  I mean, it could result -- I don't mean to be
7     unfair to you, but do you realize it could cause
8     hearing damage to soldiers?
9        MS. HUNTER: Object to form.
10 A  Poor fit of earplugs can cause damage to anybody.
11 Q  All right.
12 A  And you can have a perfectly good product that
13    doesn't fit a person correctly and be poorly fit
14    and create a hearing damage situation.
15 Q  And if you had a design that caused it to sometimes
16    not fit, that could also cause hearing damage;
17    right?
18 A  Potentially.
19 Q  Yeah. Do you agree with me that -- well, I want to
20    ask you, assuming this roll-back of the flange
21    issue that we've looked at, that the flange or the
22    uninserted end can possibly cause the plug to come
23    loose. That would also affect the testing of the
24    yellow end, right, the open end, or it could?
25 A  Potentially.

**Benchmark Reporting Agency**
**612.338.3376**

Highly Confidential Deposition of Jeffrey Lee Hamer - 10/7/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 294

1  MS. HUNTER: That's fair.
2  MR. BARZA: So you agree with me I have not
3  used up my right on topic 33; correct?
4  MS. HUNTER: I agree as to the M-series.
5  MR. BARZA: Yes. And -- that's fine. And
6  what about on the structure of topic 41? You agree
7  that he's not opining on Versions 1 and 2 as your
8  30(b)(6) witness?
9  MS. HUNTER: I believe that the agreement was
10  that he could -- that he could speak to the
11  structure and operation of all the versions, but it
12  was the redesign activity, what issues in 42 on
13  Versions 1, 2, and 3 that Mr. Berger will testify
14  as to those. I believe he answered all of your
15  questions on the structure and operation fully.
16  But to the extent you want to ask Mr. Berger those
17  questions tomorrow in a 30(b)(6) context, that
18  would be fine.
19  MR. BARZA: All right. We're fine. I have no
20  further questions. Do you have any?
21  MS. HUNTER: I have no questions.
22  MR. BARZA: Thank you, sir.
23  THE WITNESS: Thank you.
24  THE VIDEOGRAPHER: This is the end of disk
25  five in the deposition of Jeffrey Hamer. Going off

Page 295

1  the record at 5:51.
2  (The deposition was concluded at 5:51 p.m.)

Page 296

1  UNITED STATES DISTRICT COURT
   DISTRICT OF MINNESOTA

4  MOLDEX-METRIC, INC.,       )
                              )
5     Plaintiff,              )
                              )
6     -v-                     ) CAUSE NO.
                              ) 14-cv-01821 (JNE/LFN)
7  3M COMPANY and 3M INNOVATIVE )
   PROPERTIES COMPANY,        )
8                             )
      Defendants.             )

10  Job No. 102378

12  I, JEFFREY LEE HAMER, state that I have read
the foregoing transcript of the testimony given by me
13  at my videotaped deposition on October 7, 2015, and
that said transcript constitutes a true and correct
14  record of the testimony given by me at said videotaped
deposition except as I have so indicated on the errata
15  sheets provided herein.

17  _____
    JEFFREY LEE HAMER

Page 297

1  STATE OF INDIANA
2  COUNTY OF HAMILTON

4  I, Julie A. Rupprecht, RPR, CRR, a Notary
5  Public in and for said county and state, do hereby
6  certify that the deponent herein was by me first duly
7  sworn to tell the truth, the whole truth, and nothing
8  but the truth in the aforementioned matter;
9  That the foregoing videotaped deposition was
10  taken on behalf of the Plaintiff; that said videotaped
11  deposition was taken at the time and place heretofore
12  mentioned between 9:44 a.m. and 5:51 p.m.;
13  That said videotaped deposition was taken down
14  in stenograph notes and afterwards reduced to
15  typewriting under my direction; and that the
16  typewritten transcript is a true record of the
17  testimony given by said deponent;
18  And thereafter presented to said witness for
19  signature; that this certificate does not purport to
20  acknowledge or verify the signature hereto of the
21  deponent.
22  I do further certify that I am a disinterested
23  person in this cause of action; that I am not a
24  relative of the attorneys for any of the parties.
25  IN WITNESS WHEREOF, I have hereunto set my

Benchmark Reporting Agency
612.338.3376

3M Confidential - Attorneys' Eyes Only

3M00014244

Confidential - Subject To Protective Order

3M_MDL000186325

Case 7:20-cv-06901-MCR-HTC   Document 18-10   Filed 08/09/22   Page 7 of 7

Highly Confidential Deposition of Jeffrey Lee Hamer - 10/7/2015
Moldex-Metric, Inc. v. 3M Company, et al.

Page 298

1  hand and affixed my notarial seal this 21st day of
2  October, 2015.
3
4
5
6
7  _____
8       Julie A. Rupprecht, Notary Public
9
10 My commission expires:
   September 1, 2022
11
   Job No. 102378
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Benchmark Reporting Agency
612.338.3376

3M Confidential - Attorneys' Eyes Only                                    3M00014245

Confidential - Subject To Protective Order                           3M_MDL000186326